FILED

2015 MAR -6 PM 12: 14

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA V. PLAINTIFF | CASE NUMBER: **15-0391M** |
|---|---|
| BRANK, TEOFIL  DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 3/4/2015   8:40   ☐ AM  ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   18 USC 875D

5. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required: ☒ No  ☐ Yes   Language: _____

7. Year of Birth: 1989

8. Defendant has retained counsel: ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: NINETTA SMITH

10. Remarks (if any): _____

11. Name: MICHAEL S. WINNING   (please print)

12. Office Phone Number: 310-996-3458

13. Agency: FBI

14. Signature: _____

15. Date: 3/6/2015

CR-64 (2/14)   REPORT COMMENCING CRIMINAL ACTION