1  HILARY POTASHNER (Bar No. 167060)
   Acting Federal Public Defender
2  (E-mail: Hilary_Potashner@fd.org)
   ASHFAQ G. CHOWDHURY (Bar No. 243763)
3  (E-Mail: Ron_Chowdhury@fd.org)
   Deputy Federal Public Defender
4  321 East 2nd Street
   Los Angeles, California 90012-4202
5  Telephone: (213) 894-1456
   Facsimile: (213) 894-0081
6
   Attorneys for Defendant
7  TEOFIL BRANK

8

9              **UNITED STATES DISTRICT COURT**

10              **CENTRAL DISTRICT OF CALIFORNIA**

11

12 | UNITED STATES OF AMERICA, | Case No. CR 15-391 |
13 | Plaintiff, | |
   | | **NOTICE OF APPEARANCE** |
14 | v. | |
15 | TEOFIL BRANK, | |
16 | Defendant. | |

17

18     PLEASE TAKE NOTICE that Deputy Federal Public Defender Ashfaq G.
19 Chowdhury hereby gives notice that he has been assigned to represent Defendant
20 TEOFIL BRANK, along with Deputy Federal Public Defender Seema Ahmad.
21 ///
22 ///
23 ///
24
25
26
27
28

1  Please make all necessary changes to the court's Case Management/Electronic
2  Case Filing system to accurately reflect the newly-assigned attorney to ensure that he
3  receives all e-mails relating to filings in this case.

Respectfully submitted,

HILARY POTASHNER
Acting Federal Public Defender

DATED: March 20, 2015     By  */s/ Ashfaq G. Chowdhury*
ASHFAQ G. CHOWDHURY
Deputy Federal Public Defender

2