SEEMA AHMAD, (SBN: 270992)
Deputy Federal Public Defender
(E-mail: Seema_Ahmad@fd.org)
321 East 2nd Street
Los Angeles, CA 90012
Tel.: (213) 894-4787
Fax: (213) 894-0081

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>TEOFIL BRANK,<br><br>DEFENDANT. | CASE NUMBER<br><br>CR-15-131<br><br>NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION,<br>(18 U.S.C. §3142) |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☑ is approved. The matter is set on calendar for hearing before:

☐ District Judge _____

☑ Magistrate Judge __Michael R. Wilner_____

on __March 27, 2015_____ at __11:00_____ ☑ a.m. ☐ p.m.

in courtroom __H - 9th Floor, Spring Street Courthouse_____.

☐ is not approved.

☐ Other: _____

An interpreter is ☐ required ☑ is not required. Language _____
Defendant is ☑ in custody ☐ not in custody.

Clerk, U. S. District Court

__March 26, 2015__    __Veronica McKamie__    __(213) 894-5496__
Date                  Deputy Clerk             Contact Phone Number

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☐ Probation   ☐ Interpreter's Office   ☑ PSA.

---

NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142)

CR-88A (10/09)