## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:15-CR-00131      Recorder: Sandra MacNeil      Date: 03/26/2015

Present: The Honorable Frederick F. Mumm, U.S. Magistrate Judge

Court Clerk: Terry R. Baker      Assistant U.S. Attorney: Benjamin Lictman

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| TEOFIL BRANK, aka Jarec Wentworth        CUSTODY-PRESENT | SEEMA AHMAD AND ASHFAQ G. CHOWDHURY        DFPD'S | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

The Court enters a plea of not guilty on behalf of the defendant to all counts in the Indictment.

This case is assigned to the calendar of District Judge John F. Walter.
It is ordered that the following date(s) and time(s) are set:
    Trial Setting Conference 03/27/2015 at 10:30 AM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

    Defendant is presently housed at MDCLA.

    The defendant refused to sign the CR44 statement of the defendants constitutional rights. The Court finds that the defendant heard and understood his constitutional rights. Government counsel shall turn over all discovery to defense counsel. Trial counsel for the government must appear at the trial setting conference.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 05
Initials of Deputy Clerk: TRB

cc: Statistics Clerk, PSALA USMLA