# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**MINUTES - DETENTION HEARING - REVIEW/RECONSIDERATION OF BAIL / DETENTION ORDER - NEBBIA HEARING**

Case No. **CR 15-131 JFW**　　CourtSmart **CS 3/27/2015**　　Date: **3/27/2015**

Present: The Honorable **Michael R. Wilner**, U.S. Magistrate Judge

**Veronica McKamie** — Deputy Clerk
**Scott Tenley** — Assistant U.S. Attorney
**None** — Interpreter / Language

USA v. **Teofil Brank**
☑ Present　☑ Custody　☐ Bond　☐ Not present

Attorney Present for Defendant: **Seema Ahmad and Ashfaq G. Chowdhury**
☑ Present　☐ CJA　☐ Retd　☑ DFPD　☐ Not present

**PROCEEDINGS: DETENTION HEARING**

☐ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
☐ Witnesses CST (see separate list).　☐ Exhibits Marked/Admitted (see separate list).
☐ Court orders that exhibits be returned to the respective counsel / party of record.
　☐ See Receipt for Release of Exhibits to Counsel.
☐ Counsel stipulation to bail.
☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted.
☐ Court ORDERS DEFENDANT PERMANENTLY DETAINED. See separate detention order.
☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.
☐ **Court sets bail at: $** _____. ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE**.
☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
☐ Court orders further detention / bail hearing to be set on _____ at _____ ☐a.m. / ☐p.m. in Courtroom _____ before Judge _____ .
☐ Court orders case continued to _____ at _____ ☐a.m. / ☐p.m. for _____, in Courtroom _____ before Judge _____ .
☐ Release Order Issued - Release No. _____ .
☐ Other: _____

**PROCEEDINGS:**　☑ **REVIEW / RECONSIDERATION OF BAIL / DETENTION ORDER - BOND HEARING**
　　　　　　　　　☐ **NEBBIA HEARING**

Hearing on ☐ Plaintiff's ☑ Defendant's request for review / reconsideration of bail / detention order had and request is:
　　☐ GRANTED　☐ DENIED

Court ORDERS bail as to the above-named defendant ☐ **modified to** ☐ **set at: $** _____
　☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.**
☐ Bond previously set is ordered vacated.
☐ Court orders defendant permanently detained. See separate order.
☐ Court denies request for bail, defendant shall remain permanently detained as previously ordered.
☐ Witnesses CST (see separate list).　☐ Exhibits Marked / Admitted (see separate list).
☐ Court orders that exhibits be returned to the respective counsel / party of record.
　☐ See Receipt for Release of Exhibits to Counsel.
☑ Case continued to **April 2, 2015** at **9:00** ☑ a.m. / ☐ p.m. for **Bail Review**
　before Judge **Wilner** in Courtroom **H - 9th Floor** .
☐ Nebbia conditions are satisfied and the Government approves the bond package as presented to the Court.
☑ Other **Government to produce discovery to defense counsel by 12 noon on April 1, 2015.**

Release Order Issued - Release No. _____　　　　**1 : 00**
　　　　　　　　　　　　　　　　　　　　Deputy Clerk Initials **vm**

M-46 (06/10)　MINUTES - DETENTION HEARING - REVIEW/RECONSIDERATION OF BAIL / DETENTION ORDER - NEBBIA HEARING