UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Case No.   **CR 15-131-JFW**                                            Dated: March 27, 2015

================================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri | Kimberly Denise Jaimez |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

Interpreter: None

================================================================
U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

1)   Teofil Brank [68794-112]                    1)   Seema Ahmad, DFPD
     present in custody                               Ashfaq G. Chowdhury, DFPD
                                                      present appointed

_____

**PROCEEDINGS:**   **TRIAL SETTING CONFERENCE**

Case called and counsel make their appearance. Also present is Mack Jenkins, AUSA. Doug Axel makes an appearance as stated on the record.

Trial Setting Conference held. Court ordered the dates as indicated on Order Re: Criminal Trial filed today. Counsel served with Order Re: Criminal Trial in Court on this date.

Initials of Deputy Clerk __sr__