```
STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
SCOTT D. TENLEY (Cal. Bar No. 298911)
Assistant United States Attorney
General Crimes Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-8911
     Facsimile: (213) 894-0141
     E-mail:    scott.tenley@usdoj.gov

Attorneys for Respondent
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>TEOFIL BRANK,<br>　aka "Jarec Wentworth,"<br><br>　　　　　Defendant. | No. CR. 15-131-JFW<br><br>[~~PROPOSED~~] ORDER GRANTING GOVERNMENT'S APPLICATION FOR EXTENSION OF TIME TO PRODUCE DISCOVERY RELATED TO DEFENDANT'S APPLICATION FOR BAIL REVIEW |

　　　The Court has read and considered the government's <u>ex parte</u> application for extension of time to produce discovery related to defendant's application for bail review.  The Court hereby finds that the <u>ex parte</u> application and declaration of Scott D. Tenley, which this Court incorporates by reference into this order, demonstrate sufficient facts to support granting the government's request.

　　　THEREFORE, FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT the government shall produce to defendant, by 4:00 p.m. on April 1,

2015, any recorded telephone calls it seeks to introduce in connection with defendant's application for bail review, as well as any supplemental witness statement regarding such recordings.

IT IS SO ORDERED.

Date: __April 1__, 2015

_____
HONORABLE MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

Presented by:

_____/s/_____
SCOTT D. TENLEY
Assistant United States Attorney

ii