```
 1  STEPHANIE YONEKURA
    Acting United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    SCOTT D. TENLEY (Cal. Bar No. 298911)
 4  Assistant United States Attorney
    General Crimes Section
 5       1100 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone:  (213) 894-8911
 7       Facsimile:  (213) 894-0141
         E-mail:     scott.tenley@usdoj.gov
 8
    Attorneys for Respondent
 9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 15-131-JFW |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS; DECLARATION OF SCOTT D. TENLEY |
| v. | |
| TEOFIL BRANK, aka "Jarec Wentworth," | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Scott D. Tenley, hereby submits this ex parte application for an order that the government's opposition to defendant's application for bail review or reconsideration of the Court's order of detention, the declaration of Catherine T. Moore, and exhibits to the declaration of Catherine T. Moore be filed under seal.

The ex parte application is based upon the attached declaration of Scott D. Tenley.

Dated: April 1, 2015

Respectfully submitted,

STEPHANIE YONEKURA
Acting United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

  /s/ _____
SCOTT D. TENLEY
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

ii

DECLARATION OF SCOTT D. TENLEY

I, Scott D. Tenley, declare as follows:

1.  I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California.  I represent the government in this matter, which includes the filing of this ex parte application.

2.  On April 1, 2015, the government filed its opposition to defendant's motion for bail review or reconsideration of the Court's order of detention (the "opposition"), the declaration of Catherine T. Moore, and exhibits to the declaration of Catherine T. Moore (declaration and exhibits referred to collectively as the "declaration").

3.  The opposition and declaration reference an individual who has provided information to the government regarding defendant's extortion scheme and who has expressed an interest in cooperating with the government's investigation.  A report summarizing the Federal Bureau of Investigation's interview of this individual is included as Exhibit 1 to the declaration.  The government's memorandum of points and authorities makes reference to the individual by name as well.

4.  As such, the government requests that the government's filing of the opposition and the declaration be filed under seal.

6.  On April 1, 2015, at 9:37 p.m., I emailed Seema Ahmad and Ron Chowdhury, counsel for defendant, to ascertain defendant's position on the government's application.  I also left voicemail messages in Ms. Ahmad and Mr. Chowdhury's offices at approximately 10:30 p.m.  Because of the late hour of my communications to defense

counsel, I was unable to obtain defendant's position on the government's application.

7. On April 1, 2015, I served Ms. Ahmad and Mr. Chowdhury with a copy of the government's under seal documents via email.

8. Should the Court deny this application, the government requests that its submitted filing and this application not be filed, but be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  Executed on the 1st day of April, 2015, at Los Angeles, California.

_____
SCOTT D. TENLEY
Assistant United States Attorney

2