## LIST OF EXHIBITS AND WITNESSES

| Case Number | CR 15-131 JFW | Title | USA v. Teofil Brank |
|---|---|---|---|
| Judge | Michael R. Wilner | | |
| Dates of Trial or Hearing | April 2, 2015 | | |
| Court Reporters or Tape No. | CS April 2, 2015 | | |
| Deputy Clerks | Veronica McKamie | | |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Scott Tenley, AUSA | Seema Ahmad, DFPD |
| | |
| | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | Special Agent Catherine T. Moore | D |
| | | | 9 | 4/2/2015 | | | |
| | | | 10 | 4/2/2015 | | | |

G-65 (03/07)                    LIST OF EXHIBITS AND WITNESSES                    Page  1  of  1