```
STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
SCOTT D. TENLEY (Cal. Bar No. 298911)
Assistant United States Attorney
General Crimes Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-8911
     Facsimile:  (213) 894-0141
     E-mail:     scott.tenley@usdoj.gov

Attorneys for Respondent
UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT
April 3, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY:   VM   DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR. 15-131-JFW |
|---|---|
| Plaintiff, | |
| v. | [PROPOSED] ORDER SEALING DOCUMENTS |
| TEOFIL BRANK,<br>   aka "Jarec Wentworth," | [UNDER SEAL] |
| Defendant. | |

The Court has read and considered the government's <u>ex parte</u> application for permission to file its opposition and declaration <u>under seal</u>. The Court hereby finds that the <u>ex parte</u> application and declaration of Scott D. Tenley, which this Court incorporates by reference into this Order, demonstrate sufficient facts to support granting the government's request.

THEREFORE, FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT the government's application for an <u>under seal</u> filing is GRANTED. The

documents sought to be filed under seal shall be filed under seal.

    IT IS SO ORDERED.

Date: April 3, 2015

_____
HONORABLE MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

Presented by:

_____/s/_____
SCOTT D. TENLEY
Assistant United States Attorney

ii