UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Case No.   **CR 15-131-JFW**                                                    Dated: April 6, 2015

===================================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri | Vanessa Baehr Jones |
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

Interpreter: None

===================================================================
U.S.A. vs (Dfts listed below)                         Attorneys for Defendants

1)   Teofil Brank                                     1)   Seema Ahmad, DFPD
     present in custody                                    Ashfaq G. Chowdhury, DFPD
                                                           present appointed

_____

**PROCEEDINGS:   MOTION FOR ORDER PROTECTING PRIVACY OF VICTIM PURSUANT TO CRIME VICTIMS' RIGHTS ACT, 18 U.S.C. P 3771**

Case called, and counsel make their appearance.   Douglas A. Axel makes his appearance on behalf of the victim.

Court hears oral argument, and for the reasons stated on the record the Court grants the Motion for Order Protecting Privacy of Victim Pursuant to Crime Victims' Rights Act, 18 U.S.C. P 3771 and signs the proposed order.

Initials of Deputy Clerk  _sr_
0/25