


# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TEOFIL BRANK,<br><br>    Defendant. | Case No. 2:15-cr-00131-JFW<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION FOR ORDER PROTECTING PRIVACY OF VICTIM PURSUANT TO CRIME VICTIMS' RIGHTS ACT, 18 U.S.C. § 3771 |



206805795

[PROPOSED] ORDER

## [PROPOSED] ORDER

The Victim in this case has filed a Motion for Order Protecting His Privacy Pursuant to the Crime Victims' Rights Act, 18 U.S.C. § 3771 (the "Motion"). Having considered the Motion and the arguments and authorities contained therein, the Court **GRANTS** the Motion. No party to this action may disclose the Victim's identity publicly in these proceedings unless and until the trial of this matter commences.

**IT IS SO ORDERED.**

Dated: 4/6/15

By: *[signature]*
Hon. John F. Walter
United States District Judge