FD-302 (Rev. 5-8-10)                           -1 of 2-                            OFFICIAL RECORD

## FEDERAL BUREAU OF INVESTIGATION

Date of entry    03/09/2015

On 03/04/2015, at approximately 8:30 p.m., ▮▮▮▮▮ met with TEOFIL BRANK, DOB: 10/02/1989, at a Starbucks Coffee shop, located at 530 North Sepulveda Boulevard, El Segundo, California. This meeting was digitally audio recorded (1D1) and digitally audio/video (1D2) recorded.

▮▮▮▮▮ was sitting at an inside table along the west side window of the Starbucks when BRANK sat down next to ▮▮▮▮▮ and asked in a low voice something to the effect of... what do you got for me? ▮▮▮▮▮ took the State of Florida ownership title document of the 2014 Audi R8, 2-Door, VIN: WUAANAFG4EN002234, owned by ▮▮▮▮▮ out of an envelope and began discussing the transfer of title with BRANK. ▮▮▮▮▮ showed BRANK the document and where ▮▮▮▮▮ had signed over the ownership/title of the Audi to BRANK as per BRANK's demands to ▮▮▮▮▮ via text messages. ▮▮▮▮▮ then put the ownership title document back in the envelope and handed it to BRANK. After he took possession of the Florida ownership title document from ▮▮▮▮▮, BRANK asked ▮▮▮▮▮, "And.....?" (Referring to the $1,000,000 in United States currency BRANK had also demanded from ▮▮▮▮▮ via text messages and which U▮▮▮▮ was supposed to give to BRANK at the meeting.)

▮▮▮▮▮ asked BRANK, "You ready to get paid?" BRANK nodded his his head affirmatively. ▮▮▮▮▮ informed BRANK that it ($1,000,000 cash) was in his/her automobile in the parking lot of the Starbucks, but BRANK did not want to walk out to ▮▮▮▮▮'s vehicle with him/her. BRANK told ▮▮▮▮▮ to bring the money to him at the Starbucks patio area and ▮▮▮▮▮ agreed. ▮▮▮▮▮ walked across the Starbucks parking lot to the UC vehicle while BRANK waited at the Starbucks patio area. ▮▮▮▮▮ drove the UC vehicle to the west side of the parking lot, adjacent to the Starbucks patio area and Sepulveda Boulevard. ▮▮▮▮▮ then parked the UC vehicle facing west-bound – which is also facing the Starbucks patio area.

▮▮▮▮▮ motioned to BRANK to meet him/her near the trunk of the UC vehicle and BRANK walked over to the rear of the UC vehicle. ▮▮▮▮▮

Investigation on  03/04/2015  at  Los Angeles, California, United States (In Person)

File #  ▮▮▮▮▮                                              Date drafted  03/05/2015

by  ▮▮▮▮▮

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

U.S. v. Teofil Brank, 15-131  Bates No. 0029

EXHIBIT 1

FD-302a (Rev 05-08-10)

Continuation of FD-302 of ▮▮▮ ▮▮▮   Meeting with BRANK   , On   03/04/2015  , Page   2 of 2

informed BRANK that BRANK had badly scared ▮▮▮ with his demands and BRANK told ▮▮▮, "The only reason this (extortion) is happening is because somebody's ▮▮▮ ego got a little too big." ▮▮▮ asked BRANK, "So, do you want to count it ($1,000,000 cash) out right here?" BRANK responded, "No, it's fine. Just open it up (the trunk of the UC vehicle) and show me what's in there." ▮▮▮ opened the trunk of the UC vehicle which contained a backpack with a pad lock on it. ▮▮▮ told BRANK the money is in the backpack and BRANK instructed ▮▮▮ to open the backpack so that BRANK could see the contents. While ▮▮▮ began to open the backpack's pad lock, FBI Agents placed BRANK under arrest.

The meeting between ▮▮▮ and BRANK was digitally audio recorded and submitted as evidence to FBI ELSUR, as item number: 1D1. The meeting between ▮▮▮ and BRANK was digitally audio recorded and submitted as evidence to FBI ELSUR, as item number: 1D2.

