```
PAGE 01   03/05/15  15:54:00 FBPO PRINT REQUESTED BY TERMINAL FBIO
TO: FBIO   FROM: CLETS              03/05/15  15:50:32
4BSRDFBIOX.IN


DATE: 03/05/15 TIME: 15:50
INSURANCE INFORMATION ON FILE
REG VALID FROM: 01/08/15 TO 01/08/16
LIC#:7JQY312 YRMD:14 MAKE:FORD BTM :4H VIN :1FADP3L94EL391349
R/O :CAB WEST LLC LSR, YIM ETIENNE KAALA LSE,
CITY:
SOLD:00/00/15 RCID:01/19/15 OCID:01/22/15 LOCD:4
L/O :HTD LSG LLC, PO BX 105704, ATLANTA CITY:GA ZIP :30348
TYPE:11 POWR:G VEH :11 BODY:0 CLAS:FZ
REC STATUS:
01/20/15 SMOG DUE 01/08/20



LESSEE INFORMATION RECORD(S)
EFFECTIVE DATE:01/05/15 CREATION DATE:01/20/15
NAME:YIM ETIENNE KAALA,



CLEARANCE INFORMATION RECORDS:
OFFICE   WORK DATE   TECH/ID   SEQ #    VALUE     FICHE DATE   TTC
  V35     01/19/15     E8       0024   00268.00    00/00/00    A00
  AEJ     01/22/15     AS       0080   00000.00    00/00/00    Z04

01/05/2015-ODOMETER:        133 MILES  ACTUAL MILEAGE


END
```