1           DECLARATION OF SPECIAL AGENT JOSEPH P. BRINE, II

2      I, Special Agent Joseph P. Brine, II, declare as follows:

3      1.   I am a Special Agent ("SA") with the Federal Bureau of

4  Investigations ("FBI").  I have knowledge of the facts set forth

5  herein and could and would testify to those facts fully and

6  truthfully if called and sworn as a witness.

7      2.   On March 3, 2015, the Victim of the extortion scheme met

8  with the FBI (including myself) and described the defendant's

9  previous and continued extortion attempts threatening Victim's

10 reputation (mostly via cellular telephone).

11       a.   During this meeting, the Victim explained that as a

12 result of the extortion, the Victim had already wired the defendant

13 $500,000 and had given defendant possession of the Victim's Audi r8.

14       b.   Also during this meeting, defendant sent the Victim

15 extorting text messages from phone number 916-420-7906, demanding

16 additional money and a condominium, and then ultimately $1,000,000 in

17 cash.  I and the other agents present reviewed those text messages

18 and directed the Victim to respond.  Specifically, the Victim was

19 directed to arrange a meeting between defendant and an undercover

20 agent, who would pose as the Victim's associate, to deliver more

21 extortion proceeds to defendant.

22     3.   The undercover operation was ultimately scheduled for March

23 4, 2015, at a Starbucks coffee shop in El Segundo, California (the

24 "Starbucks").

25     4.   Just hours before the March 4, 2015 meeting, defendant

26 called the Victim and indicated that he would not be coming alone.

27 This call was recorded at the FBI office by SA Jaime Aguirre, who was

28 with the Victim.  SA Aguirre called me before the undercover meeting

16

1  began and told me about the recorded call.  At the time, I was with

2  other agents conducting surveillance at and outside the Starbucks in

3  preparation for the undercover meeting with defendant.  From this

4  call, I and the other agents anticipated that defendant would be

5  accompanied to the Starbucks by another individual or individuals.

6      5.    On March 4, 2015, FBI SA Sean Sterle, posing in an

7  undercover capacity as the Victim's associate, met with defendant

8  inside the Starbucks to deliver the title to the Audi r8 and

9  $1,000,000 in cash to defendant.  Minutes after they met inside the

10 Starbucks, I observed defendant being arrested.  I was informed by SA

11 Frank Aimaro that the 916-420-7906 cellular phone, used in by

12 defendant in the extortion, had not been found on defendant's person.

13     6.    Immediately after defendant was arrested, agents began

14 canvassing the Starbucks parking lot to locate any other potential

15 participants in the extortion scheme.  SA Jonathan Bauman saw Etienne

16 Yim ("Yim") sitting in the driver's seat of a Ford Focus in the

17 Starbucks parking lot and began to question him.  After questioning,

18 SA Bauman placed Yim in handcuffs on suspicion he was involved with

19 the extortion.  After Yim's detention, I briefly looked inside the

20 car and observed a cellphone on the center console of passenger

21 compartment next to a partially-open backpack.  I then asked Yim, who

22 was sitting on the curb, for consent to search the car.  Yim gave me

23 consent to search his Ford Focus.  However, before the search, I

24 asked SA Aguirre to call the 916-420-7906, the number of the phone

25 defendant had used to communicate the extortion threats, because the

26 phone had still not been located.  SA Aguirre had the Victim call

27 916-420-7906 and I heard a phone begin to ring from inside Yim's Ford

28 Focus.  Yim then told me that the Samsung phone and backpack belonged

17

1  to defendant.   This led me to believe that the Samsung phone in the
2  Ford Focus was the phone used by defendant in the extortion.
3       I declare under penalty of perjury under the laws of the United
4  States of America that the foregoing is true and correct and that
5  this declaration is executed at Los Angeles, California, on April 27,
6  2015.

7
8                            SA JOSEPH P. BRINE, II
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

18