# EXHIBIT 3

23

#42; 12/10 hrg off

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. CR12-0165 PSG | Date December 5, 2012 |

Present: The Honorable Philip S. Gutierrez, United States District Judge

Interpreter n/a

| Wendy K. Hernandez | Not reported | Bayron T. Gilchrist |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) TIMOTHY ROACH | not | | x | Craig A. Harbaugh | not | | x |

**Proceedings:** (In Chambers) Order GRANTING Government's Motion to Quash Subpoenas (Filed 11/7/12)

The Court has read and considered the Government's Motion to Quash Subpoenas. For the reasons stated in the government's motion, the Motion is GRANTED.

Accordingly, the hearing set for December 10, 2012 is removed from the Court's calendar.

IT IS SO ORDERED.

CR-11 (09/98)  CRIMINAL MINUTES - GENERAL  Page 1 of 1


EXHIBIT 3