# EXHIBIT 5



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

Case No. CR 11-442 PA Date October 12, 2011

Present: The Honorable PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

Interpreter

| Paul Songco | Rosalyn Adams | Jennie Wang and Max Shiner |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2) Mayel Perez-Valencia (T/N: Miguel Martinez Marquez) | X | X | | 2) Carl Gunn, DFPD | X | X | |

**Proceedings:** MOTION TO QUASH SUBPOENA

A motion hearing is held. James Secord and Stephanie Zeitlin are also present on behalf movants Michael Ramos and Dennis Christy. The Court hears oral arguments concerning the motions. The Court grants the motions to quash subpoenas filed by the government and movants Ramos and Christy (Docket Nos. 289 and 291).

IT IS SO ORDERED.

: 19

Initials of Deputy Clerk PS

cc:

56

EXHIBIT 5