# EXHIBIT 6

57

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. 2:11-cr-00769-JHN-1 | | Date March 5, 2012 |

Present: The Honorable **JACQUELINE H. NGUYEN**

Interpreter N/A

| Alicia Mamer | Wil Wilcox | Sonja M Ralston & Shawn Nelson |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Raleigh Elliott Beard | X | X | | Stephen Demik, John David Hanusz, Margaret A Farrand, DFPD | X X X | X X X | |

**Proceedings:**  HEARING ON MOTIONS:
MOTION to Suppress Statements [19];
MOTION to Suppress Evidence [20];
MOTION to Strike Declaration [30];
MOTION to Quash Subpoenas Duces Tecum [40]

The Motion to exclude witnesses is GRANTED; all witnesses are excused, excluding the case agent, Detective Monterroso. The Court hears argument and takes testimony on the Motions. A separate List of Witnesses and Exhibits shall be filed. The Motion to Quash [40] is GRANTED.

The matter is continued, in-progress, to **March 16, 2012 at 9:00 a.m.**

| | 3 | 54 |
|---|---|---|
| Initials of Deputy Clerk | AM | |

EXHIBIT 6