# EXHIBIT A

FD-302 (Rev. 5-8-10)

- 1 of 5 -



## FEDERAL BUREAU OF INVESTIGATION

Date of entry    03/16/2015

On March 3, 2015, D█████ B█████ ████████████████

█████████████████████████████████████████████████

R

█████████████████████████████████████████████████

        Also present for the interview were B███ S' attorney DOUGLAS AXEL, attorney with SIDLEY AUSTIN LLP; ██████████████████████

██████████████████████████ B███ S' private investigator JAMES NAUWENS, Managing Director at NARDELLO & CO., work address ████████

███████████████████████████     Supervisory Special Agent (SSA) JOSEPH BRINE of the FBI. After being advised of the identity of the interviewing Agents and the nature of the interview, B████ provided the following information:

B████ met the subject, TEOFIL BRANK, approximately two years ago at the LA VALENCIA HOTEL, address 1132 Prospect Street, La Jolla, California 92037. B████ was introduced to BRANK by an individual named MILES LNU. B████ had met MILES through an escort website named RENTBOY.com. MILES was involved with the homosexual pornography industry and would occasionally introduce or refer B████ to other males involved in the industry for sexual interactions. B████ met with MILES on four or five occasions in the past, but was no longer in contact with him.

B████ had met with BRANK on multiple occasions and paid for sexual contact. In addition, B████ paid BRANK approximately four times for referrals of others whom B████ would pay for sexual encounters. The typical

Investigation on   03/03/2015   at   Los Angeles, California, United States (In Person)

File #   ██████████                                          Date drafted   03/09/2015

by   MICHAEL S WINNING , AGUIRRE JR JAIME

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of  Interview of ▮▮▮▮▮▮  , On  03/03/2015 , Page  2 of 5

arrangement was that ▮▮▮▮ would send BRANK a list of possible individuals
for contact and BRANK would arrange a meeting for a set referral fee of
$2,000. B▮▮▮ would then pay the individual between $1,500 and $2,000 for
sexual contact. B▮▮▮ could not recall the names of the individuals
referred by BRANK, but believed one individual was named ILYA WARD (ph).

Sometime in January of 2015, ▮▮▮▮ had paid BRANK a referral fee of
$2000 to arrange a sexual encounter with an individual named MIRCIN LNU
located somewhere in western Massachusetts. The arranged encounter never
took place. During conversations with MIRCIN subsequent to the arrangement,
B▮▮▮ felt MIRCIN was uncomfortable with unspecified terms of the encounter
and had decided to call off the arrangement. B▮▮▮ and MIRCIN communicated
via email. It was a point of contention with B▮▮▮ that BRANK refused to
return the $2000 referral fee following the breakdown of the arrangement.

B▮▮▮ had previously wired BRANK $500,000 and allowed BRANK to acquire
his black Audi R8 with Florida license ▮▮▮▮ from his residence in La
Jolla, California. BRANK had always expressed a desire to drive the Audi
R8. Agents inquired as to what leverage BRANK may have over B▮▮▮ that
would justify his demands. B▮▮▮ explained that his reputation was his most
valued asset and he was worried BRANK would damage his reputation through
posts on social media. B▮▮▮ did not believe BRANK was in possession of any
compromising photographs or video of any kind. Text messages between BRANK
and B▮▮▮ provided by AXEL do make a reference to photos on February 16,
2015. B▮▮▮ was also asked whether any references to "boys" in the text
messages were a reference to minors. B▮▮▮ stated the references were only
to other homosexual males and that he had never had any sexual contact with
minors.

Safeguarding his reputation was important to B▮▮▮, but he acquiesced
to BRANK's demands out of fear. He felt "chilled" and "afraid." B▮▮▮ had
known BRANK to make statements in the past to the effect of "the Romanian
community is very tight and we take care of our own." BRANK had also
threatened violence against a prior roommate in Washington, DC. B▮▮▮ had
advised against BRANK taking any violent action against the roommate. B▮▮▮
feared for himself and for his housekeeper when BRANK traveled to his La
Jolla residence to pick up the Audi R8. BRANK had never visited his
residence and was not aware of the address, ▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮until text arrangements were made for BRANK to
acquire the vehicle.

B▮▮▮ had no knowledge of BRANK making similar demands on any other
individuals. B▮▮▮ had provided monetary support to another individual
named JUSTIN GRIGGS in Birmingham, Alabama. This support was given under a
"helping hand" context as opposed to extortion. GRIGGS had been referred to

FD-302a (Rev. 05-08-10)

██████████

Continuation of FD-302 of ___Interview of █████ B█████_____, On __03/03/2015__, Page __3 of 5__

B████ in the past. It was possible that he was referred by BRANK, but B████ could not recall. B████ had felt inclined to help GRIGGS during hard times.

B████ was shown a copy of the text message exchanges and call logs provided by his attorney DOUGLAS AXEL. B████ reviewed the records and stated that they appeared to be complete and accurate up to the inclusive dates. There were no alterations or additions of any kind. B████ added that additional communications had occurred since the time the record was extracted. B████ was asked to provide an explanation for the text message record beginning date of February 16, 2015. Agents specifically asked if there were other communications by text, phone, or email prior to that date. B████ stated that the re-initiation of contact by BRANK came "out of the blue."

Agents inquired as to why the interactions between B████ and BRANK took place primarily over text messages as opposed to phone calls. B████ explained that it was common for individuals of BRANK's generation to communicate primarily through text messages. In addition, at the time compliance with BRANK's demands was being coordinated, B████ was in Vancouver, Washington on business. He was exploring a business venture connected with a boat yard. In this location, B████ had poor mobile phone service and no privacy to conduct phone calls. B████ pointed to text messages in the text record on February 16, 2015 that failed to send due to poor service.

B████ recalled that these transactions were occurring around the time of the President's Day holiday in February 2015. He remembered that due to President's Day, 2/16/2015, being a bank holiday, he was unable to wire the initial monetary demand of $250,000 right away. During a telephone call, BRANK increased the amount to $500,000 and demanded payment the next day. When B████ agreed to wire the money, BRANK hung up the phone.

B████ received a text message from BRANK on February 16, 2015 that instructed B████ to check BRANK's TWITTER account. B████ contacted GRIGGS from Vancouver and asked him to check BRANK's social media accounts for any posts referencing █████. He was unable to check them himself due to the poor mobile phone service in the area. GRIGGS confirmed that BRANK had posted something on his TWITTER account to the effect of "Does anyone know a guy named D██?" GRIGGS also informed B████ that a TWITTER handle of @jcshawn had responded to the post with something to the effect of, "Alright then. I'm changing my name to ███!"

Following the trip to Vancouver, B████ coordinated to have the vehicle title of his Audi R8 sent via FEDERAL EXPRESS from his office in Florida to

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of  Interview of ████████ ████  , On  03/03/2015  , Page  4 of 5

his office in Los Angeles, California. The text messages provided reflect
discussion of information needed from BRANK to complete the title transfer.
BRANK was reluctant to provide the necessary information.

The text messages provided also show that BRANK demanded an additional
$500,000 on February 19, 2015. BRANK and ████ had discussed the
possibility of meeting this demand with payments of $50,000 per year over
ten years. On approximately February 23, 2015, ████ had offered to draft a
formal contractual agreement to buy BRANK's online/pornography persona,
JAREC WENTWORTH, as means to reconciliation. This was done as a stalling
tactic to buy ████' time to seek legal counsel and decide how to proceed.
BRANK and ████ had last discussed the vehicle title for the Audi R8 on
February 24, 2015.

As the interview with ████ was in progress, he began receiving text
messages from BRANK. These texts included a demand by BRANK for a
condominium in the Los Angeles area and $300,000. Text negotiations
continued, culminating in a demand by BRANK for $1 Million cash. ████
agreed to work on securing the funds and contact BRANK the following day.
Digital screenshots of this text exchange provided by ████ are digitally
attached.

BRANK's whereabouts were unknown, but ████ believed him to be in the
Los Angeles, California area. He knew him to have family in the Sacramento,
California area. ████ knew BRANK to frequently use "party drugs" such as
Molly. BRANK was in the highest paid segment of the male adult
entertainment industry, but ████ speculated that his yearly income was on
the order of $30,000 to $35,000 per year. ████ provided the following
identifying information for BRANK:

| NAME | TEOFIL BRANK |
|---|---|
| ALIAS | JAREC WENTWORTH |
| DATE OF BIRTH | ████████ |
| COUNTRY OF BIRTH | ROMANIA |
| SOCIAL SECURITY NUMBER | ████████ |
| MOBILE TELEPHONE NUMBER | ████████ |
| WIFE'S NAME | ALINA DUBINETSKY |
| GIRLFRIEND'S NAME | CRISTINA PASCAVAGE LEBRUN |

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of  Interview of D███ B███ ,On  03/03/2015 ,Page  5 of 5

# EXHIBIT B

ß

FD-302 (Rev. 5-8-10)                                    - 1 of 1 -

### FEDERAL BUREAU OF INVESTIGATION



Date of entry     04/07/2015

    On April 3, 2015, an open source GOOGLE internet search was conducted in
an attempt to locate the original extortion post on TWITTER. The following
search terms were utilized in GOOGLE: Twitter + "How many porn stars know a
man named D██?" The original post had been removed from TWITTER, but was
located as a re-post on the TWITTER feed of STR8UPGAYPORN! at
http://new.tweettunnel.com. The following was re-posted on February 16,
2015 at 12:44PM: "? RT @JarecWentworth How many porn stars know a man named
D██? Yes D██ http://t.co/rwjji7D6ac." A digital image of this re-post was
captured and is attached.

---

Investigation on  04/03/2015   at   Los Angeles, California, United States (, Other (Open source
                                     internet search))

File #  ████████████                                        Date drafted  04/06/2015

by  MICHAEL S WINNING

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not
to be distributed outside your agency.

US v. Brank, 15-131 Bates No0259

**2/16**
**2015**

STR8UPGAYPORN! @Str8UpGayPorn                    16 Feb
.@SebastianHook Vs. @Brenner_BoltonX Vs.
@BastianHart. Who's the hottest bottom?
http://t.co/nESZBIJZpE http://t.co/ApsTC1DkTn

Details                                          23 : 19

STR8UPGAYPORN! @Str8UpGayPorn                    16 Feb
@GayHoopla got it ;-p

Details                                          23 : 17

STR8UPGAYPORN! @Str8UpGayPorn                    16 Feb
@GayHoopla can't find the Sebastian/Jarod video on
the site?

Details                                          22 : 01

STR8UPGAYPORN! @Str8UpGayPorn                    16 Feb
@chrisharderxxx k

Details                                          21 : 08

STR8UPGAYPORN! @Str8UpGayPorn                    16 Feb
Gay porn power couple @JackRayderXXX &
@lukasgrandeXXX's first date was at @ChipotleTweets
http://t.co/n0AgwrUxJD http://t.co/TyxtBDmAvu

Details                                          21 : 01

STR8UPGAYPORN! @Str8UpGayPorn                    16 Feb
POLL: Should @Sean_Cody_Com's "Boring Brandon"
Retire If He's Not Going To Bottom?
http://t.co/RNX1E6gpoy http://t.co/RgHrSpkpWJ

Details                                          15 : 07

STR8UPGAYPORN! @Str8UpGayPorn                    16 Feb
Watch 9 people react to @elihunter88 drinking
multiple loads of cum: http://t.co/NK0rDB5GBu
http://t.co/BEbJkC0Eva

Details                                          14 : 20

STR8UPGAYPORN! @Str8UpGayPorn                    16 Feb
? RT @JarecWentworth How many porn stars know a
man named D██? Yes D██ http://t.co/rvfjJi7D6ac