# EXHIBIT A

Case 2:15-cr-00131-JFW   Document 62-1   Filed 05/02/15   Page 1 of 4   Page ID #:655

Hi Seema, please confirm that you will <u>not</u> be signing a preliminary hearing waiver.  This appears to be the message from the below email, but I would like to be clear as I proceed with next steps.

Thanks so much.

Kimberly D. Jaimez | Assistant United States Attorney

United States Attorney's Office | Central District of California

1400 U.S. Courthouse | 312 N. Spring St. | Los Angeles, California 90012

T: 213.894.3779| F: 213.894. 0142| kimberly.jaimez@usdoj.gov

-----Original Message-----
From: Seema Ahmad [mailto:Seema_Ahmad@fd.org]
Sent: Thursday, March 19, 2015 12:24 PM
To: Jaimez, Kimberly (USACAC)
Cc: Ron Chowdhury
Subject: Re: U.S. v. Teofil Brank

Kim,

Pursuant to Rule 26.2, please promptly produce all statements of witnesses you intend to call at the preliminary hearing tomorrow.  Please also produce all documents relied upon by those witnesses.

Thank you.

Seema

> On Mar 19, 2015, at 11:03 AM, Jaimez, Kimberly (USACAC)

<Kimberly.Jaimez@usdoj.gov> wrote:

>

> Seema, I don't have authorization to make any representations in

> writing

at this time. I would, however, like to discuss my plan sooner rather than later as we are running out of time.  I'd also be willing to speak to your colleague if you're tied up in court.

>

> Thanks.

>

> Kimberly D. Jaimez | Assistant United States Attorney United States

> Attorney's Office | Central District of California

> 1400 U.S. Courthouse | 312 N. Spring St. | Los Angeles, California

> 90012

> T: 213.894.3779| F: 213.894. 0142| kimberly.jaimez@usdoj.gov

>

>

> -----Original Message-----

> From: Seema Ahmad [mailto:Seema_Ahmad@fd.org]

> Sent: Thursday, March 19, 2015 10:03 AM

> To: Jaimez, Kimberly (USACAC)

> Subject: U.S. v. Teofil Brank

>

>

> Hi Kim,

>

> I am writing to follow up on our conversation from yesterday regarding

your request for a prelim waiver.  I need to run it by a supervisor and specifically, I need to be able to explain the benefit to my client of the waiver.  Can you please let me know in writing what you are proposing?

>

> Thanks very much.

>

> Seema Ahmad

> Deputy Federal Public Defender

> 321 E. 2nd Street

> Los Angeles, California 90012

> (213) 894-4787

>