STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
KIMBERLY D. JAIMEZ (Cal. Bar No. 271235)
VANESSA BAEHR-JONES (Cal. Bar No. 281715)
Assistant United States Attorneys
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3779/0511
     Facsimile: (213) 894-0142
     E-mail:    kimberly.jaimez@usdoj.gov
                vbaehr-jones@usa.doj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 15-131-JFW |
| Plaintiff, | GOVERNMENT'S PROPOSED VOIR DIRE |
| v. | Trial Date:  May 12, 2015<br>Trial Time:  8:30 a.m. |
| TEOFIL BRANK,<br>  aka "Jarec Wentworth,"<br>  aka "@JarecWentworh," | Location:    Courtroom of the<br>             Hon. John F. Walter |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Kimberly D. Jaimez and Vanessa Baehr-Jones, proposes and respectfully requests that the

//

//

following voir dire questions be asked in addition to those usually asked by the Court.

Dated: May 5, 2015                    Respectfully submitted,

                                      STEPHANIE YONEKURA
                                      Acting United States Attorney

                                      ROBERT E. DUGDALE
                                      Assistant United States Attorney
                                      Chief, Criminal Division


                                            /s/
                                      KIMBERLY D. JAIMEZ
                                      VANESSA BAEHR-JONES
                                      Assistant United States Attorneys

                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA

**GOVERNMENT'S PROPOSED VOIR DIRE**

**I.   GENERAL**

1. Is there anything about the charges in this case that makes you unwilling or reluctant to serve as a juror?

2. Do you have any difficulty with your language skills, hearing or sight, or have any medical problems that could impair your ability to devote your full attention to this trial?

3. If you are selected as a juror and hear this case, you will be required to deliberate with eleven other jurors. This will require you to discuss the evidence and the law in this case with the eleven other jurors. Is there anything that leads you to believe that you would be unable or unwilling to engage in such discussions?

**II.   BLACKMAIL & EXTORTION LAWS**

4. Do you believe that laws prohibiting blackmail and extortion should be abolished or not enforced?

5. Is there anything about the way the Federal Bureau of Investigation ("FBI") or any other law enforcement agency conducts investigations that would make it difficult for you to render a fair and impartial verdict in this case?

6. Have you or a family member or a close friend ever solicited, demanded, requested, or accepted so-called "hush money"? If so, would you feel more comfortable discussing the matter privately with the Court and the attorneys?

7. Do you have any reservations or doubts in your ability to be fair to both sides in a case charging someone with violations of federal laws involving extortion?

8. Have any of you been a member of, or associated in any manner with, a group, society, or organization that advocates First

Amendment rights of free speech? Please describe your involvement with such activities.

    9.   Do any of you feel that the laws of this country are unconstitutional or unfair in any way?

    10.   Do any of you believe that the government should not prosecute non-violent cases?

**III. JUROR'S EXPERIENCE WITH LAW ENFORCEMENT**

    11.   Have you, or any of your close friends or relatives, ever been arrested, charged with, or convicted of any crime?  If so:

        a.   Would you please describe the circumstances?

        b.   Is there anything about those circumstances that would prevent you from being fair and impartial in this case?

    12.   Have you, or any of your close friends or relatives, ever had any contact with any law enforcement officer?  If so, do you think the officer acted professionally and fairly?  Do you have any positive or negative feelings as a result of that contact?

    13.   Have you, or any of your close friends or relatives, ever filed a lawsuit or complaint concerning the conduct of a law enforcement officer?

    14.   Do you believe that you, or any of your close friends or relatives, have ever been falsely accused of committing a crime?

    15.   Do any of you think that law enforcement or the criminal justice system is not fair or needs to be changed?

    16.   Do any of you think that law enforcement or the criminal justice system treats certain individuals more harshly than others?

    17.   Have you or have any of your close relatives or friends had any contact with federal agents and police officers, including the FBI?  If so, what was the nature of the contact?  Do you feel that

you or your family member or friend was treated unfairly by the agency or officer?

18. You will hear testimony in this case from FBI agents. Is there anything that you have experienced, seen, heard, or read about this agencies (or any other federal agency or police department) that would prevent you from fairly assessing the credibility of the law enforcement officers who will be testifying in this case?

19. Do you have any feelings regarding the criminal justice system generally that might affect your ability to consider the evidence in this case fairly and impartially, and to base your verdict only on the evidence presented in this case?

**IV.   KNOWLEDGE OF THE CASE & SPECIFIC CASE MATTERS**

20. Do you know or are you familiar with any of the following individuals, who may be witnesses in this case?  [The Court is respectfully requested to read the government's and the defendant's witness lists.]

21. During the course of this case you'll hear that the alleged Victim was potentially involved in certain illicit activity, namely solicitation of prostitution. Would knowing this fact affect your ability to consider the evidence in this case fairly and impartially, and to base your verdict only on the evidence presented in this case?

**V.   PUNISHMENT AND SYMPATHY**

22. The potential punishment for the offenses charged in the indictment is a matter that should never be considered by the jury in any way in arriving at an impartial verdict as to the guilt or innocence of the accused.  Will each of you be able to conduct your duties as jurors in this case without speculating about or being

1  influenced in any way by whatever punishment may or may not be
2  imposed in this case?
3       23.  There are some people who, for moral, ethical, or religious
4  reasons, may find it difficult or uncomfortable to pass judgment on
5  the conduct of others.  Is there anyone of you who holds such
6  beliefs, or who might be affected by such beliefs?
7       24.  Irrespective of your personal feelings about any issue that
8  may arise in this case, will you follow the law as the Court
9  instructs you to during this case?
10      25.  Knowing what you now know about this case, do you have any
11 reservations about your ability to hear the evidence, deliberate and
12 return and fair and impartial verdict?