# Exhibit A

Case 2:15-cr-00131-JFW   Document 74-1   Filed 05/06/15   Page 1 of 2   Page ID #:796



**RE: Brank, Joint Verdict Form**
Baehr-Jones, Vanessa (USACAC)  to: Ron Chowdhury         05/05/2015 06:25 PM
Cc: "Jaimez, Kimberly (USACAC)", "Seema Ahmad (Seema_Ahmad@fd.org)"

History:            This message has been forwarded.

Hi Ron,

Yes, the government intends to proceed on this charge.

-Vanessa

-----Original Message-----
From: Ron Chowdhury [mailto:Ron_Chowdhury@fd.org]
Sent: Tuesday, May 05, 2015 2:52 PM
To: Ron Chowdhury
Cc: Jaimez, Kimberly (USACAC); Seema Ahmad (Seema_Ahmad@fd.org); Baehr-Jones, Vanessa (USACAC)
Subject: RE: Brank, Joint Verdict Form

Kim and Vanessa:  Just following up about this question below.  Could you let me know?

Thanks,
Ron

Ron Chowdhury  |  Deputy Federal Public Defender
321 E. 2nd Street   |   Los Angeles, CA  90012
(213) 894-1456 direct   |   (213) 894-0081 facsimile .


From:       Ron Chowdhury/CACF/09/FDO
To:         "Jaimez, Kimberly (USACAC)" <Kimberly.Jaimez@usdoj.gov>
Cc:         "Seema Ahmad (Seema_Ahmad@fd.org)" <Seema_Ahmad@fd.org>,
            "Baehr-Jones, Vanessa (USACAC)" <Vanessa.Baehr-Jones@usdoj.gov>
Date:       05/05/2015 01:23 PM
Subject:        RE: Brank, Joint Verdict Form


One question:  Is the government intending to proceed on the 18 U.S.C. s. 924(c) charge, given the ruling on the motion to suppress?

Thank you,
Ron

Ron Chowdhury  |  Deputy Federal Public Defender
321 E. 2nd Street   |   Los Angeles, CA  90012
(213) 894-1456 direct   |   (213) 894-0081 facsimile .



From:       "Jaimez, Kimberly (USACAC)" <Kimberly.Jaimez@usdoj.gov>
To:         Ron Chowdhury <Ron_Chowdhury@fd.org>, "Baehr-Jones, Vanessa
            (USACAC)" <Vanessa.Baehr-Jones@usdoj.gov>
Cc:         "Seema Ahmad (Seema_Ahmad@fd.org)" <Seema_Ahmad@fd.org>