KIMBERLY D. JAIMEZ (Cal. Bar No. 271235)
Assistant United States Attorney
312 North Spring Street, 14th Floor
Los Angeles, California 90012
Telephone No. (213) 894-3779

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 15-00131-JFW |
| v. | |
| TEOFIL BRANK, | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

WITNESS LIST (IN CAMERA AND UNDER SEAL PURSUANT TO COURT'S CRIMINAL TRIAL ORDER DATED MARCH 27, 2015).

**Reason:**
☐ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☑ Per Court order dated: March 27, 2015
☐ Administrative Record
☐ Other:

May 7, 2015
Date

KIMBERLY D. JAIMEZ
Attorney Name

UNITED STATES OF AMERICA
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (09/14)     NOTICE OF MANUAL FILING OR LODGING