UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:15-CR-00131(A)-JFW        Recorder: Anne Kielwasser        Date: 05/07/2015

Present: The Honorable Michael R. Wilner, U.S. Magistrate Judge

Court Clerk: Terry R. Baker                                Assistant U.S. Attorney: Anil Anthony

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| TEOFIL BRANK, aka Jarec Wentworth, aka @Jarecwentworth CUSTODY-PRESENT | SEEMA AHMAD AND ASHFAQ G. CHOWDHURY, special appearance by ANDRE TOWNSEND DFPD'S | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the First Superseding Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the First Superseding Indictment.

This case was previously assigned to the calendar of District Judge John F. Walter.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 05/12/2015 at 8:30 AM
    Motion Hearing 05/08/2015 at 10:00 AM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

    The government shall turn over all discovery to defense counsel.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 05
Initials of Deputy Clerk: TRB

cc: Statistics Clerk, PSALA USMLA