FD-302 (Rev. 5-8-10)         - 1 of 6 -         OFFICIAL RECORD
Document participants have digitally signed.
All signatures have been verified by a certified FBI information system.

# FEDERAL BUREAU OF INVESTIGATION

Date of entry   03/17/2015

On March 4, 2015, ETIENNE KAALA YIM, date of birth ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, was interviewed at the EL SEGUNDO POLICE DEPARTMENT (ESPD), address 348 Main Street, El Segundo, California 90245, subsequent to the arrest of TEOFIL BRANK. Also present for this interview was Supervisory Special Agent (SSA) Joseph Brine. After being advised of the identity of the interviewing Agents and the nature of the interview, YIM provided the following information:

Prior to the commencement of the interview, Agents advised YIM he was not in custody and was free to leave at any time. The fact that YIM was free to leave was reiterated several times throughout the interview process. YIM repeatedly acknowledged that he understood he was speaking with Agents voluntarily and wished to do so. YIM was also advised that although not authorized to make promises of any kind, to include promises of leniency should YIM be charged with a crime, the fact that YIM was cooperating with Agents over the course of their investigation would be communicated to the prosecutor.

YIM had moved to the San Diego, California area from his birth country of FRANCE approximately two and a half years ago. YIM began working at an ice cream shop named THE BAKED BEAR ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. YIM moved in with a roommate he found on CRAIGSLIST named ERIC GELLER. ERIC GELLER was a party bus promoter in San Diego. YIM met TEOFIL BRANK approximately two years ago through GELLER. BRANK and another Russian male involved in the homosexual pornography industry, the name of whom he could not recall, were associates of GELLER. GELLER was not involved with the homosexual pornography industry and YIM speculated that BRANK and GELLER had most likely met partying in San Diego.

YIM knew BRANK to be very popular in the gay porn community. BRANK was

Investigation on  03/04/2015  at  Los Angeles, California, United States (In Person)

File # ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓   Date drafted  03/11/2015

by  MICHAEL S WINNING , BAUMAN JONATHAN H

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of  Interview of ETIENNE KAALA YIM  , On  03/04/2015  , Page  2 of 6

known in the gay porn community by his industry alias JAREC WENTWORTH. YIM is a heterosexual male and developed a platonic friendship with BRANK.

Over the past two years, YIM maintained contact with BRANK approximately three times per year over social media such as SNAPCHAT. He exchanged occasional messages with BRANK while BRANK was in Washington, DC, Texas, and New York. Approximately two months ago, BRANK had communicated to YIM through SNAPCHAT that he was moving to Los Angeles, California. YIM was aware of BRANK's arrival in Los Angeles through social media, but BRANK did not contact YIM until he had been in the area for approximately two weeks.

BRANK contacted YIM via telephone and they began hanging out. BRANK visited YIM, they partied together in San Diego, and BRANK stayed at his residence. YIM showed Agents an INSTAGRAM photo, dated six weeks prior, taken the night BRANK and YIM first hung out in San Diego. BRANK drove home to Los Angeles intoxicated that night in his green Ford Mustang. BRANK's residence was an apartment in a large, approximately 10 floor, orange colored building in the Koreatown area of Los Angeles.

YIM's next interaction with BRANK was approximately two weeks prior to this interview. BRANK asked YIM to meet him at an address in San Diego, 800 Prospect Street, because he wanted YIM to see his new car. YIM met BRANK to see the car, a 2014 black Audi R8 hardtop. YIM inquired as to where BRANK received money to buy the car and BRANK told him he had a "sugar daddy" that takes care of him named DON Last Name Unknown (LNU).

YIM gave BRANK advice on investing his money and suggested he invest in a business opportunity. YIM introduced BRANK to his friend BRAD HARTFORD, as a networking contact to invest his new wealth.

YIM then traveled with BRANK to Las Vegas, Nevada in the Audi R8. BRANK told YIM that he had received the car from DON LNU. They stayed one night at the VDARA Hotel (2600 West Harmon Avenue, Las Vegas, Nevada 89158). They partied in Las Vegas with a friend named RICK POWELL and used cocaine.

After departing Las Vegas, BRANK and YIM returned to San Diego for only a couple of hours before departing for Sacramento, California. BRANK received a speeding ticket from the CALIFORNIA HIGHWAY PATROL while driving north toward Sacramento at 89 miles per hour in the Audi R8.

YIM and BRANK stayed for two days at a MARRIOTT in Sacramento and BRANK paid for everything. He utilized both cash and credit cards for financial transactions. They partied in Sacramento and visited a strip club. BRANK introduced YIM to a friend named JOE LNU. BRANK withdrew money from a WELLS

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of  Interview of ETIENNE KAALA YIM  ,On  03/04/2015  ,Page  3 of 6

FARGO bank and gave the money to his brother. YIM could not recall the name of BRANK's brother, but knew him to be a truck driver. YIM estimated that BRANK gave his brother approximately $10,000 cash.

After departing Sacramento, they spent one day in San Francisco, California at the MANDARIN ORIENTAL hotel (222 Sansome Street, San Francisco, California 94104). Again, BRANK paid for everything to include the hotel, bottle service at a club for $800, and the purchase of high end clothing for both YIM and himself. BRANK also solicited a prostitute to whom he paid $800. BRANK became very angry over the interaction with the prostitute and YIM believed that BRANK was scammed.

After departing San Francisco, they returned to Los Angeles. They spent two days at the MR. C Hotel (1224 Beverwil Drive, Los Angeles, Calfornia 90035). BRANK again paid and purchased bottle service for approximately $2800 at 1OAK night club (9039 Sunset Boulevard, West Hollywood, California 90069). While at 1OAK, YIM and TEOFIL met three girls from Vancouver, one for whom BRANK showed particular affection.

BRANK and YIM departed Los Angeles and returned to San Diego. BRANK convinced the Vancouver girls they had met at 1OAK to travel to San Diego. The girls stayed with BRANK at a HILTON Hotel near the San Diego airport. BRANK purchased two rooms, one room for himself and the girl for which he had showed affection and another room for the other two girls.  The next day BRANK returned to Los Angeles. YIM estimated that over the course of this trip BRANK spent approximately $20,000.

BRANK next contacted YIM on the night of March 3, 2015. BRANK notified YIM over a text message that he was traveling to San Diego with his ex-girlfriend from Los Angeles. YIM described the ex-girlfriend as a white female, 25 to 30 years old, with short blonde hair, named TINA LNU, who was employed as a hair stylist.

BRANK next contacted YIM on March 4, 2015 via text. BRANK told YIM that he needed help and asked for a ride to Los Angeles. YIM provided a digital picture he had captured of the text exchange. This picture is digitally attached. Over a telephone call, YIM agreed to drive BRANK to Los Angeles if he would pay for the gas. BRANK provided few details regarding the reason for the trip, but told YIM he needed to pick up some money. YIM stated that BRANK was "sketchy" and "unclear."

YIM met BRANK at Room #216 of the TOWER 23 Hotel (723 Felspar Street, San Diego, California 92109). BRANK spoke with YIM on the balcony of the hotel room so TINA would not overhear. BRANK told YIM that they were going to pick up $1 Million from the guy named DON LNU he had mentioned before. BRANK explained that DON LNU had offered to give him $5000 per month for

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of  Interview of ETIENNE KAALA YIM  , On  03/04/2015  , Page  4 of 6

the next five years, but BRANK did not want that offer. BRANK refused to tell YIM the reason for the money, but YIM believed it was "for sex or something."

BRANK asked YIM for help in acquiring a weapon. He was afraid someone might follow them after they picked up the money. BRANK knew YIM had access to a weapon because he had seen a photo of YIM at the gun range a weekend prior posted on YIM's INSTAGRAM account. YIM had borrowed the gun from his friend in San Diego named BEN WILLIAMS. YIM contacted WILLIAMS and he agreed to let YIM borrow the gun.

BRANK and YIM drove to WILLIAM's residence off La Jolla Boulevard and obtained the gun, a .357 caliber silver Python revolver with a wooden hand grip. WILLIAMS gave YIM the gun in his shooting range case, to include his eye/hearing protection and ammunition. YIM believed that WILLIAMS thought he was returning to the shooting range.

YIM drove BRANK to Los Angeles. On the way, they stopped to purchase aluminum foil. BRANK planned to wrap the money in aluminum foil so that the RFID chips in the $100 bills could not be tracked on the highway.

They first arrived at BRANK's apartment in the Koreatown area of Los Angeles. At this location, BRANK removed the gun and ammunition from the shooting range case and packed it into his backpack. BRANK did not load the gun, but kept the ammunition separate. BRANK and YIM discussed the plan for bringing the weapon. BRANK would pick up the money. He told YIM something to the effect of, "If anyone shoots me, get my back." YIM responded, "I got your back." They were not afraid that cops would show up, but feared that DON LNU may coordinate a hit on them. YIM agreed to back up BRANK, but he had no intention of utilizing the weapon. BRANK expected YIM to use the gun if necessary. According to YIM, BRANK had reemphasized, "If anything happens, shoot at whoever shoots at me."

YIM and BRANK did not discuss YIM receiving a cut of the money. YIM thought that if he helped BRANK invest the money well, possibly in his own business or business ventures of his friends, YIM would receive a kickback.

While driving from BRANK's apartment to El Segundo, California, BRANK spoke over speaker phone with DON LNU. DON LNU seemed uncomfortable about not being in control. BRANK and DON LNU were deliberating about the meeting spot. YIM told BRANK that DON LNU sounded professional and that they should just go to the STARBUCKS in El Segundo as DON LNU suggested.

Agents explained to YIM that his timeline and some details of his story were inconsistent and they believed he knew more. YIM stated that he had

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of  Interview of ETIENNE KAALA YIM  , On  03/04/2015  , Page  5 of 6

known something wasn't clear and that BRANK had something on this person DON LNU. YIM confessed that BRANK had told him that this was "blackmail" during their ride up from San Diego. Agents reminded YIM that he had wanted to cooperate and had promised to be truthful. YIM agreed, reemphasized his desire to cooperate, and provided the following revised account of his relationship and interactions with BRANK:

YIM had been aware of the nefarious nature of BRANK's activity from the day BRANK arrived in San Diego in the Audi R8. It was at this time that BRANK told YIM that he had gotten the car by "blackmail." BRANK explained to YIM that since he was very popular on TWITTER, he had threatened to post something on TWITTER about DON LNU. BRANK told YIM he had already posted on his TWITTER account something to the effect of "Who knows someone named DON?"

During their trip to Las Vegas, YIM had loaned BRANK a few hundred dollars. BRANK had arranged to receive a wire transfer from DON LNU, but the transaction would not be complete until the following day. YIM loaned BRANK the money and BRANK paid him back the following day after receiving money from DON LNU.

BRANK told YIM that he had received $500,000 from DON LNU. After receiving the money, YIM had accompanied BRANK to a WELLS FARGO bank in La Jolla, California. BRANK transferred $400,000 into a savings account and inquired about a Euro currency credit card that would allow him to spend money and make ATM withdrawals in Europe.

BRANK also told YIM that DON LNU would ship the vehicle title to the Audi R8. BRANK had not received the vehicle title. YIM was aware of negotiations between BRANK and DON LNU that involved payments of $5000 per month over the next 5 to 10 years as an alternative to keeping the Audi R8.

BRANK had arranged for the purchase of a BMW M3 and he was supposed to pick up the vehicle the next day, March 5, 2015.

Agents again informed YIM that they believed he was intentionally omitting details about his involvement. YIM admitted that he had been reluctant to provide details because he feared implicating himself. YIM then advised that he was aware the drive to Los Angeles this night was directly involved with the blackmail of DON LNU. YIM and BRANK drove YIM's vehicle because the Audi R8 would be too high profile. They had also specifically discussed taking a weapon with them to Los Angeles. They both felt that if engaging in a cash transaction of this magnitude, it was important to bring a weapon for protection. Upon further questioning, YIM admitted he had been involved in the planning and execution to obtain money

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of  Interview of ETIENNE KAALA YIM  , On  03/04/2015  , Page  6 of 6

    from DON LNU from the time BRANK first arrived in San Diego in the Audi R8 two weeks prior.

    YIM had bad memories of having testified in connection with the murder of his mother in the past. Despite his reluctance, YIM stressed his desire to cooperate and stated that he would be willing to testify against BRANK. Lastly, YIM provided the mobile telephone number associated with the iPhone discovered on BRANK at the time of his arrest,