FD-302 (Rev. 5-8-10)                    - 1 of 4 -                     OFFICIAL RECORD

### FEDERAL BUREAU OF INVESTIGATION

Date of entry    04/09/2015

Benjamin Hardin Williams, date of birth ▮▮▮▮▮▮▮▮▮▮ Passport number ▮▮▮▮▮▮, address ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ was interviewed at the law offices of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. After being advised of the identity of the interviewing Agents, and the nature of the interview, Williams provided the following information:

(In addition to Special Agent (SA) Jonathan H. Bauman and SA Winning, either Devin Burstein or James Warren were present throughout the entirety of this interview as legal counsel for Williams)

Williams first met Etienne Yim approximately six to seven months ago. William's friend, Derek Mullen, introduced Williams to Yim. Mullen owns a business loan company and is currently employing Yim. Mullen's telephone number is ▮▮▮▮▮▮▮▮. Williams refers to Yim as "Frenchie" because Yim is of French ancestry. Williams did not know Yim's last name until after he recently read the criminal complaint associated with this investigation.

Williams loaned a .357 caliber, Colt Python revolver to Yim on March 4, 2015, at approximately 2:00 PM. Yim called Williams sometime between 10:00 AM and 11:00 AM on the same morning, and asked Williams if he could take the revolver to a firing range. Williams told Yim he could use the revolver and asked Yim if he wanted to borrow his AR-15 rifle as well. Yim said he only wanted to borrow the revolver.

On one previous occasion, Yim borrowed both the revolver and AR-15 to go the firing range with three of his friends. Williams could not recall the specific date, but remembered it was at night when Yim and the others came to his house to pick-up the firearms. Williams was certain it was the first and only time other than March 4, 2015, he had lent the guns to Yim.

Yim and his three friends went into Williams' house to pick-up the

Investigation on  04/02/2015  at  Los Angeles, California, United States (In Person)

File # ▮▮▮▮▮▮▮▮▮▮▮▮▮                                           Date drafted  04/06/2015

by  BAUMAN JONATHAN H, MICHAEL S WINNING

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

US v. Brank, 15-131  Bates 222

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of  Interview of Benjamin Hardin Williams  , On  04/02/2015  , Page  2 of 4

firearms. Their names were named Lee Last Name Unknown (LNU), Tony LNU, and Chris Leben. Yim was a friend of Williams and was the representative of the group of four who took responsibility for the firearms. Williams provided the revolver, the AR-15, a "couple" of magazines, and approximately half a box of Winchester brand .38 caliber ammunition to the group. The .38 caliber ammunition was for use in the revolver. Although a .357 caliber weapon, the revolver will shoot .38 caliber ammunition. Williams uses .38 caliber ammunition because it is cheaper than .357 caliber ammunition. The group told Williams they were heading to the Discount Gunmart firing range on Morena Boulevard. Williams gave Yim a quick tutorial on the use of the firearms during this visit. Williams thinks this was Yim's first experience with any type of firearm. Williams knew both Tony LNU and Leben had experience with firearms. Leben also owned an AR-15 and brought it into Williams' house. Both Tony LNU and Leben told Williams they would monitor Yim to ensure he safely handled the firearms. Leben had his AR-15 in a bag and placed Williams' AR-15 in bag, along with his, before leaving Williams' house.

Yim returned the firearms that same night. Williams estimated it was sometime between 10 PM and 11 PM, which was approximately two to three hours after Williams gave the firearms to Yim. Yim returned both the revolver and AR-15 that night but did not return any of the ammunition Williams had given him. Williams is not certain, but thinks Leben was with Yim when Yim returned the firearms.

On the morning of March 4, 2015, which, as previously detailed, was the second time Yim requested to borrow the revolver from Williams, Williams called his girlfriend Ashely Estes to ask for her help. Estes lives with Williams in Williams' home. Williams told Estes that Yim might be by the house to pick-up the revolver. Williams requested Estes give it to Yim if Williams was not home by the time Yim arrived. Estes did not approve of loaning the firearm to Yim, but agreed to give it to him if he arrived before Williams came home.

Williams arrived home at approximately 1:45 PM, and sat down to eat. Yim had not yet come to pick up the revolver. Yim arrived around 2:00 PM. He was with a friend, a male, whose name Williams could not recall. (Williams provided a description of this person during a previous telephonic interview on March 20, 2015, contained in an FD-302, serial 53, of this case file). Yim told Williams it was the same person with whom he had recently went to Las Vegas. Yim and his friend were in Williams' house for approximately five minutes, if that. That was the first and only time Williams has seen Yim's friend. Williams gave Yim the revolver but did not provide him with any ammunition, nor was the firearm loaded with any ammunition. Estes was home during this time, but remained in a different

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of Interview of Benjamin Hardin Williams , On 04/02/2015 , Page 4 of 4

friend, but he does know they have known each other for "some time." Williams could not specify the time period, however.

While under the bridge with Yim and Lee LNU, Williams tried to get information about the situation from Lee LNU. All Lee LNU told Williams was he was worried about Yim. Williams recommended Yim get an attorney during this meeting after Yim told Williams about what happened with the revolver. Williams then put Yim on the phone with an attorney.

Williams has knowledge of Yim's source of income prior to Yim's employment with Mullen, but is not comfortable speaking about the nature of the source of income with the FBI. Williams advised Yim no longer has that source of income, and is now in a "legitimate job" working in Mullen's company. Mullen hired Yim two days prior to this interview.