HILARY POTASHNER (Bar No. 167060)
Acting Federal Public Defender
(E-mail: Hilary_Potashner@fd.org)
ASHFAQ G. CHOWDHURY (Bar No. 243763)
(E-Mail: Ron_Chowdhury@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-1456
Facsimile: (213) 894-0081

Attorneys for Defendant
TEOFIL BRANK

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TEOFIL BRANK,<br><br>　　　　Defendant. | Case No. CR 15-00131-JFW<br><br>**NOTICE OF ERRATA** |

　　　　Defendant, Teofil Brank, through his counsel of record, Deputy Federal Public Defender Ashfaq G. Chowdhury and Seema Ahmad, hereby files this Notice of Errata striking Docket No. 81 due to the fact that Exhibits A-D were not fully redacted. Defendant hereby files the attached Reply in Support of Motion to Dismiss Superseding Indictment and Exhibits A-D in its stead.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　HILARY POTASHNER
　　　　　　　　　　　　　　　　　　Acting Federal Public Defender

DATED: May 8, 2015　　　　　By  */s/ Ashfaq G. Chowdhury*
　　　　　　　　　　　　　　　　　　ASHFAQ G. CHOWDHURY
　　　　　　　　　　　　　　　　　　SEEMA AHMAD
　　　　　　　　　　　　　　　　　　Deputy Federal Public Defenders