UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Case No.   **CR 15-131(A)-JFW**                                      Dated: May 8, 2015

================================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri | Kimberly Denise Jaimez |
| Courtroom Deputy | Court Reporter | Vanessa Baehr-Jones |
| | | Robyn Bacon |
| | Interpreter: None | Asst. U.S. Attorney |

================================================================
U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

1)   Teofil Brank                              1)   Seema Ahmad, DFPD
     present - in custody                            Ashfaq G. Chowdhury, DFPD
                                                    present - appointed

**PROCEEDINGS:**   GOVERNMENT'S MOTION IN LIMINE NO. 1 TO EXCLUDE TESTIMONY OR EVIDENCE REGARDING RAPE ALLEGATION AGAINST VICTIM D.B. [fld under seal 4/30/15, doc. 61]

DEFENDANT'S MOTION IN LIMINE NO. 2 TO EXCLUDE EVIDENCE OF TWEET OR RETWEET POST ON TWITTER [fld 4/30/15, doc. 59]

DEFENDANT'S MOTION IN LIMINE NO. 2 TO EXCLUDE EVIDENCE OF GUN AND AMMUNITION [fld 5/6/15, doc. 74] (Originally filed as Defendant's Motion in Limine No. 1 [58])

DEFENDANT TEOFIL BRANK'S MOTION TO COMPEL DISCOVERY [fld 5/6/15, doc. 75]

DEFENDANT'S MOTION TO DISMISS COUNT SEVEN OF THE FIRST SUPERSEDING INDICTMENT [fld 5/8/15, doc. 97]

Case called, and counsel make their appearance.

Court and counsel discuss status of the case.

Court hears defendant's oral request for continuance of trial and for the reasons stated on the record, grants the request. Counsel shall submit a stipulation and proposed order as discussed at the hearing. The proposed order shall include a briefing schedule and hearing dates for the

Initials of Deputy Clerk __sr__
0/45

following motions:

- Government's Motion in Limine No. 1 to Exclude Testimony Or Evidence Regarding Rape Allegation Against Victim D.B. [fld under seal 4/30/15, doc. 61]

- Defendant's Motion in Limine No. 2 to Exclude Evidence of Tweet or Retweet Post on Twitter [fld 4/30/15, doc. 59]

- Defendant's Motion in Limine No. 2 to Exclude Evidence of Gun and Ammunition [fld 5/6/15, doc. 74] (Originally filed as Defendant's Motion in Limine No. 1 [58])

- Defendant's Motion to Dismiss Count Seven of the First Superseding Indictment [Fld 5/8/15, doc. 97]

For the reasons stated on the record, Defendant Teofil Brank's Motion to Compel Discovery [Fld 5/6/15, doc. 75] **is Denied as Moot**.