Name & Address:
Seema Ahmad (SBN 270992)
Deputy Federal Public Defender
(Email:  Seema_Ahmad@fd.org)
321 East 2nd Street
Los Angeles, CA  90012-4202
Tel: (213) 894-4787    Fax:  (213) 894-0081

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br>v.<br><br>TEOFIL BRANK,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CR 15-131-JFW<br><br>NOTICE OF MANUAL FILING |
|---|---|

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
Ex Parte Application, Proposed Orders, In Camera and Under Seal Document.

**Document Description:**

☐   Administrative Record

☐   Exhibits

☐   Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☐   Other

**Reason:**

☑   Under Seal

☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐   Electronic versions are not available to filer

☐   Per Court order dated _____

☑   Manual Filing required (*reason*):
    IN CAMERA

May 12, 2015                                          /s/ SEEMA AHMAD
Date                                                         Attorney Name

                                                              TEOFIL BRANK
                                                              Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                             **NOTICE OF MANUAL FILING**