**DECLARATION OF CATHERINE T. MOORE**

I, Catherine T. Moore, declare as follows:

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI").  I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2. I have been employed as an FBI SA since July, 1996.  I am assigned to the Violent Crimes squad where I have been responsible for investigating violent crimes, including extortion, as well as murder for hire, bank robbery, interstate threats, and kidnappings within the FBI Los Angeles Division territory.  I also completed 16 weeks of training at the FBI Academy at Quantico, Virginia, where I received formal training in criminal investigative techniques.

3. During the course of my employment with the FBI, I have employed, or been involved in investigations which employed, various investigative techniques including court-authorized interception of wire, oral, and electronic communications, pen registers/trap and trace, telephone toll analysis, physical surveillance, confidential sources, cooperating witnesses, search warrants, grand jury proceedings, and financial investigations.  Through my training, experience, and interaction with other law enforcement officers, I am familiar with the methods and practices of individuals involved in extortion schemes.

4. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated

1  otherwise, all conversations and statements described in this
2  affidavit are related in substance and in part only.
3      5.   In addition to being assigned to the squad that is
4  investigating this case, I participated in the undercover operation
5  that resulted in defendant's arrest.
6      6.   I have reviewed form BP-A0655, Request for Inmate
7  Transactional Data, submitted by FBI SA Jon Bauman on or around April
8  13, 2015, seeking electronic messages sent by defendant for the
9  period March 31, 2015 to April 13, 2015.
10     7.   On May 25, 2015, SA Bauman provided me the electronic
11 messages returned pursuant to that submission.  Attached hereto as
12 Exhibits 1 through 3 are true and correct copies of three email
13 messages returned pursuant to that request.
14     8.   Attached hereto as Exhibit 4 is a redacted email message
15 also returned pursuant to the request described in paragraph 6.
16     I declare under penalty of perjury under the laws of the United
17 States of America that the foregoing is true and correct and that
18 this declaration is executed at Los Angeles, California, on May 26,
19 2015.

[*Executed Copy to be filed 5/26/15*]
Catherine T. Moore
Special Agent, Federal Bureau of Investigation

2