# Exhibit 1

Date:    04/13/2015
Time:    12:49 PM

Facility: DC

### Federal Bureau of Prisons
### TRULINCS
### **Message**
### Sensitive But Unclassified

| Message |
| --- |

FROM: 68794112 BRANK, TOEFIL
TO: "Michael Hattig" <m_hattig@cox.net>
SUBJECT: hi
DATE: 04/10/2015 06:43 AM


I'm not sure who you are but its good news to receive word from Billy. ill have the story written soon and the whole events.

# Exhibit 2

Date:      04/13/2015                                                                              Facility: DC
Time:      12:49 PM

## Federal Bureau of Prisons
## TRULINCS
## **Message**
## Sensitive But Unclassified

| Message |
|---|

FROM: 68794112 BRANK, TOEFIL
TO: "Michael Hattig" <m_hattig@cox.net>
SUBJECT: QUESTION
DATE: 04/10/2015 10:04 AM


just to make sure its safe.. what kind of watch did bill send me and color? who had it before me?
also he send me a package once.. how many things were in it not including the watch? dont name it just count it

# Exhibit 3

Date:    04/13/2015                                        Facility: DC
Time:     12:49 PM

Federal Bureau of Prisons
TRULINCS
**Message**
Sensitive But Unclassified

**Message**

FROM: m_hattig@cox.net
TO: 68794112 BRANK, TOEFIL
SUBJECT: RE: hi
DATE: 04/10/2015 04:36 PM

Greetings, Teo.

Good to hear from you. I was afraid you might lump me into the fan category, rather than the friend category, and ignore me. :(

As for who I am, maybe this will help. The last time I heard from you was in June 2014 when you told me about "Amber Garner" (aka "Amber Rene"?), your angry ex, and how you wanted to put her behind bars.

I figured my letter would reach MDC LA by Wednesday and guessed that it might be processed and delivered to you by Thursday or Friday.

Thursday noon I asked Billy if he'd heard from you. He said, "So far I have heard nothing from no one BUT YOU! LOL ... I wont be sending TOEFIL any more spending money until he contacts me IF THEN!!  LOL"

I told Billy about the Corrlinks system message I got last night, but he hasn't responded. You know he has ongoing medical issues from the trauma he sustained when he was beaten. He doesn't always respond right away.

You're aware of docs 38 through 41 filed April 6. I'm not a blogger and I have no agenda. I'm more concerned about you and your well-being than anything else.

-Michael

TOEFIL BRANK on 4/10/2015 10:07:40 AM wrote
I'm not sure who you are but its good news to receive word from Billy. ill have the story written soon and the whole events.

# Exhibit 4

Date:      04/13/2015                                    Federal Bureau of Prisons                                    Facility: DC
Time:      12:49 PM                                              TRULINCS
                                                                  **Message**
                                                      Sensitive But Unclassified

**Message**

FROM: 68794112 BRANK, TOEFIL
TO: "Michael Hattig" <m_hattig@cox.net>
SUBJECT: RE: RE: one more thing
DATE: 04/12/2015 08:16 AM



7)im a permanent resident, idk why i didnt become a citizen at 18, maybe its because my dad denied me since birth as his child and didnt see favor in his eyes of me. reason he wont put up protperty for bail.



-----Hattig, Michael on 4/11/2015 10:06 PM wrote:



7) I noticed something odd in the Case Summary (doc 11, filed 3/20/15). On page 2, under Other, they checked "Alien" instead

Date: 04/13/2015
Time: 12:49 PM

Facility: DC

**Federal Bureau of Prisons**
**TRULINCS**
**Message**
Sensitive But Unclassified

of "U.S. Citizen." Is that correct? Are you a Permanent Resident rather than naturalized citizen? I had assumed that sometime between your arrival in the US in 1991 and your 18th birthday, your parents would have applied for, and been granted, citizenship, thereby making you a citizen.



TOEFIL BRANK on 4/11/2015 8:53:28 PM wrote

-----Hattig, Michael on 4/11/2015 3:21 PM wrote:

TOEFIL BRANK on 4/11/2015 3:24:16 PM wrote