UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 15-131 JFW | Date | May 26, 2015 |
|---|---|---|---|
| Title | United States v. Brank | | |

Present: The Honorable   Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**   (IN CHAMBERS) ORDER RE: DETENTION

For the reasons stated at the hearing today, the Court declines to reconsider its previous detention decision. (Docket # 119.) Assuming that the government is entitled to a statutory presumption of "dangerousness" under 18 U.S.C. § 3142(e)(3) based on the charges in the superseding indictment, the Court concludes that the defense rebutted that presumption by the proffer of viable sureties with considerable security.

However, engaging in the traditional analysis under Section 3142(a-e), the Court continues to find that Defendant poses a risk of nonappearance and a danger to the community – whether by use of a firearm or social media – based on his recent behavior that cannot reasonably be abated by conditions of release.