UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Case No.   **CR 15-131(A)-JFW**                                                  Dated: May 27, 2015

==============================================================================

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri | Kimberly D. Jaimez |
| Courtroom Deputy | Court Reporter | Vanessa Baehr-Jones |
| | | Eddie Jauregui |
| | Interpreter: None | Asst. U.S. Attorney |

==============================================================================

U.S.A. vs (Dfts listed below)                       Attorneys for Defendants

1)   Teofil Brank                              1)   Seema Ahmad, DFPD
     present in custody                             Ashfaq G. Chowdhury, DFPD
                                                    present appointed

**PROCEEDINGS:**   STATUS CONFERENCE

Case called, and counsel make their appearance.

Government counsel is excused.

Court and counsel discuss defendant's letter received by the Court on May 22, 2015. Court questions defendant regarding the issues raised in his letter and Orders defendant's counsel to file the letter *in camera* and under seal.

After a lengthy discussion with counsel and the defendant, the Court confirms that the defendant agrees to continuance of trial and waives his right under the Speedy Trial Act.

Court Orders this portion of the proceedings and the reporter's transcript filed under seal.

Government counsel returns.

Court and counsel discuss jury instructions and defendant's Motion to Review Magistrate Judge's Order denying release and imposing detention. The Court will issue a separate minute order re: Order Governing Review of Release or Detention Orders.

Anand Singh makes an appearance on behalf of the victim.

Initials of Deputy Clerk __sr__
0/30