UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Case No.  **CR 15-131(A)-JFW**                                               Dated: May 27, 2015

================================================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present | Eddie A. Jauregui |
| Courtroom Deputy | Court Reporter | Kimberly Denise Jaimez |
| | | Jennifer Resnik |
| | | Asst. U.S. Attorney |
| | | Not Present |

================================================================================
U.S.A. vs (Dft listed below)                         Attorneys for Defendant

1)   Teofil Brank                                    1)   Seema Ahmad
     Not Present                                          Ashfaq G. Chowdhury
                                                          Not Present

_____

**PROCEEDINGS (IN CHAMBERS):**    ORDER GOVERNING REVIEW OF DEFENDANT'S APPLICATION FOR REVIEW/ RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/ DETENTION (18 U.S.C. § 3142) AND REQUEST FOR HEARING [filed 5/26/15; Docket No. 138]

      The Court has reviewed Defendant's Application for Review of Magistrate Judge's Order of Detention Pending Trial ("Application").  Counsel for the defendant and government shall immediately meet and confer and prepare a Joint Statement which shall set forth their respective positions regarding the detention of the defendant and shall include a representation by each counsel that they do not intend to present any information or evidence at the hearing that was not previously presented to the Magistrate Judge.  If counsel attempt to present any new information or evidence, the Application will be denied and the case will be referred to the Magistrate Judge for a further hearing.

      As discussed with counsel at the Status Conference on May 27, 2015, the Joint Statement shall include the complete record of all prior proceedings before the Magistrate Judge including, but not limited to, conformed copies of the pleadings filed with the Magistrate Judge, pre-trial

Initials of Deputy Clerk   sr

services reports, exhibits introduced at the hearings, orders of the Magistrate Judge, and a transcript of all hearings before the Magistrate Judge.

The Joint Statement shall be filed by **June 8, 2015**. The court will notify counsel of the hearing date on the Application after it reviews the Joint Statement.

IT IS SO ORDERED.