# EXHIBIT A



Visiting the Court | Touring the Building | Exhibitions

Search: ● All Documents ○ Docket

**Advanced Search**

Enter Search Text: [         ]   [ Search ]  [ Help ]

**Home | Search Results**

| | |
|---|---|
| No. 13-7120 | |
| Title: | Samuel James Johnson, Petitioner |
| | v. |
| | United States |
| Docketed: | October 30, 2013 |
| Lower Ct: | United States Court of Appeals for the Eighth Circuit |
|   Case Nos.: | (12-3123) |
|   Decision Date: | July 31, 2013 |

**Questions Presented**

~~~Date~~~ ~~~~~~~Proceedings and Orders~~~~~~~~~~~~~~~~~~~~~

Oct 28 2013  Petition for a writ of certiorari and motion for leave to proceed in forma pauperis filed. (Response due November 29, 2013)

Nov 20 2013  Order extending time to file response to petition to and including December 30, 2013.

Dec 20 2013  Order further extending time to file response to petition to and including January 29, 2014.

Jan 24 2014  Order further extending time to file response to petition to and including February 28, 2014.

Feb 28 2014  Brief of respondent United States in opposition filed.

Mar 20 2014  DISTRIBUTED for Conference of April 4, 2014.

Apr 7 2014   DISTRIBUTED for Conference of April 18, 2014.

Apr 21 2014  Motion to proceed in forma pauperis and petition for a writ of certiorari GRANTED.

May 16 2014  The time to file the joint appendix and petitioner's brief on the merits is extended to and including June 26, 2014.

May 16 2014  The time to file respondent's brief on the merits is extended to and including August 18, 2014.

Jun 13 2014  Motion to dispense with printing the joint appendix filed by petitioner Samuel James Johnson.

Jun 26 2014  Brief of petitioner Samuel James Johnson filed.

Jun 30 2014  Motion to dispense with printing the joint appendix filed by petitioner GRANTED.

Jul 3 2014   Brief amici curiae of Gun Owners of America, Inc., et al. filed.

Aug 18 2014  Brief of respondent the United States filed.

Aug 25 2014  Brief amici curiae of Law Professors filed.

Aug 25 2014  Brief amici curiae of The Brady Center for Gun Violence, et al. filed.

Sep 4 2014   SET FOR ARGUMENT on Wednesday, November 5, 2014.

Sep 8 2014   Record requested from U.S.C.A. 8th Circuit.

Sep 15 2014  Record received from U.S.C.A. 8th Circuit. 1 - Envelope

Sep 17 2014  Reply of petitioner Samuel James Johnson filed.

Sep 19 2014  CIRCULATED

| | |
|---|---|
| Nov 5 2014 | Argued. For petitioner: Katherine M. Menendez, Assistant Federal Defender, Minneapolis, Minn. For respondent: John F. Bash, Assistant to the Solicitor General, Department of Justice, Washington, D. C. |
| Jan 9 2015 | This case is restored to the calendar for reargument. The parties are directed to file supplemental briefs addressing the following question: "Whether the residual clause in the Armed Career Criminal Act of 1984, 18 U. S. C. �924(e)(2)(B)(ii), is unconstitutionally vague." The supplemental brief of petitioner is due on or before Wednesday, February 18, 2015. The supplemental brief of the United States is due on or before Friday, March 20, 2015. The reply brief, if any, is due on or before Friday, April 10, 2015. The time to file amicus curiae briefs is as provided for by Rule 37.3(a). The word limits and cover colors for the briefs should correspond to the provisions of Rule 33.1(g) pertaining to briefs on the merits rather than to the provision pertaining to supplemental briefs. The case will be set for oral argument during the April 2015 argument session. |
| Feb 18 2015 | Supplemental brief of petitioner Samuel James Johnson filed. |
| Feb 25 2015 | Brief amici curiae of National Association of Criminal Defense Lawyers, et al. filed. |
| Mar 6 2015 | SET FOR ARGUMENT ON Monday, April 20, 2015 |
| Mar 16 2015 | CIRCULATED. |
| Mar 17 2015 | Record requested from U.S.C.A. 8th Circuit. |
| Mar 20 2015 | Supplemental brief of respondent United States filed (Reprinted). (Distributed) |
| Mar 25 2015 | Record received from U.S.C.A. 8th Circuit. (1-Envelope) |
| Mar 25 2015 | Record received from U.S.D.C. District of Minnesota. The record is electronic, also 1 envelope (SEALED). |
| Apr 10 2015 | Supplemental reply brief of petitioner Samuel James Johnson filed. (Distributed) |
| Apr 20 2015 | Reargued. For petitioner: Katherine M. Menendez, Assistant Federal Defender, Minneapolis, Minn. For respondent: Michael R. Dreeben, Deputy Solicitor General, Department of Justice, Washington, D. C. |

| ~~Name~~~~~~~~~~~~~~~~~~~~~ | ~~~~~~~Address~~~~~~~~~~~~~~~~~~~ | ~~Phone~~~ |
|---|---|---|
| **Attorneys for Petitioner:** | | |
| Katherine M. Menendez<br>   Counsel of Record | Assistant Federal Defender<br>300 South Fourth Street, Rm. 107<br>Minneapolis, MN  55415<br>kate_menendez@fd.org | (612) 664-5858 |
| Party name: Samuel James Johnson | | |
| **Attorneys for Respondent:** | | |
| Donald B. Verrilli Jr.<br>   Counsel of Record | Solicitor General<br>United States Department of Justice<br>950 Pennsylvania Avenue, N.W. | (202) 514-2217 |

| | | |
|---|---|---|
| | Washington, DC 20530-0001 | |
| | SupremeCtBriefs@USDOJ.gov | |
| Party name: United States | | |
| | | |
| John F. Bash | Assistant to the Solicitor General | |
| | Department of Justice | |
| | Washington, DC 20530 | |
| Party name: United States | | |
| | | |
| Michael R. Dreeben | Deputy Solicitor General | (202) 514-2201 |
| | Department of Justice | |
| | Washington, DC 20530 | |
| | michael.r.dreeben@usdoj.gov | |
| Party name: United States | | |

**Other:**

| | | |
|---|---|---|
| David J. Debold | Gibson, Dunn & Crutcher LLP | (202) 955-8500 |
| | 1050 Connecticut Avenue, N.W. | |
| | Washington, DC 20036 | |
| | ddebold@gibsondunn.com | |
| Party name: National Association of Criminal Defense Lawyers, et al. | | |
| | | |
| Eric A. Johnson | University of Illinois College of Law | 217 244-6661 |
| | 504 E Pennsylvania Ave. | |
| | Champaign, IL 61820 | |
| | ejohnsn@illinois.edu | |
| Party name: Law Professors | | |
| | | |
| Gregory G. Little | White & Case LLP | (212) 819-8200 |
| | 1155 Avenue of the Americas | |
| | New York, NY 10036 | |
| | glittle@whitecase.com | |
| Party name: The Brady Center for Gun Violence, et al. | | |
| | | |
| Herbert W. Titus | William J. Olson, PC | (703) 356-5070 |
| | 370 Maple Avenue West | |
| | Suite 4 | |
| | Vienna, VA 22180 - 5615 | |
| | wjo@mindspring.com | |
| Party name: Gun Owners of America, Inc., et al. | | |

June 04, 2015 | Version 2014.1
Home | Help | Site Map | Contact Us | About Us | FAQ | Jobs | Links | Building Regulations
Website Policies and Notices | Privacy Policy | USA.GOV

**Supreme Court of the United States**