# EXHIBIT A

Attorney's Name, Address & Phone:
SEEMA AHMAD (Bar No. 270992)
Deputy Federal Public Defender
321 E. 2nd Street
Los Angeles, CA 90012
Tel: (213) 894-2854
Fax: (213) 894-0081
Email: seema_ahmad@fd.org

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

United States of America

PLAINTIFF

v.

TEOFIL BRANK,

DEFENDANT(S).

CASE NUMBER

CR-15-131-JFW

**SUBPOENA IN A CRIMINAL CASE**

TO: Douglas Axel, Sidley Austin LLP, 555 West Fifth Street, Suite 4000, Los Angeles, CA 90013

☑ **YOU ARE HEREBY COMMANDED** to appear in the United States District Court at the place, date and time specified below to testify in the above case.

Place: U.S. Federal Court, 312 N. Spring Street, Los Angeles, CA 90012 , Courtroom: 16; Spring St Flr

Date: May 12, 2015 , Time: 08:30 a.m. .

☐ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):



_Terry Nafisi_

Terry Nafisi, Clerk of Court

May 4, 2015

Date

**EXHIBIT A**
**PAGE 3**

CR-21 (09/08)   SUBPOENA IN A CRIMINAL CASE   Page 1 of 2

| PROOF OF SERVICE | | | |
|---|---|---|---|
| **Received by Server** | DATE | PLACE | |
| **Served** | DATE | PLACE | |
| SERVED ON (PRINT NAME) | | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ Yes  ☐ No   Amount $ _____ |
| SERVED BY (PRINT NAME) | | | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____     _____
               *Date*                          *Signature of Server*

Address of Server: _____

ADDITIONAL INFORMATION