# EXHIBIT 1

```
-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

account_id: 2363918066
created_at: 2014-02-27 09:34:10 +0000
updated_at: 2015-01-03 20:56:53 +0000
email: jarecwentworth@gmail.com
created_via: oauth:640835
screen_name: JarecWentworth
creation_ip: 172.56.38.152
time_zone:
*********************
-----BEGIN PGP SIGNATURE-----
Version: GnuPG v1.4.5 (GNU/Linux)

iD8DBQFVchBOWJwPIge+SvERAkmyAJ447lrf1QgRnd9yKS6XWKbnd9nQvACgu9Tr
t02iXznOL4qwUWFPDgOHQL4=
=2Vn2
-----END PGP SIGNATURE-----
```