# EXHIBIT 2

```
      "text" : "Marijuana doesn't actually kill brain cells; a new study says it may help regrow them.",
      "source" : "<a href=\"http://www.grabinbox.com\" rel=\"nofollow\">GrabInbox</a>",
      "truncated" : false,
      "in_reply_to_status_id" : null,
      "in_reply_to_status_id_str" : null,
      "in_reply_to_user_id" : null,
      "in_reply_to_user_id_str" : null,
      "in_reply_to_screen_name" : null,
      "geo" : null,
      "coordinates" : null,
      "place" : null,
      "contributors" : null,
      "retweet_count" : 281,
      "favorite_count" : 239,
      "favorited" : false,
      "retweeted" : false,
      "lang" : "en"
    },
    "retweet_count" : 281,
    "favorite_count" : 0,
    "favorited" : false,
    "retweeted" : false,
    "lang" : "en"
  }
**** TWEET # 205 ****
  {
    "created_at" : "Tue Feb 10 19:09:21 +0000 2015",
    "id" : 565226029921632256,
    "id_str" : "565226029921632256",
    "text" : "Lol What's with the birthday wishes. I was in October smh",
    "source" : "<a href=\"http://twitter.com/download/android\" rel=\"nofollow\">Twitter for Android</a>",
    "truncated" : false,
    "in_reply_to_status_id" : null,
    "in_reply_to_status_id_str" : null,
    "in_reply_to_user_id" : null,
    "in_reply_to_user_id_str" : null,
    "in_reply_to_screen_name" : null,
    "geo" : null,
    "coordinates" : null,
    "place" : null,
    "contributors" : null,
    "retweet_count" : 1,
    "favorite_count" : 13,
    "favorited" : false,
    "retweeted" : false,
    "lang" : "en"
  }
**** TWEET # 206 ****
  {
    "created_at" : "Wed Feb 11 10:04:05 +0000 2015",
    "id" : 565451194634870784,
    "id_str" : "565451194634870784",
    "text" : "I feel as though I met my lover of my past life.Nothing can explain this feeling,and now we part.I will see you once more my love.Te iubesc",
```

```
    "source" : "<a href=\"http://twitter.com/download/android\" rel=\"nofollow\">Twitter for Android</a>",
    "truncated" : false,
    "in_reply_to_status_id" : null,
    "in_reply_to_status_id_str" : null,
    "in_reply_to_user_id" : null,
    "in_reply_to_user_id_str" : null,
    "in_reply_to_screen_name" : null,
    "geo" : null,
    "coordinates" : null,
    "place" : null,
    "contributors" : null,
    "retweet_count" : 8,
    "favorite_count" : 53,
    "favorited" : false,
    "retweeted" : false,
    "lang" : "en"
  }
**** TWEET # 207 ****
  {
    "created_at" : "Thu Feb 12 20:34:05 +0000 2015",
    "id" : 565972127417790466,
    "id_str" : "565972127417790466",
    "text" : "RT @Manhunt: @JarecWentworth You're eligible for The Ten this week! Fans can vote for you here: http://t.co/t53VIZK3IO http://t.co/IWRwcQupâ€¦",
    "source" : "<a href=\"http://twitter.com/download/android\" rel=\"nofollow\">Twitter for Android</a>",
    "truncated" : false,
    "in_reply_to_status_id" : null,
    "in_reply_to_status_id_str" : null,
    "in_reply_to_user_id" : null,
    "in_reply_to_user_id_str" : null,
    "in_reply_to_screen_name" : null,
    "geo" : null,
    "coordinates" : null,
    "place" : null,
    "contributors" : null,
    "retweeted_status" : {
      "created_at" : "Thu Feb 12 20:11:04 +0000 2015",
      "id" : 565966338003570690,
      "id_str" : "565966338003570690",
      "text" : "@JarecWentworth You're eligible for The Ten this week! Fans can vote for you here: http://t.co/t53VIZK3IO http://t.co/IWRwcQupnD",
      "source" : "<a href=\"http://twitter.com\" rel=\"nofollow\">Twitter Web Client</a>",
      "truncated" : false,
      "in_reply_to_status_id" : null,
      "in_reply_to_status_id_str" : null,
      "in_reply_to_user_id" : 2363918066,
      "in_reply_to_user_id_str" : "2363918066",
      "in_reply_to_screen_name" : "JarecWentworth",
      "geo" : null,
      "coordinates" : null,
      "place" : null,
      "contributors" : null,
      "retweet_count" : 16,
      "favorite_count" : 82,
```