# EXHIBIT 3

Date: 03/16/2015　　　　　　　　　　　　　　　　　　　　Facility: LOS
Time: 12:00 PM



**Federal Bureau of Prisons**
**TRULINCS**
**Message**
**Sensitive But Unclassified**

---

**Message**

FROM: 68794112 BRANK, TOEFIL
TO: "Cristina Buholtz" <fulita@gmail.com>
SUBJECT: RE: I left a message
DATE: 03/11/2015 10:24 AM

no i didnt let amber drive. i am sorry for what is said to the roomates. and for you to take me back.. sorry but you already said yes in person. i know you love me and i know you will fight for me. :P so you went out last night and what? whats the hundo for? please continue reading the bib'e. i will call you later today and we will both pray on the phone together. if you left him a message i think it would have been wise to say it was an apolige message not just a he wants to say something... give more detail so he doesnt just over look it. my only fear is you kissing another and so on. if thats the case be honest and let me know. i want to be clear minded of all things. also can you get the early termination and get the deposit back. sell the tv, ps3,xbox, table, take the kitchen stuff and store it. along with the clothes and stuff. go pay the storage bill. if you remember its by the freeway of la ceinaga or something like that. its due on the 14. the key is on the car key and the code i forgot. thank you for adding the money again. I turned in the slip when i thought i only had 94 on it. costs money for emails but cheaper. so the rolls on vists suck. i have to wait 3 months just so you can visit. but family can. last night i was happy and couldnt sleep. i was thinking about us going to the churches together as my wife. telling my testamonies. I hope you are eating good and drinking your water babe. if you through out that stuff no worries. im really happy that you are doing all this. you will be in my future tattoos lol. planing on getting some as soon as im out. to explain my lifes journy. i had some weird dreams last night. one was you trying to egnore my calls cuz you were out with some guy. but thats just the devil doing his part to worry me. i love you. you are my girlfriend no excuses;) i miss your armpits lol I smelled like onions yesterday from the stress and it reminded me of you lol i miss you tinta lol tell riat i miss him and to watch out for you when he comes. give him a kiss for me. tell luca im sorry, steriods did make me hard headed in those times. he is a good guy but he just didnt know our situation and love. i forgive him and i hope he can forgive me too. idk why im on riats shit list. maybe i didnt keep intouch with him lol or something. talk to seema and see what we can do about the property release thing. the money i had on me didnt get put on my books. they kept it all for evedance or something. tell my mom and dad in person i said im sorry i ignored you both. was hurting from childhood, being disowend by my father was a big pain. especailly from rodica when she to'd me this. tell her i love her and i pray she finds god. you will know she did when she doesnt say negative stuff and starts to help. i have nothing but time in here. so if and when they decide to help out on bail... ill just continue my thing here ... poo:p well i hope you have a good day today. tell the roomies i said hi and sucks im saying it from in here. i hope to build a relationship with them too since your my girl;) i feel tired only cuz i just woke up. my last dream i was barny off of how i meet your mother. he had some law issues in the dream but always seemed to make his way through. i seen that as me being strong and nothing pulling me down. again you should leave don a messeage that

im sorry and i didnt know that he has done such great things for his community and others. i knew he was an amazing man, just from the energy he gave off. we always had good topics to talk about and it was never akward. he is a great guy and over the years we had our arguments but always made peace. he doesnt deserve the things that came from me over the years. im not asking him to drop this, im happy he put me here. if he didnt i wouldnt have woken up and relized my wrong doings. thank you don for this, it was more or a help then punishment. i only ask that you forgive me, it is a burnden on my shoulder. i hurt the one who helped me with everything i came to him for. i looked up to him with respect and only wished he took me under his wing and man me a great business man. im very sorry don for making you feel pain and sorrow. you have been through enough with your seporation and the loss of your dog. i just hope you can forgive me don. if you can please forgive me, it will make me happier. i know if i lose this case, i wont be aloud to contact you, or even if i get on bail. so here is my only way to reach out to you and say im truly sorry. if i can give it all back i will. i wish we can still be good friends. i really did look up to you. it hurts me to think about this, you are a great man.

if you can write or read that in a message to him, it will be the only way he will hear it. trust me. I will get back on this later today. muah muah muah muah all over your beautiful innocent face. muuuuuuuuah. te iubesc
-----Buholtz, Cristina on 3/11/2015 9:36 AM wrote:

>
called and left a message saying I wanted to talk to him about Teo. Left my number and email. That's all I can do for now babe. I don't want to do twitter. Idk if he'll even get back to me but maybe. I didn't want to leave the message you're sorry. Trying to keep everything private :)

Brank_15-131_Bates_7159

/12


EXHIBIT 3