# EXHIBIT 4

Date: 06/04/2015  
Time: 02:02 PM  

Facility: DC

**Federal Bureau of Prisons**  
**TRULINCS**  
**Message**  
**Sensitive But Unclassified**

## Message

FROM: 68794112 BRANK, TEOFIL  
TO: "Michael Hattig" <m_hattig@cox.net>  
SUBJECT: RE: RE: one more thing  
DATE: 04/12/2015 08:16 AM

answeres  
1) 500,000.00 not million.  
2) was a gift taxe he sent.  
3) i met D.B when the video of me and miles came out. miles put me in touch with him. thats when D.B picked me up in his private jet in sacramento.  
4) with D.B its things happening every month. this was an open relationship.  
5) i have not recieve any discovery. no other paper besides the complaint and indictment. and no recording also. they wont because it proves my innocents.  
6) no no the pd said dont talk about your rape or anything at all. stay silent!  
7) im a permanent resident, idk why i didnt become a citizen at 18, maybe its because my dad denied me since birth as his child and didnt see favor in his eyes of me. reason he wont put up protperty for bail.

==that last tweet was just me connecting spiritly with another. it was a beautiful moment we shared. but that was it lol.==

go on hellenas modeling page and get her email from their. dont make this public on her end. she doesnt know about the porn.. smh

after i told D.B i wanted the car, i asked if instead of the 250,000 over the 5 years if he could just buy me a bachlors pad, he replied why dont you just buy it with what you have, i replied it will cost more and plus property tax would be cheaper then cash tax. so we never sealed the deal. then over the next couple days, he said why dont you just throw me a number. etinne said to ask for 1 mill so i did and he said ok. idk if ill be able to show you all my text from the phone if the courts sealed that right for me. maybe you can have a paralegal sapionea it on my end and ill sign the right over to you so you can see them all for yourself..

-----Hattig, Michael on 4/11/2015 10:06 PM wrote:

>

Dear Teo,

I tweeted this to Helena: "@helena_luciano Please follow me so I can DM you. I have an urgent msg for u from Teo Brank." I gave her just enough info to get her attention. She hasn't replied, and I haven't been able to locate an email address for her. I've placed a Friend Request on her FB. Hey, maybe if I use your photo, I'll get better results. lol I'll try that.

Here are some questions. (Please do not take offense.):  
1) The Financial Affidavit you filed is sealed. You don't have to tell me what you disclosed in that, but I have to wonder what assets, in any, you have that are in excess the $500M that is subject to the Forfeiture Allegation on page 3 of the Indictment?  
2) Do you maintain that the $500M DB sent you was a gift and is legally yours?  
3) When did you meet DB? You indicate your relationship with him began 2 years ago, which I took to mean sometime in the 1st half of 2013. But according to the transcript from the Trial Setting Conference, prosecutor Ms. Jaimez told the judge, "The two met in late 2013 ... and then sometime in early 2015--. At that point the judge interrupted, saying, "All right. Let's take it slow..." It seems that the judge was trying to figure what happened in 2015 that made your relationship sour. The impression I get is that the triggering event occurred in 2015, not 2013.  
4) In the FBI Affidavit in the Complaint, you're quoted texting DB on 2/16/15: "You lied to me and treated me like Shit." I get the impression that you were referring to something that happened shortly before 2/16/15, not two years before.  
5) You say your PD hasn't given you any evidence or paperwork besides the Complaint and Indictment. But the government was ordered "to produce discovery to defense counsel by 12 noon on April 1, 2015." Didn't you get that? Or the recordings the govt intended to introduce at your bail hearing?  
6) Defense attorneys usually tell their clients to say nothing. "Anything you say can and will be used against you." Have you considered that is why your PD yelled at you and commanded you to stay silent and speak to no one?  
7) I noticed something odd in the Case Summary (doc 11, filed 3/20/15). On page 2, under Other, they checked "Alien" instead





Brank_15-131_Bates_008673

Date: 06/04/2015
Time: 02:02 PM

Federal Bureau of Prisons
TRULINCS
Message
Sensitive But Unclassified

Facility: DC

of "U.S. Citizen." Is that correct? Are you a Permanent Resident rather than naturalized citizen? I had assumed that sometime between your arrival in the US in 1991 and your 18th birthday, your parents would have applied for, and been granted, citizenship, thereby making you a citizen.

Today SUGP posted a blog about the court order filed 4/6/15 (doc 40) granting the victim's motion for order protecting his privacy unless and until trial begins. There wasn't much comment. Most of the people who comment about these things are people who take pleasure in the misfortunes of others. I suspect most readers don't comment at all.

Regarding DB, people think it's a joke that the court is protecting his identity even though it's widely known in the "public sphere," as your defense put it.

I will send you excerpts from other, more legitimate, news outlets than SUGP.

As for what you are allowed to say, the court has ordered (doc 41, filed 4/6/15): "5. Except in connection with the parties investigation and preparation of the case for trial, the parties shall not disclose, directly or indirectly, Victim s personal information to any third parties, including, but not limited to, the press or media outlets."

The court defined "personal information" this way: "1. The evidence in this matter includes personal identification information for the Victim, including but not limited to name, addresses, and date of birth and Social Security Number (collectively "personal information")."

==Jarec Wentworth's Twitter shows 9,604 followers. But the last tweets are 2 retweets by you from Feb. 12 and your tweet on Feb. 11, saying "I feel as though I met my lover of my past life.Nothing can explain this feeling,and now we part.I will see you once more my love.Te iubesc"==

I will definitely let people know you miss them. Some people that know you as Jarec Wentworth have already attended some of your hearings.

E?ti mult iubit, Teo.

TOEFIL BRANK on 4/11/2015 8:53:28 PM wrote
on her twitter??? how public are you making things? lol but thank you. if she doesn't respond. send an email.
i put Billy on the email. have him check the spam folder or something..
so what are the questions you have?
what are the people saying? are they questioning D.B( not allowed to say his name) not sure if that's just for inside the court or I'm aloud to say it outside the court which i believe i have a right to..
how many followers do i have on twitter now? lol
can you let the people know i miss them all and if everyone can show up to my next court date to show love.. please do. so you can hear the baloney they are giving. and what the prosecutors don't have besides excuses of things they haven't had ready which the judge got mad.. smh why am i still in jail???
-----Hattig, Michael on 4/11/2015 3:21 PM wrote:

>

I left a message for Helena Luciano on her Twitter.

TOEFIL BRANK on 4/11/2015 3:24:16 PM wrote
can you google hellena luciano , a canadian model. i was with her the week before i got arrested and im sure she is wondering why im not replying lol. if you can contact her via call or email. tell her im in jail and wish to contact her. if you can give me her info and help her set up the email this.let her know if the misspelled name as well so she can write to me and send me photos of our advernture in la and san diego. maybe let her know about the truelinks app thats 6 bucks and would be faster and better. tell her i miss her company and wish to talk to her soon. thanks

