# EXHIBIT 5

16.

Sign up    Log in



Follow

# Jarec Wentworth
@JarecWentworth

instagram.com/jarecwentworth DOB: 

Los Angeles, Ca · Men.com

**57** FOLLOWING   **9,992** FOLLOWERS

**Tweets**   Photos   Favorites

Jarec Wentworth retweeted



