# EXHIBIT 6

18



EXHIBIT 6



20