KIMBERLY D. JAIMEZ (Cal. Bar No. 271235)
Assistant United States Attorney
312 North Spring Street - 14th Floor
Los Angeles, California 90012
Telephone No. (213) 894-3779

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 15-131(A)-JFW |
| v. | |
| TEOFIL BRANK, | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed [ ] Lodged: **(List Documents)**

GOVERNMENT'S MOTION IN LIMINE NO. 2 TO EXCLUDE CROSS-EXAMINATION OR EXTRINSIC EVIDENCE RELATING COOPERATING WITNESS'S SPECIFIC INSTANCES OF CONDUCT PURSUANT TO FEDERAL RULES OF EVIDENCE 608(b), 403; MEMORANDUM OF POINTS AND AUTHORITIES; COUNSEL DECLARATION; ATTACHMENTS [UNDER SEAL PURSUANT TO PROTECTIVE ORDER DATED JUNE 9, 2015]..

**Reason:**

[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[✓] Per Court order dated:   June 9, 2015
[ ] Other:

June 19, 2015
Date

KIMBERLY D. JAIMEZ
Attorney Name

UNITED STATES OF AMERICA
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    **NOTICE OF MANUAL FILING OR LODGING**