# EXHIBIT 1

Date: 06/04/2015      Facility: DC
Time: 02:02 PM

**Federal Bureau of Prisons**
**TRULINCS**
**Message**
**Sensitive But Unclassified**

## Message

FROM: 68794112 BRANK, TEOFIL
TO: "Michael Hattig" <m_hattig@cox.net>
SUBJECT: RE: RE: request
DATE: 05/20/2015 05:27 PM

sweet finally she gives up and puts me on the calendar. is it on Judge Walter's calendar?
i need you to go through all the emails and see where i stated bail reviews and when my dad contacted seema for the property. lets get the info gathered of when i first requested bail because its been over two weeks and my rights have been violated. we just have to prove it!!
check with Tina and have her go through her's and my emails and see when i told her to tell seema about the bail.. gather proof.
i need you to get the IRS form for gift tax papers and fill it out as much as possible and send it to me for the 500k to prove it is mine which i have in text from D.B that its was a gift tax. i need this paper asap to file it and get my money that was seized.
sweet. so when is my bail review?
we were on lock down till now at 5pm. some bomb threat from a lady at the court house smh...
-----Hattig, Michael on 5/20/2015 12:51 PM wrote:

