# EXHIBIT A

Case 2:15-cr-00131-JFW  Document 204-1  Filed 06/23/15  Page 2 of 6  Page ID #:2010
Case 2:15-cr-00131-JFW  Document 178  Filed 06/12/15  Page 1 of 31  Page ID #:1699

1



```
 1                    UNITED STATES DISTRICT COURT

 2          CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

 3            HONORABLE JOHN F. WALTER, U.S. DISTRICT JUDGE

 4

 5   UNITED STATES OF AMERICA,       )
                                     )
 6                  Plaintiff,       )   Case No.
                                     )
 7        vs.                        )   CR 15-131-JFW
                                     )
 8   TEOFIL BRANK,                   )
                                     )
 9                  Defendant.       )
     _____)
10

11

12
                         REPORTER'S TRANSCRIPT OF
13                         MOTION TO SUPPRESS
                           MONDAY, MAY 4, 2015
14                              9:05 A.M.
                         LOS ANGELES, CALIFORNIA
15

16

17

18

19

20

21

22       _____

23              MIRANDA ALGORRI, CSR 12743, CRR
                  FEDERAL OFFICIAL COURT REPORTER
24              312 NORTH SPRING STREET, ROOM 435
                  LOS ANGELES, CALIFORNIA 90012
25                 MIRANDAALGORRI@GMAIL.COM
```

UNITED STATES DISTRICT COURT

Case 2:15-cr-00131-JFW   Document 204-1   Filed 06/23/15   Page 3 of 6   Page ID #:2011
Case 2:15-cr-00131-JFW   Document 178   Filed 06/12/15   Page 2 of 31   Page ID #:1700

2

<pre>
 1                    APPEARANCES OF COUNSEL:

 2

 3   FOR THE PLAINTIFF:

 4       STEPHANIE YONEKURA
         Acting United States Attorney
 5       BY:   KIMBERLY JAIMEZ
         BY:   VANESSA BAEHR-JONES
 6       Assistant United States Attorney
         United States Courthouse
 7       312 North Spring Street
         Los Angeles, California 90012
 8


 9
     FOR THE DEFENDANT:
10
         SEAN K. KENNEDY
11       Federal Public Defender
         BY:   SEEMA AHMAD
12       BY:   ASHFAQ G. CHOWDHURY
         Deputy Federal Public Defender
13       Central District of California
         321 East Second Street
14       Los Angeles, California 90012

15

16

17

18

19

20

21

22

23

24

25
</pre>

UNITED STATES DISTRICT COURT

Case 2:15-cr-00131-JFW   Document 204-1   Filed 06/23/15   Page 4 of 6   Page ID #:2012
Case 2:15-cr-00131-JFW   Document 178   Filed 06/12/15   Page 3 of 31   Page ID #:1701

3

**LOS ANGELES, CALIFORNIA; MONDAY, MAY 4, 2015**
**9:05 A.M.**

---

THE CLERK:  Calling item 2, CR 15-131-JFW, United States of America versus Teofil Brank.

Counsel, please state your appearances.

MS. JAIMEZ:  Good morning, Your Honor. Kimberly Jaimez on behalf of the United States.  With me at counsel table is AUSA Vanessa Baehr-Jones.

MS. AHMAD:  Good morning, Your Honor. Seema Ahmad and Ashfaq Chowdhury on behalf of Mr. Brank who is present in custody.

THE COURT:  All right.  Good morning to all.

This matter is on the Court's calendar for hearing on the defendant's motion to suppress.  That motion was filed on April 17 and appears as document no. 50.  The Government filed an opposition to the motion on April 27.  That appears as document no. 53.  We have several other matters to discuss; however, I want to deal with the motion to suppress first.

Based upon my review of the motion to suppress, it does not appear that there are any facts in dispute.  Therefore, I don't see the need for an evidentiary hearing although apparently the Government has -- the Government expects or thinks there's going to be an evidentiary hearing.  I don't see any disputed facts; so I don't see what the purpose is for an

Case 2:15-cr-00131-JFW   Document 204-1   Filed 06/23/15   Page 5 of 6   Page ID #:2013
Case 2:15-cr-00131-JFW   Document 178   Filed 06/12/15   Page 25 of 31   Page ID #:1723

25

```
 1   response?
 2              MS. JAIMEZ:  Your Honor, the Government has
 3   previously responded to this request orally during the meet and
 4   confer on April 28 and made clear to defense counsel that we've
 5   turned over everything currently in our custody and control.
 6   To the extent that the private investigator has files that are
 7   privileged or considered work product, they have not turned
 8   them over to the Government, and neither have they provided any
 9   privileged log.  I did indicate to the defense that the next
10   step would probably be to send some type of third party
11   subpoena to this private investigator since those files are not
12   in our control or our custody at this time.
13              THE COURT:  So who's going to send the third party
14   subpoena?  This private investigator is the one that -- my
15   memory is he's out of New York?
16              MS. JAIMEZ:  Yes, Your Honor.  The one that did the
17   initial text message extraction from D.B.'s phone.
18              THE COURT:  Is he going to be a witness?
19              MS. JAIMEZ:  It's not -- no.  This particular party
20   is not relevant to the Government's case at this time.  The
21   victim simply brought or retained this private investigator to
22   assist with the FBI investigation initially, but since the
23   private investigator turned over all of their files, the FBI
24   has essentially confirmed everything and turned over whatever
25   is in the FBI's possession to the defense.
```

Case 2:15-cr-00131-JFW   Document 204-1   Filed 06/23/15   Page 6 of 6   Page ID #:2014
Case 2:15-cr-00131-JFW   Document 178   Filed 06/12/15   Page 26 of 31   Page ID #:1724

26

1    THE COURT: So he was assisting the FBI?
2    MS. JAIMEZ: Well, not assisting but rather
3  assisting the victim initially, and the victim brought the
4  private investigator files to the initial meeting with the FBI,
5  and the FBI since took the investigation over.
6    THE COURT: So the FBI took over the files at the
7  initial meeting from the private investigator?
8    MS. JAIMEZ: And at that time the only relevant file
9  was an extraction of text messages from the victim's phone.
10 Soon after that the FBI conducted their own extraction of the
11 victim's phone and confirmed all of those text messages, and
12 those have been turned over along with the search warrant
13 results from the defendant's phone.
14   THE COURT: So what's the issue?
15   MS. AHMAD: Your Honor, it appears to me from what
16 Government counsel just represented that the FBI had full
17 access to this private investigator file that was used as part
18 of the investigation of Mr. Brank, and the defense requests the
19 entire file be turned over.
20   THE COURT: That's not what she said. She said it
21 was the extraction file that he brought to the meeting. Your
22 factual statement is not correct. So if you folks want to
23 subpoena them, go ahead and subpoena them, and then we'll sort
24 it out.
25      What's the next issue?