Gary S. Lincenberg - State Bar No. 123058
    gsl@birdmarella.com
Ariel A. Neuman - State Bar No. 241594
    aan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT,
    NESSIM, DROOKS, LINCENBERG, & RHOW P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Non-Parties James
Nauwens and Nardello & Co., LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TEOFIL BRANK,<br><br>    Defendant. | CASE NO. CR-15-131-JFW<br><br>**DECLARATION OF ARIEL A. NEUMAN IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO QUASH TRIAL SUBPOENA TO NON-PARTIES JAMES NAUWENS AND NARDELLO & CO., LLC**<br><br>Hearing Date: June 25, 2015<br>Time: 11:00 a.m.<br>Crtrm.: 16<br>Judge: Hon. John F. Walter |

3161082.1

DECLARATION OF ARIEL A. NEUMAN IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO QUASH
TRIAL SUBPOENA TO NON-PARTIES JAMES NAUWENS AND NARDELLO & CO.. LLC: EXHIBIT

## DECLARATION OF ARIEL A. NEUMAN

I, Ariel A. Neuman, declare as follows:

1. I am an active member of the Bar of the State of California and a Principal with Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, A Professional Corporation, attorneys of record for Non-Parties James Nauwens and Nardello & Co., LLC, in this action. I make this declaration in support of the Reply in Support of Motion To Quash Trial Subpoena To Non-parties James Nauwens And Nardello & Co., LLC. Because this declaration is made for that limited purpose, it does not purport to set forth all of my knowledge regarding this matter. Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. I have reviewed a copy of the FBI report (the "FBI 302") documenting a March 3, 2015 meeting between Douglas Axel, James Nauwens, and FBI agents. Based on my review of the docket in this case and discussions with counsel involved in this matter, I believe that the FBI 302 was publicly filed as Exhibit A to Docket Number 184, filed on June 15, 2015 in this matter. However, access to that filing is currently "restricted" on the Court's e-filing system. Accordingly, rather than publicly file the FBI 302, in an abundance of caution, I refer the court to Exhibit A to Docket Number 184, and summarize the relevant portion of the FBI 302 below.

3. Based on my review of the FBI 302, I know that it states that during the meeting, Mr. Axel provided certain "documentary support" to the FBI. Among the items provides were text messages, call logs, voicemail logs, and other items. The FBI 302 notes that each of those items was "extracted . . . by Stroz Friedberg LLC." The FBI 302 does not indicate that any information extracted by or created by Nardello employees or consultants was provided to the FBI.

3161082.1

1

DECLARATION OF ARIEL A. NEUMAN IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO QUASH TRIAL SUBPOENA TO NON-PARTIES JAMES NAUWENS AND NARDELLO & CO.. LLC: EXHIBIT

4. On June 8, 2015, I spoke with Deputy Federal Public Defender Seema Ahmad regarding the subpoena issued to Nauwens and Nardello. During that conversation, Ms. Ahmad appeared to be reviewing the FBI 302 referenced above, and told me that it stated that the text messages and other items were extracted by Stroz Friedberg LLC, not Nardello.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on June 25, 2015, at Los Angeles, California.

*/s/ Ariel A. Neuman*
Ariel A. Neuman

3161082.1

2

DECLARATION OF ARIEL A. NEUMAN IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO QUASH TRIAL SUBPOENA TO NON-PARTIES JAMES NAUWENS AND NARDELLO & CO.. LLC: EXHIBIT