1  Douglas A. Axel, SBN 173814
   daxel@sidley.com
2  Anand Singh, SBN 250792
   anand.singh@sidley.com
3  SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
4  Los Angeles, California  90013
   Telephone:  (213) 896-6000
5  Facsimile:  (213) 896-6600

6  *Attorneys for Victim*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00131-JFW |
| Plaintiff, | |
| v. | **VICTIM'S NOTICE OF JOINDER AND JOINDER IN MOTION TO QUASH TRIAL SUBPOENA TO NON-PARTIES JAMES NAUWENS AND NARDELLO & CO., LLC** |
| TEOFIL BRANK, | |
| Defendant. | |
| | Date:     June 29, 2015 |
| | Time:     11:00 a.m. |
| | Location: Courtroom 16 |
| | Judge:    Hon. James F. Walter |

208534687

**NOTICE OF JOINDER AND JOINDER IN MOTION TO QUASH**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, on June 29, 2015 at 11:00 a.m., or as soon thereafter as this matter may be heard, before the Honorable John F. Walter, at 312 N. Spring Street, Courtroom 16, the victim of the crimes in the above-captioned proceedings (the "Victim") will, and hereby does, join in the Motion to Quash Trial Subpoena to Non-Parties James Nauwens and Nardello & Co., LLC (the "Motion") (Dkt No. 202).

At all relevant times, Nardello & Co., LLC served as the agent for the Victim's attorneys. *See* Dkt. No. 202 at 5. As explained in the Motion, the Subpoena fails to identify the information sought with requisite particularity and seeks disclosure of the Victim's privileged communications and work product. Furthermore, the Subpoena unnecessarily drives a wedge between the Victim and Nardello & Co., LLC, and therefore it is improper for the reasons explained in the Victim's Motion to Quash Subpoena Served on Victim's Counsel (*see generally* Dkt. Nos. 174, 205). Thus, the Victim's joinder in the Motion is both authorized and appropriate because the Subpoena infringes upon the Victim's "legitimate interests." *United States v. Jenkins*, 895 F.Supp. 1389, 1393 (D. Haw. 1995) (recognizing "several legitimate interests that may give rise to standing to move to quash a third party subpoena") (internal quotation marks and citation omitted).

Accordingly, the Victim joins in the Motion and respectfully requests that the Court issue an order quashing the Subpoena.

Dated: June 25, 2015

Respectfully submitted,

SIDLEY AUSTIN LLP

By: */s/ Anand Singh*
Anand Singh
*Attorneys for the Victim*

**NOTICE OF JOINDER AND JOINDER IN MOTION TO QUASH**