**DOCKET 193**

# EXHIBIT A



Brank_15-131_Bates_3426



Brank_15-131_Bates_3428



Brank_15-131_Bates_3438



Brank_15-131_Bates_3439



Brank_15-131_Bates_3539

**DOCKET 193**

# EXHIBIT B

Date taken: 2/17/2015 6:53AM



Date taken: 3/3/2015 1:10PM

