# Exhibit 1

UNCLASSIFIED

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



11000 WILSHIRE BLVD., STE. 1700
LOS ANGELES, CA  90024

| | |
|---|---|
| Requesting Official(s) and Office(s): | SA Jonathan Bauman, Los Angeles |
| File Number: | ▮ |
| Disc Number (Section): | 1D3 |
| Transcriber(s) and Office/RA: | SA Michael S. Winning/LAFO |

## VERBATIM TRANSCRIPTION

**Participants**

DB: ▮
TB: Teofil Brank

**Abbreviations**

Primary language: (standard) English
OV: Overlapping Voice
UI: Unintelligible

UNCLASSIFIED

**UNCLASSIFIED**

File Number: ▓▓▓▓▓▓▓▓▓▓
Disc Number: 1D1

1  [Beginning of recording by SA Michael S. Winning 00:00]
2
3  [Phone ringing 00:00 to 00:03]
4
5  DB: Hey T, what's going on?
6
7  TB: What's taking so long?
8
9  DB: It's taking so long…because I want it to be with the guy because I'm scared shitless and
10     I've never done anything like this before…that I was gonna use to take you the title…and,
11     he's got the cash for, that he got from LAX, from these people that I'm super freaked out
12     about working with cause I just can't walk out of a fucking Bank of America, with a
13     million dollars cash and I'm just not…I'm kind of really out of my element here…and Sean
14     is like, dude…, I'm telling you, it needs to be here, and I'm fucked. And, I've never broken
15     a deal with you, and I'm kind of in a really fucking bad spot now. So I'm…I'm trying to
16     work the situation, um, but, I'm kind of, I'm, I'm kind of getting fucked by my own side
17     here, and…
18
19  TB: And who are…who are these people?
20
21  DB: No, it's one guy. And he is…(OV)
22
23  TB: Who is he?
24
25  DB: Let's…let's just say that he is a very subtle guy that I used one other time, that's super
26     discreet, that I feel really comfortable with, that handles really unusual situations like this.
27     And he's super chill…and I trust him…and I am freaked out by the whole situation…and,
28     I'm just out of my element. Ok, I mean, I'm really fucking out of my element (OV)
29
30  TB: So, what's your…when are you gonna be at the Grove?
31
32  DB: Um…I can't get the cash out of El Segundo right now.
33
34  TB: Why is that?
35
36  DB: Because, Sean, doesn't want to be fucking driving around, with this cash…because he
37     thought that…(OV)
38
39  TB: That's what he's hired for.
40
41  DB: No…yeah…no, I get that, as a matter of fact, I totally get that, and I'm having those
42     conversations…but he's like, dude, I'm in a public place. I'm in a lighted parking lot.
43     There's fucking cash that is not normal cash…in my car and I'm freaked… (OV)
44

File Number: ▮▮▮▮▮▮▮▮
Disc Number: 1D1

1  TB: I understand that, but at the same time…(sigh)…you have…do you have your private…I
2  guess (OV), hitman here?
3
4  DB: No, no, no, I mean it, here's…here's the deal…you know…actually, I was…
5
6  TB: Look, I'm not coming alone too…I'm…If I'm coming, I have others…(OV)
7
8  DB: Dude…(OV)
9
10 TB: …that are known…that if anything happens…if anything happens, they have all that I
11 need…
12
13 DB: Dude (OV)
14
15 TB: …for everything else (OV)
16
17 DB: Dude (OV)
18
19 TB: …I'm just saying…(OV)
20
21 DB: I'm not…I'm not…(OV)
22
23 TB: I don't want to walk up there and fucking, all of a sudden it's the Fed or something, or some
24 bullshit, something happens…and…I'm fucked.
25
26 DB: I'm completely comfortable if you want to bring a friend. I'm totally…(UI)
27
28 [End of recording, recorder memory card at maximum capacity, 02:35]
29
30 [Post-amble recorded by SA Jaime Aguirre immediately following above recording]
31
32 SA Aguirre: This is Special Agent Jaime Aguirre, current time is 8:04PM Pacific Standard Time,
33 this is a post-amble for the previous recording. Previous recording was a call that
34 terminated at 7:51 on March 4, 2015. Phone call was between phone number ▮▮▮▮
35 ▮▮▮▮▮▮, utilized by Teofil Brank, conversation was with ▮▮▮▮▮▮
36
37 [End of recording, 00:30]
38
39