EXHIBIT 2

Kimberly Jaimez
Eddie Jauregui
June 10, 2015
Page 2



3. **Argument concerning the gun that was illegally seized from Mr. Brank's backpack.**
   The defense objects to, and seeks to exclude, any argument that the gun was an
   instrument of the "wrongful use of fear" as alleged in the indictment.  As government
   counsel has stated on the record, D.B. was never in physical fear.  The gun, which has
   already been suppressed, is an inflammatory piece of evidence that should not be used to
   confuse the jury or conflate the issue of fear from reputational harm with fear for physical
   safety.  The latter is not at issue in this case and has not been alleged by the government.

Sincerely,

Seema Ahmad
Ron Chowdhury
Deputy Federal Public Defenders