1  Gary S. Lincenberg - State Bar No. 123058
      gsl@birdmarella.com
2  Ariel A. Neuman - State Bar No. 241594
      aan@birdmarella.com
3  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
4  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
5  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110
6
   Attorneys for Non-Parties James Nauwen
7  and Nardello & Co., LLC

8
## UNITED STATES DISTRICT COURT
9
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
10

11

12 | UNITED STATES OF AMERICA,    | CASE NO. CR-15-131-JFW
          Plaintiff,
13                                | **ORDER RE: WITHDRAWAL OF TRIAL SUBPOENA TO NON-PARTIES JAMES NAUWENS AND NARDELLO & CO., LLC**
     vs.
14
   TEOFIL BRANK,
15
          Defendant.
16
                                  Assigned to Hon. John F. Walter
17

18

19

20

21

22

23

24

25

26

27

28

3161310.1

1  The Court, having considered the Stipulation of Defendant Teofil Brank and Non-parties James Nauwens and Nardello & Co., LLC (the "Non-parties") regarding the withdrawal of the Rule 17(c) subpoena issued to the Non-parties, hereby Orders:

1) The subpoena issued to the Non-parties is hereby ordered withdrawn;

2) The Non-parties are excused from the June 26, 2015 Order requiring the filing of a more detailed privilege log;

3) The Non-parties' Motion to Quash the subpoena is denied as moot; and

4) The hearing on the Non-parties Motion to Quash, currently scheduled for June 29, 2015 at 11:00 a.m., is vacated, and the parties and counsel are excused from appearance.

Any party or non-party involved in any other hearing set for that date and time in this matter must appear as ordered for the other hearing(s).

**IT IS ORDERED.**

DATED: June 29, 2015

_____
Hon. John F. Walter
United States District Judge