UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR 15-131(A)-JFW**                                                              Dated: June 29, 2015

===============================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present | Eddie Jauregui |
| Courtroom Deputy | Court Reporter | Kimberly D. Jaimez |
| | | Asst. U.S. Attorney |
| | | Present |

===============================================================
U.S.A. vs (Dfts listed below)                           Attorneys for Defendants

1)   Teofil Brank                                          1)   Seema Ahmad, DFPD
     present in custody                                         Ashfaq G. Chowdhury, DFPD
                                                                present appointed

**PROCEEDINGS:**   **JOINT MOTION FOR ORDER QUASHING SUBPOENA SERVED ON VICTIM'S COUNSEL [fld 6/11/15, doc 174]**

Case called, and counsel make their appearance. Also present is Douglas A. Axel and his counsel Anand Singh.

For the reasons stated on the record, the Court denies Motion for Order Quashing Subpoena Served on Victim's Counsel without prejudice [174].

Initials of Deputy Clerk   sr
0/15