EILEEN M. DECKER
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
KIMBERLY D. JAIMEZ (Cal. Bar No. 271235)
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorneys
General Crimes Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3779/4849
    Facsimile: (213) 894-0142
    E-mail:   kimberly.jaimez@usdoj.gov
               eddie.jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>TEOFIL BRANK,<br>  aka "Jarec Wentworth,"<br>  aka "@JarecWentworh,"<br><br>       Defendant. | CR No. 15-0131(A)-JFW<br><br>JOINT PROPOSED VERDICT FORM FOR DEFENDANT TEOFIL BRANK<br><br>Trial Date:  July 7, 2015<br>Trial Time:  8:30 a.m.<br>Location:    Courtroom of the<br>               Hon. John F. Walter |
|---|---|

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Kimberly D. Jaimez and Eddie A. Jauregui, and defendant TEOFIL BRANK, by and through his attorneys of record Deputy Federal Public Defenders Seema Ahmad

//

//

and Ashfaq Chowdhury, hereby jointly submit a Proposed Verdict Form for the above-titled matter.

Dated: June 30, 2015					Respectfully submitted,

							EILEEN M. DECKER
							United States Attorney

							ROBERT E. DUGDALE
							Assistant United States Attorney
							Chief, Criminal Division


							   /s/
							KIMBERLY D. JAIMEZ
							EDDIE A. JAUREGUI
							Assistant United States Attorneys

							Attorneys for Plaintiff
							UNITED STATES OF AMERICA

Dated: June 30, 2015					  (email authorization 6/30/15)
							ASHFAQ CHOWDHURY
							SEEMA AHMAD
							Deputy Federal Public Defenders

							Attorneys for Defendant
							TEOFIL BRANK

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>         v.<br><br>TEOFIL BRANK,<br>  aka "Jarec Wentworth,"<br>  aka "@JarecWentworh,"<br><br>   Defendant. | CR No. 15-0131(A)-JFW<br><br><u>VERDICT FORM FOR DEFENDANT</u><br><u>TEOFIL BRANK</u> |

As to the following counts charged against defendant TEOFIL BRANK:

**COUNT ONE**
**18 U.S.C. § 875(d)**
<u>**Transmitting Threatening Communications with Intent to Extort**</u>

1. We, the jury in the above-captioned case, unanimously find defendant TEOFIL BRANK:

\_\_\_\_\_    NOT GUILTY

\_\_\_\_\_    GUILTY

**COUNT TWO**
**18 U.S.C. § 1951(a)**
<u>**Extortion**</u>

2. We, the jury in the above-captioned case, unanimously find defendant TEOFIL BRANK:

\_\_\_\_\_    NOT GUILTY

\_\_\_\_\_    GUILTY

**COUNT THREE**
**18 U.S.C. § 880**
<u>**Receiving Proceeds of Extortion**</u>

3. We, the jury in the above-captioned case, unanimously find defendant TEOFIL BRANK:

\_\_\_\_\_    NOT GUILTY

\_\_\_\_\_    GUILTY

**COUNT FOUR**
**18 U.S.C. § 880**
**Receiving Proceeds of Extortion**

4. We, the jury in the above-captioned case, unanimously find defendant TEOFIL BRANK:

\_\_\_\_\_  NOT GUILTY

\_\_\_\_\_  GUILTY

**COUNT FIVE**
**18 U.S.C. § 1951(a)**
**Attempted Extortion**

5. We, the jury in the above-captioned case, unanimously find defendant TEOFIL BRANK:

\_\_\_\_\_  NOT GUILTY

\_\_\_\_\_  GUILTY

**COUNT SIX**
**18 U.S.C. § 1952(a)(3)**
**Use of an Interstate Facility to Facilitate an Unlawful Activity**

6. We, the jury in the above-captioned case, unanimously find defendant TEOFIL BRANK:

\_\_\_\_\_  NOT GUILTY

\_\_\_\_\_  GUILTY

3

**COUNT SEVEN**
**18 U.S.C. § 924(c)(1)(A)(i)**
**Possession of a Firearm in Furtherance of a Crime of Violence**

7.   We, the jury in the above-captioned case, unanimously find defendant TEOFIL BRANK:

\_\_\_\_\_          NOT GUILTY

\_\_\_\_\_          GUILTY

 

                                                                                       _____
                                                                                       FOREPERSON OF THE JURY

Dated: June \_\_\_, 2015 at Los Angeles, California

4