UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Case No.     **CR 15-131(A)-JFW**                                                    Dated: June 26, 2015
================================================================================
PRESENT:    HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri | Eddie Jauregui |
|---|---|---|
| Courtroom Deputy | Court Reporter | Kimberly D. Jaimez |
|  |  | Ryan White |
|  |  | Asst. U.S. Attorney |

================================================================================
U.S.A. vs (Dfts listed below)                         Attorneys for Defendants

1.    Teofil Brank                                 1.    Seema Ahmad, DFPE
      present in custody                                 Ashfaq G. Chowdhury, DFPD
                                                         present appointed

**PROCEEDINGS:**    **FINAL STATUS CONFERENCE AND HEARING ON MOTIONS IN LIMINE**

Case called, and counsel make their appearance.

Court hears oral argument, and for the reasons stated on the record makes the following rulings:

- Defendant's Motion in Limine No. 2 to Exclude Evidence of Gun and Ammunition [fld 5/6/15, doc 74] **is deferred** [originally filed as Motion in Limine No. 1 doc 58 and 60]

- Defendant's Motion in Limine No. 2 to Exclude Evidence of Tweet or Retweet Post on Twitter [fld 4/30/15, doc 59] **is denied in part and granted in part**

- Defendant's Motion in Limine No. 3 to Exclude Prejudicial Photographic Material Depicting Defendant [fld 6/19/15, doc 193] **is denied**

- Government's Motion in Limine No. 1 to Exclude Testimony Or Evidence Regarding Rape Allegation Against Victim D.B. [fld under seal 4/30/15, doc 61] **is withdrawn**

- Government's Motion in Limine No. 2 to Exclude Cross Examination or Extrinsic Evidence Relating Cooperating Witness's Specific Instances of Conduct Pursuant to Federal Rules of Evidence 608 (b), 403 [fld under seal 6/19/15, doc 203] **tentative ruling issued - final ruling deferred to trial**

- Government's Motion in Limine No. 3 to Exclude (I) References to Identities of Non-Testifying Third Parties Involved in Prostitution (II) Testimony by Non-parties Regarding Their Participation in Prostitution Pursuant to Federal Rules of Evidence 608(b), 611, 403 [fld 6/19/15, doc 194] **is denied as to references to identities of non party witnesses and tentative ruling issued as to testifying by non parties - final ruling deferred to trial**

The following Motions are continued for hearing or ruling on the papers:

- Defendant's Motion to Dismiss Counts Two and Five of the First Superseding Indictment [fld 6/19/15, doc 195]

- Defendant's Motion to Bifurcate Count Seven of the First Superseding Indictment [fld 6/24/15, doc 210]

Counsel shall file supplemental briefs not to exceed five pages on June 30, 2015 regarding the Supreme Court's recent ruling on *Johnson v. United States*.

The following Motions remain set for hearing on June 29, 2015 at 11:00 a.m.

- Joint Motion for Order Quashing Subpoena Served on Victim's Counsel [fld 6/11/15, doc 174]

- Motion to Quash Trial Subpoena to Non-parties James Nauwens and Nardello & Co., LLC [fld U/S 6/22/15, doc 202]

Various pretrial issues discussed as stated on the record.

Jury Trial remains set on July 7, 2015 at 8:30 a.m.