HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
Seema Ahmad (Bar No. 270992)
(E-Mail: Seema_Ahmad@fd.org)
Ashfaq G. Chowdhury (Bar No. 243763)
(E-Mail: Ron_Chowdhury@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone:  (213) 894-2854
Facsimile:  (213) 894-0081

Attorneys for Defendant
TEOFIL BRANK

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>TEOFIL BRANK,<br><br>             Defendant. | Case No. CR-15-131-JFW<br><br>**LODGING OF DEFENDANT'S RESPONSE TO GOVERNMENT'S PRE-TRIAL WITNESS LIST** |

Defendant Teofil Brank, by and through his counsel of record, Deputy Federal Public Defenders Seema Ahmad and Ashfaq Chowdhury, hereby lodges the attached Response to Government's Pre-trial Witness List pursuant to the Court's Amended Criminal Trial Order (Dkt. 128).

Respectfully submitted,

HILARY POTASHNER
Federal Public Defender

DATED:  July 1, 2015             By  */s/ Seema Ahmad*
                                     SEEMA AHMAD
                                     ASHFAQ G. CHOWDHURY
                                     Deputy Federal Public Defenders
                                     Attorneys for TEOFIL BRANK

**RESPONSE TO GOVERNMENT'S PRE-TRIAL WITNESS LIST**

The defense approximates the length of time needed for cross-examination of each of the government's witnesses as follows:

1.    Agent Sean Sterle - 10 minutes

2.    Scott Saul - 30 minutes

3.    D.B. - 60 minutes

4.    Justin Griggs - 30 minutes

5.    Agent Winning - 30 minutes

6.    Cooperating Witness (identity withheld) - 45 minutes

7.    Ben Williams - 10 minutes

8.    Agent Cashman - 10 minutes


Respectfully submitted,

HILARY POTASHNER
Federal Public Defender


DATED:  July 1, 2015              By  */s/ Seema Ahmad*

SEEMA AHMAD
ASHFAQ G. CHOWDHURY
Deputy Federal Public Defenders
Attorneys for TEOFIL BRANK

2