# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | **CR 15-131(A)-JFW** |
| Date | July 7, 2015 |

Present: The Honorable **JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

Interpreter: None

| Shannon Reilly | Miranda Algorri | Eddie Jauregui<br>Kimberly D. Jaimez<br>Ryan White |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Teofil Brank | X | X | | Seema Ahmad, DFPD<br>Ashfaq G. Chowdhury, DFPD | X | X | |

| | |
|---|---|
| x | Day 1 Jury Trial |
| x | Defendant's Motion in Limine No. 2 to Exclude Evidence of Gun and Ammunition [fld 5/6/15, doc 74] originally filed as Defendant's Motion in Limine 1 [58, 60] is denied |
| x | Mr. Brank's Motion to Reconsider Tentative Ruling on Government's Motion in Limine No. 2 to Exclude Cross Examination or Extrinsic Evidence Relating to Cooperating Witness's Specific Instances of Conduct Pursuant to Federal Rules of Evidence 608 (B), 403 [fld 7/6/15, doc 249] is denied |
| x | The Jury is impaneled and sworn |
| x | Opening statements made |
| x | Witnesses called, sworn and testified |
| x | Exhibits identified |
| x | Exhibits admitted |
| X | Case continued to July 8, 2015 at 7:45 a.m. for further trial |

Other:

8 : 00

Initials of Deputy Clerk   sr

CR-78 (01/05)   **CRIMINAL MINUTES - TRIAL**   Page 1 of 1