# LIST OF EXHIBITS AND WITNESSES

**FILED**
CLERK, U.S. DISTRICT COURT
7/9/15
CENTRAL DISTRICT OF CALIFORNIA
BY: _____sr_____ DEPUTY

| | |
|---|---|
| **Judge** | **JOHN F. WALTER** |
| **Case Number** | **CR 15-131(A)-JFW** |
| **Title** | United States of America -v- Teofil Brank |
| **Dates of Trial** | July 7, 2015, July 8, 2015, July 9, 2015 |
| **Court Reporter(s)** | Miranda Algorri |
| **Deputy Clerk(s)** | Shannon Reilly, Ingrid Valdes |

| Attorney(s) for Plaintiff(s) | Attorney(s) for Defendant(s) |
|---|---|
| Eddie Jauregui, AUSA | Seema Ahmad, DFPD |
| Kimberly D. Jaimez, AUSA | Ashfaq G. Chowdhury, DFPD |
| Jennifer Resnik, AUSA | |

| EXHIBIT DESCRIPTION / WITNESS | Date(s) Testified |
|---|---|
| **Called by Government:** | |
| Sean Sterle | July 7, 2015 |
| M. Scott Saul | July 7, 2015 |
| Donald Burns | July 7, 2015, July 8, 2015 |
| Justin Griggs | July 8, 2015 |
| Etienne Yim | July 8, 2015 |
| Michael Winning | July 8, 2015 |
| Benjamin Williams | July 8, 2015 |
| **Called by Defendant:** | |
| Jason Bumpus | July 8, 2015 |
| Matthew Powers | July 8, 2015 |
| Jonathan Bowman | July 8, 2015 |
| | |
| | |
| See attached exhibit lists | |

**UNITED STATES v. TEOFIL BRANK**

**CR NO. 15-00131(A)-JFW**

**Joint Exhibit**

| EXHIBIT | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 101 | Texts from Defendant to D.B. dated 3/3/15 (Screen Shots)(Bates 3325-3328) | 7/7/15 | 7/7/15 |
| 102 | Letter from Christina Buholtz to D.B. dated 3/13/15, "Apology" (Bates 46, 177) | 7/7/15 | 7/7/15 |
| 103 | Email from Ginger Gibas, "Message for you from Tina Buholtz" dated 3/11/15 (Bates 183) | 7/7/15 | 7/7/15 |
| 104 | Colt Revolver Python Owner Registration, Certified (Bates 3418-3422) | 7/7/15 | 7/7/15 |
| 105 | Goldman Sachs Bank Records – February 2015 (3 pages) | 7/7/15 | 7/7/15 |
| 107 | Goldman Sachs Custodian of Records Declaration (Bates 3814) | 7/7/15 | 7/7/15 |
| 108 | FBI Extraction Report of D.B.'s Phone (Bates 53-80) | 7/7/15 | 7/7/15 |
| 109 | Audi Title Transfer documents (Bates 178-179) | 7/7/15 | 7/7/15 |
| 110 | Audi Florida Title (Bates 3370-3371) | 7/7/15 | 7/7/15 |
| 111 | Text Message to Cooperating Witness from Defendant (Bates 187) | 7/7/15 | 7/7/15 |
| 113 | Wells Fargo Checking Account Statement for Account Ending in -3197 (January 27, 2015 – February 23, 2015) (Bates 237-245) | 7/7/15 | 7/7/15 |

1

## UNITED STATES v. TEOFIL BRANK
## CR NO. 15-00131(A)-JFW
### Joint Exhibit

| EXHIBIT | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 114 | Wells Fargo Custodian of Records Declaration for Account Ending in -3197 (Bates 258) | 7/7/15 | 7/7/15 |
| 115 | Tweet Screenshot dated 2/16/15 (1 page) | 7/7/15 | 7/7/15 |
| 116 | Picture of 916-420-7906 Samsung Phone (2 pages) | 7/7/15 | 7/7/15 |
| 117 | T-Mobile Subscriber Information for 916-420-7906 (Bates 272-273) | 7/7/15 | 7/7/15 |
| 118 | T-Mobile Custodian of Records Declaration (Bates 3323-3324) | 7/7/15 | 7/7/15 |
| 119 | D.B. Email to Defendant dated 9/27/14 (Referral List) (Bates 1244-1245) | 7/7/15 | 7/7/15 |
| 120 | D.B. Email to Defendant dated 9/27/14 Testing Results (Bates 1246-1247) | 7/7/15 | 7/7/15 |
| 121 | Wells Fargo Savings Account Statement Ending in -2536 January 27, 2015 – February 23, 2015 (Bates 3362-3364) | 7/7/15 | 7/7/15 |
| 122 | Wells Fargo Custodian of Records Declaration for Account Statement Ending in -2536 (Bates 3360) | 7/7/15 | 7/7/15 |
| 123 | Wells Fargo Account Statement for Account Ending in -3197 (February 24, 2015 – February 28, 2015) (Bates 1295-1297) | 7/7/15 | 7/7/15 |

**UNITED STATES v. TEOFIL BRANK**

**CR NO. 15-00131(A)-JFW**

Joint Exhibit

| **EXHIBIT** | **DESCRIPTION** | **IDENTIFIED** | **ADMITTED** |
|---|---|---|---|
| 124 | Wells Fargo Account Statement for Account Ending in -3197 (March 1, 2015 – March 31, 2015) (Bates 1304 -1306) | 7/7/15 | 7/7/15 |
| 125 | Wells Fargo Custodian of Records Declaration for Account Statements Ending in -2536, - 3197, and  - 6764 (Bates 1263-1264) | 7/7/15 | 7/7/15 |
| 126 | Toll Records Analysis 916-420-7906 (3 pages) | 7/8/15 | 7/8/15 |
| 127 | Stroz Friedberg LLC Phone Extraction (Bates 33-44) | 7/7/15 | 7/7/15 |
| 128 | Marine Investco, LLC Certified Certificate of Formation (Bates 10120-10122) | 7/7/15 | 7/7/15 |
| 129 | Declaration of Twitter Custodian of Records (Bates 10059-10060) | 7/7/15 | 7/7/15 |
| 130 | Samsung Galaxy Note Text Messages with D.B. February 2015 – March 2015 (25 pages) | 7/7/15 | 7/7/15 |
| 131 | Samsung Phone Extraction Report Summary Page (Bates 010067 - 10070) | 7/7/15 | 7/7/15 |
| 132 | Samsung Phone: Audi r8 Authorization Email from D.B. to Defendant dated 2/16/15 (Bates 10075) | 7/7/15 | 7/7/15 |
| 133 | Samsung Phone: Western Union Email from D.B. to Defendant dated 9/7/14 (Bates 10082) | 7/7/15 | 7/7/15 |

**UNITED STATES v. TEOFIL BRANK**

**CR NO. 15-00131(A)-JFW**

**Joint Exhibit**

| EXHIBIT | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 134 | Samsung Phone: MMS Message from Defendant to Helena Luciano re: riding in Audi r8 dated 2/24/15 (includes Photo of Audi) (Bates 10086) | 7/7/15 | 7/7/15 |
| 135 | Samsung Phone: MMS Message from Defendant to Lidia Brank re: Wells Fargo Screenshot bank balance dated 2/21/15 (Bates 10088) | 7/7/15 | 7/7/15 |
| 136 | Samsung Phone: MMS Message from D.B. to Brank re: Picture of Title (Price says "GIFT") dated 2/18/15 (Bates 10089) | 7/7/15 | 7/7/15 |
| 137 | Samsung Phone: MMS Message from D.B. to Brank re: Picture of Transfer of Title by Seller dated 2/18/15 (Bates 10090) | 7/7/15 | 7/7/15 |
| 138 | Samsung Phone: MMS Message from D.B. to Brank re: Title Transfer information dated 2/18/15 (Bates 10091) | 7/7/15 | 7/7/15 |
| 139 | Samsung Phone: MMS Message of Audi Photograph from Defendant to 760-235-9208 dated 2/16/15 (Bates 10093) | 7/7/15 | 7/7/15 |
| 140 | Samsung Phone: MMS Message of Audi Photograph in parking lot from Defendant to Denise  dated 2/18/15 (Bates 10094) | 7/7/15 | 7/7/15 |

**UNITED STATES v. TEOFIL BRANK**

**CR NO. 15-00131(A)-JFW**

**Joint Exhibit**

| EXHIBIT | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 141 | Samsung Phone: MMS Message of Audi Photograph from Defendant to Zul with message: "Just bought this two days ago" dated 2/18/15 (Bates 10095) | 7/7/15 | 7/7/15 |
| 142 | Samsung Phone: MMS Message of Audi Photograph from Defendant to Dan Brank with message: "Don't hate me but I just inherited this. 2014 v10 r8" dated 2/17/15 (Bates 10096) | 7/7/15 | 7/7/15 |
| 143 | Samsung Phone: MMS Message of Audi Photograph from Defendant to Joe Romo at Gas Station dated 2/16/15 (Bates 10100) | 7/7/15 | 7/7/15 |
| 144 | Samsung Phone: Web History re: x-ray proof bag (Bates 10102) | 7/7/15 | 7/7/15 |
| 145 | Samsung Phone: Audi Photograph of Steering Wheel dated 2/16/15 (Bates 10106) | 7/7/15 | 7/7/15 |
| 146 | Samsung Phone: Audi Photograph in Drive way 2/16/15 4:24pm (Bates 10107) | 7/7/15 | 7/7/15 |
| 147 | Samsung Phone: Audi Photograph in Driveway 2/16/15 with man standing nearby (Bates 10108) | 7/7/15 | 7/7/15 |
| 148 | Samsung Phone: Audi Photograph at Gas Station dated 2/16/15 (Bates 10109) | 7/7/15 | 7/7/15 |
| 149 | Samsung Phone: Audi Photograph in parking lot dated 2/17/15 (Bates 10111) | 7/7/15 | 7/7/15 |
| 150 | Samsung Phone: Photograph of Defendant inside Audi dated 3/3/15 (Bates 10114) | 7/7/15 | 7/7/15 |

## UNITED STATES v. TEOFIL BRANK
## CR NO. 15-00131(A)-JFW
## Joint Exhibit

| EXHIBIT | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 151 | Samsung Phone: Audi Pics of Brank with Cooperating Witness sitting on Audi (Bates 10116) | 7/7/15 | 7/7/15 |
| 153 | Photograph of Defendant at El Segundo Starbucks dated 3/4/15 (Bates 3428) | 7/7/15 | 7/7/15 |
| 154 | Photograph of Defendant at El Segundo Starbucks dated 3/4/15 (Bates 3539) | 7/7/15 | 7/7/15 |
| 155 | Photograph of Defendant at El Segundo Starbucks dated 3/4/15 (Bates 3438) | 7/7/15 | 7/7/15 |
| 156 | Photograph of Defendant at El Segundo Starbucks dated 3/4/15 (Bates 3439) | 7/7/15 | 7/7/15 |
| 157 | Photograph of Defendant in Audi R8 (Bates 3305) | 7/7/15 | 7/7/15 |
| 158 | Property Receipt of Ammunition Recovered from Christina Buholtz (Bates 9696) | 7/7/15 | 7/7/15 |
| 159 | Photo of Ammunition (Bates 9697) | 7/8/15 | 7/8/15 |
| 160 | Photo of Ammunition (Bates 9698) | 7/8/15 | 7/8/15 |
| 161 | Photo of Ammunition (Bates 9701) | 7/8/15 | 7/8/15 |
| 162 | Photo of Ammunition (Bates 9702) | 7/8/15 | 7/8/15 |
| 163 | Photo of Ammunition (Bates 9703) | 7/8/15 | 7/8/15 |
| 164 | Photo of Ammunition (Bates 9704) | 7/8/15 | 7/8/15 |
| 165 | Photo of Ammunition (Bates 9705) | 7/8/15 | 7/8/15 |
| 166 | Photo of Protective Glasses (Bates 9706) | 7/7/15 | 7/7/15 |

**UNITED STATES v. TEOFIL BRANK**

**CR NO. 15-00131(A)-JFW**

**Joint Exhibit**

| EXHIBIT | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 167 | Photo of Protective Gear (Ears) (Bates 9708) | 7/7/15 | 7/7/15 |
| 168 | Photo of Ammunition Bag (Bates 9710) | 7/7/15 | 7/7/15 |
| 169 | Photo of Bag with Knife (Bates 9711) | 7/8/15 | 7/8/15 |
| 170 | Tweets 205-206 (Bates 9260) | 7/7/15 | 7/7/15 |
| 171 | Selfie Photos from Twitter (Bates 8841, 8843) | 7/7/15 | 7/7/15 |
| 172 | Tweets referencing "android platform" (Bates 9141-9145) | 7/7/15 | 7/7/15 |
| 173 | Twitter Subscription Information (Bates 8825) | 7/7/15 | 7/7/15 |
| 174 | Jarec Wentworth Twitter Page – Profile Page (Bates 9138) | 7/7/15 | 7/7/15 |
| 175 | Cell Site Map for 2/16/15 (Bates 10166) | 7/7/15 | 7/7/15 |
| 177 | Toll Records for 916-420-7906 | 7/7/15 | 7/7/15 |
| 178 | Extraction Report for J. Griggs Phone dated 6/26/15 | 7/7/15 | 7/7/15 |
| 201 | March 4, 2015 Consensual Recording between D.B. & Defendant (Disc 1D3) | 7/7/15 | 7/7/15 |
| 202 | UCE Video (Disc 1D2) | 7/7/15 | 7/7/15 |
| 401 | BOP Certificate of Records | 7/8/15 | 7/8/15 |

**UNITED STATES v. TEOFIL BRANK**

**CR NO. 15-00131(A)-JFW**

**Joint Exhibit**

| EXHIBIT | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 402 | BOP Truview Approved Contact List dated 3/30/15 (Bates 135) | 7/7/15 | 7/7/15 |
| 403 | Email: Defendant to C. Buholtz dated Str8upgayporn Request for Contact Information, dated 3/14/15 (Bates 7187) | 7/7/15 | 7/7/15 |
| 404 | Email: Defendant to A. Garner dated 3/31/15 re: Cooperating Witness's name (Bates 6936) | 7/7/15 | 7/7/15 |
| 405 | Email: Defendant to M. Hattig explains Prior Tweet re: Past Lover dated 4/12/15 (Bates 8673-8674) | 7/7/15 | 7/7/15 |
| 406 | Email: Defendant to M. Hattig Explaining Relationship with D.B. dated 4/12/15 (Bates 7076-7077) | 7/7/15 | 7/7/15 |
| 407 | Email: Defendant to A. Garner "Blasting" D.B.'s Information dated 3/30/15 (Bates 7243) | 7/7/15 | 7/7/15 |
| 408 | Email: Defendant to C. Buholtz "Don is afraid" dated 3/21/15 (Bates 7386-87) | 7/7/15 | 7/7/15 |
| 409 | Email: Defendant to C. Buholtz re: Ashton, "What I Was Trying to Do" dated 3/16/15 Email (Bates 7496-98) | 7/7/15 | 7/7/15 |
| 410 | Email: Defendant to C. Buholtz "Take the Ammo Out Asap" dated 5/21/15 (Bates 7770) | 7/8/15 | 7/8/15 |
| 411 | Email: Defendant to C. Buholtz "Take that Bag Out Into a Safe Place" dated 5/21/15 (Bates 7775) | 7/8/15 | 7/8/15 |
| 412 | Email: Defendant to C. Buholtz "Help Get the Bag" dated 5/21/15 (Bates 7754) | 7/8/15 | 7/8/15 |

**UNITED STATES v. TEOFIL BRANK**

**CR NO. 15-00131(A)-JFW**

**Joint Exhibit**

| EXHIBIT | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 413 | Email: Defendant to C. Buholtz "Get the Bag Out of the Apt" dated 5/21/15 (Bates 7760) | 7/8/15 | 7/8/15 |
| 501 | Wire Transfer Stipulation | 7/7/15 | 7/7/15 |
| 502 | Date of Birth Stipulation | 7/7/15 | 7/7/15 |
| 601 | Gun Bag | 7/7/15 | 7/7/15 |
| 604 | Defendant's Samsung Phone | 7/7/15 | 7/7/15 |
| 701 | Diagram of Starbucks Parking Lot | 7/7/15 | 7/7/15 |
| 804 | Email from Don Alan to Teo Brank of 12-23-14 | 7/8/15 | 7/8/15 |
| 805 | Photo of Burns and Mackenzie Amadon | 7/8/15 | 7/8/15 |
| 806 | Photo of Burns and Forbes and Mackenzie Amadon | 7/8/15 | 7/8/15 |
| 807 | Photo of Burns and Mackenzie Amadon | 7/8/15 | 7/8/15 |