**DUPLICATE ORIGINAL**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK U.S. DISTRICT COURT
JUL - 9 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## JURY NOTE

redacted Signature/initials

| United States of America, | ) | Case No. **CR 15-131(A)-JFW** |
| --- | --- | --- |
| Plaintiffs, | ) | NOTE # __1__ FROM THE JURY |
| v. | ) | TIME: __11:15__ |
| Teofil Brank, | ) | |
| Defendants. | ) | |

THE COURT having been notified of

_____ The jury has reached a unanimous verdict.

_____ The jury advises the Court of the following:

__✓__ The jury requests the following:

Clarification of Count 2 part 3: what is the legal definition for commerce?

Dated: 7/9/2015

Signed: /S/

Foreperson of the Jury