**DUPLICATE ORIGINAL**
## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK U.S. DISTRICT COURT
JUL - 9 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Redacted Signature Line

### JURY NOTE

| | |
|---|---|
| United States of America, | Case No. **CR 15-131(A)-JFW** |
| Plaintiffs, | NOTE # __2__ FROM THE JURY |
| v. | TIME: 11:16 |
| Teofil Brank, | |
| Defendants. | |

THE COURT having been notified of

_____ The jury has reached a unanimous verdict.

_____ The jury advises the Court of the following:

__✓__ The jury requests the following:

Clarification of Courts Instruction #13 related to Count 2 of the indictment: Is movement of money from one state to another, proof that commerce was affected?

Dated: 7/9/2015

Signed: /S/
Foreperson of the Jury