Case 2:15-cr-00131-JFW   Document 278   Filed 07/09/15   Page 1 of 1   Page ID #:2372




# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## JURY NOTE

| | |
|---|---|
| United States of America, | Case No. CR 15-131(A)-JFW |
| Plaintiffs, | NOTE # __3__ FROM THE JURY |
| v. | TIME: 12:12 |
| Teofil Brank, | |
| Defendants. | |

THE COURT having been notified of

__✓__   The jury has reached a unanimous verdict.

_____   The jury advises the Court of the following:

_____   The jury requests the following:

_____
_____
_____
_____
_____
_____

Dated: 7/9/2015        Signed: __/s/__
                                    Foreperson of the Jury