# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America ) | Case No. **CR 15-131(A)-JFW** |
| Plaintiffs, ) | |
| v. ) | TIME: 11:55 a.m. |
| Teofil Brank, ) | |
| Defendants. ) | |

FILED
CLERK U.S. DISTRICT COURT
JUL - 9 2015
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

### THE COURTS RESPONSE TO JURY NOTES #1, #2

In response to Jury Notes Nos. 1 and 2, the Court refers the Jury to Court's Instruction No. 17, which provides:

```
     Counts Two and Five have as an element that
"commerce from one state to another state was/would
have been affected in some way."
     The term "commerce" means all commerce between
any point in a State, Territory, Possession, or the
District of Columbia and any point outside thereof,
and all commerce between points within the same
State through any place outside such State.
     As for "affect," only a minimal effect on
commerce is required and the effect need only be
reasonably probable, not actual.
```

In addition, the Court further instructs that "commerce" includes the movement of goods, services, money, and individuals between states.

Dated: July 9, 2015

/s/ John F. Walter
John F. Walter, U.S. District Judge