DUPLICATE ORIGINAL     ORIGINAL



FILED
CLERK U.S. DISTRICT COURT

JUL - 9 2015

CENTRAL DISTRICT OF CALIFORNIA
BY
redacted signature line

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>TEOFIL BRANK,<br>　aka "Jarec Wentworth,"<br>　aka "@JarecWentworh,"<br><br>　　　　Defendant. | CR No. 15-0131(A)-JFW<br><br><u>VERDICT FORM FOR DEFENDANT</u><br><u>TEOFIL BRANK</u> |

As to the following counts charged against defendant TEOFIL BRANK:

**COUNT ONE**
**18 U.S.C. § 875(d)**
**Transmitting Threatening Communications with Intent to Extort**

1. We, the jury in the above-captioned case, unanimously find defendant TEOFIL BRANK:

_____ NOT GUILTY

✓ GUILTY

**COUNT TWO**
**18 U.S.C. § 1951(a)**
**Extortion**

2. We, the jury in the above-captioned case, unanimously find defendant TEOFIL BRANK:

_____ NOT GUILTY

✓ GUILTY

**COUNT THREE**
**18 U.S.C. § 880**
**Receiving Proceeds of Extortion**

3. We, the jury in the above-captioned case, unanimously find defendant TEOFIL BRANK:

_____ NOT GUILTY

✓ GUILTY

## COUNT FOUR
## 18 U.S.C. § 880
### Receiving Proceeds of Extortion

4. We, the jury in the above-captioned case, unanimously find defendant TEOFIL BRANK:

_____ NOT GUILTY

✓ GUILTY

## COUNT FIVE
## 18 U.S.C. § 1951(a)
### Attempted Extortion

5. We, the jury in the above-captioned case, unanimously find defendant TEOFIL BRANK:

_____ NOT GUILTY

✓ GUILTY

## COUNT SIX
## 18 U.S.C. § 1952(a)(3)
### Use of an Interstate Facility to Facilitate an Unlawful Activity

6. We, the jury in the above-captioned case, unanimously find defendant TEOFIL BRANK:

_____ NOT GUILTY

✓ GUILTY

/s/
_____
FOREPERSON OF THE JURY

Dated: July 9, 2015 at Los Angeles, California

3