**DECLARATION OF JONATHAN H. BAUMAN**

I, JONATHAN H. BAUMAN, hereby declare that:

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"). I have been employed as a Special Agent for approximately 17 years. I was trained at the FBI Academy in Quantico, Virginia. Presently, I am assigned to the Los Angeles Division Violent Crime Squad which specializes in the investigation of violent crimes, including extortions, bank robberies, kidnappings, and assaults on Federal Officers.

2. I am familiar with the extortion case, United States v. Teofil Brank, CR No. 15-131(A)-JFW and I testified at the trial in that matter. I make this declaration in support of the government's Ex Parte Application for a Preliminary Order of Forfeiture in that case.

3. During the course of this investigation, the FBI obtained records for bank accounts held at Wells Fargo Bank, in the name of Teofil Brank. A review of these records revealed the following information:

   a. On or about February 17, 2015, $500,000.00 was wire transferred from an account in the name of Donald Burns at Goldman Sachs to a Wells Fargo Bank account, in the name of Teofil Brank with account number ending in 3197 ("WFB 3197"). The balance in WFB 3197 immediately preceding this wire transfer was less than $1,000. Attached hereto as Exhibit "A" is a true and correct copy of a portion of the February statement for WFB 3197, along with a declaration from the custodian of records that was received by the FBI with the bank statement.

11

   b. On or about February 17, 2015, approximately $450,000 was transferred from WFB 3197 to a Wells Fargo Bank account, in the name of Teofil Brank with account number ending in 2536 ("WFB 2536"). The balance in WFB 2536 immediately preceding this transfer was approximately $32.00. Attached hereto as Exhibit "B" is a true and correct copy of a portion of the February statement for WFB 2536, along with a declaration from the custodian of records that was received by the FBI with the bank statement.

   c. On or about February 23, 2015, approximately $400,000 was transferred from WFB 2536 to a Wells Fargo Bank account, in the name of Teofil Brank with account number ending in 6764 ("WFB 6764"). The balance in WFB 6764 immediately preceding this transfer was $0.00. Attached hereto as Exhibit "C" is a true and correct copy of a portion of the February statement for WFB 6764, along with a declaration from the custodian of records that was received by the FBI with the bank statement.

 4. On March 6, 2015, the FBI served an adverse claim letter on Wells Fargo Bank for WFB 3197, WFB 2536 and WFB 6764. The FBI served an additional nine adverse claim letters on Wells Fargo Bank, effectively restraining the funds on deposit in these accounts until the FBI was able to obtain a seizure warrant.

 5. On April 29, 2015, The Honorable Victor B. Kenton, Magistrate Judge, issued a seizure warrant (CR. Misc. No. 15-00765) for funds on deposit in WFB 3197, WFB 2536 and WFB 6764. As a result of that seizure warrant, the government seized the following amounts: (i) approximately $395,762.50 from WFB 6764; (ii)

approximately $50,000.00 from WFB 2536; and (iii) approximately $1,233.10 from WFB 3197.

I declare under penalty of perjury that the foregoing is true and correct.

Executed 07/14/ , 2015 Los Angeles, California.

JONATHAN H. BAUMAN
SPECIAL AGENT - FBI