# PMA® Premier Checking Account

Account number: ███ 3197 ■ January 27, 2015 - February 23, 2015 ■ Page 1 of 10


**WELLS FARGO**

TEOFIL BRANK

███████████

LOS ANGELES CA ██████

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (373)
P.O. Box 6995
Portland, OR 97228-6995

## Activity summary

| | |
|---|---|
| Beginning balance on 1/27 | $2.24 |
| Deposits/Additions | 503,164.00 |
| Withdrawals/Subtractions | - 472,057.25 |
| **Ending balance on 2/23** | **$31,108.99** |

Account number: ███ 3197

**TEOFIL BRANK**

*Tennessee account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ███ 3768

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $31,108.99 |
| Annual percentage yield earned | 0.05% |
| Interest earned this statement period | $0.04 |
| Interest paid this year | $0.00 |

```
Redacted Due To
  Information
Falls Outside of
 the Scope of
  the Order
```

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 1/27 | | Online Transfer From Brank T Ref #Ibe2Ptnbg3 Way2Save Savings Via Mobile | 14.00 | | |
| 1/27 | | Purchase authorized on 01/27 The Home Depot 6616 Los Angeles CA P00465027797666614 Card 7853 | | 7.94 | |
| 1/27 | | Save As You Go Transfer Debit | | 1.00 | 7.30 |
| 1/28 | | Purchase authorized on 01/27 LA City Parking ME Los Angeles CA S585028007309642 Card 7853 | | 1.00 | |
| 1/28 | | Purchase authorized on 01/28 Rite Aid Corp Hollywood CA P00585028655021233 Card 7853 | | 1.49 | |

14

EXHIBIT "A"

Account number:  ███ 3197  ■  January 27, 2015 - February 23, 2015  ■  Page 6 of 10



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 2/12 | | Purchase authorized on 02/12 Rite Aid Corp. Hollywood CA P00585043789967125 Card 7853 | | 2.98 | |
| 2/12 | | Save As You Go Transfer Debit | | 8.00 | 1,157.98 |
| 2/13 | | Purchase authorized on 02/11 Fuel Grill and Jui New York NY S465042540055292 Card 7853 | | 14.70 | |
| 2/13 | | Purchase authorized on 02/11 Nyc-Taxi Astoria NY S585043100425006 Card 7853 | | 5.76 | |
| 2/13 | | Purchase authorized on 02/11 Nyc-Taxi Woodside NY S465043149167884 Card 7853 | | 11.16 | |
| 2/13 | | Purchase authorized on 02/11 47 Gourmet New York NY S385042187780367 Card 7853 | | 26.67 | |
| 2/13 | | Purchase authorized on 02/12 Fat Cat Billiars New York NY S585043299541114 Card 7853 | | 60.00 | |
| 2/13 | | Purchase authorized on 02/12 Nyc Taxi 2P44 Long Island C NY S585043305210308 Card 7853 | | 16.81 | |
| 2/13 | | Purchase authorized on 02/12 Nyc Taxi 4G63 Brooklyn NY S585043324627802 Card 7853 | | 14.31 | |
| 2/13 | | Purchase authorized on 02/12 Sq *LA Monarca Bak Los Angeles CA S385043702950597 Card 7853 | | 6.95 | |
| 2/13 | | Purchase authorized on 02/12 LA City Parking ME Los Angeles CA S465044001054644 Card 7853 | | 1.00 | |
| 2/13 | | Purchase authorized on 02/12 Cvs 09660 09660--3751 Los Angeles CA P00585044116850701 Card 7853 | | 59.00 | |
| 2/13 | | Purchase authorized on 02/13 Vons Store 2116 San Diego CA P00465044808432000 Card 7853 | | 29.33 | |
| 2/13 | | Save As You Go Transfer Debit | | 11.00 | 901.29 |
| 2/17 | | WT Fed#00992 Goldman, Sachs and /Org=Donald Alan Burns Revocable Trust 1 Srf# S065048330Ba01 Trn#150217094785 Rfb# | 500,000.00 | | |
| 2/17 | | Wire Trans Svc Charge - Sequence: 150217094785 Srf# S065048330Ba01 Trn#150217094785 Rfb# | | 15.00 | |
| 2/17 | | Purchase authorized on 02/12 Gnc #7144 Los Angeles CA S465043833853217 Card 7853 | | 45.71 | |
| 2/17 | | Purchase authorized on 02/12 Chickpea at Penn New York NY S585043019086675 Card 7853 | | 4.30 | |
| 2/17 | | Purchase authorized on 02/12 California Chicken Los Angeles CA S465044038753933 Card 7853 | | 10.00 | |
| 2/17 | | Purchase authorized on 02/12 The Abbey West Hollywoo CA S165044258495316 Card 7853 | | 12.00 | |
| 2/17 | | Purchase authorized on 02/13 Fiesta Cantina West Hollywoo CA S585044313561934 Card 7853 | | 8.00 | |
| 2/17 | | Purchase authorized on 02/13 Otg Management Ewr Newark NJ S385043375696756 Card 7853 | | 10.26 | |
| 2/17 | | Recurring Payment authorized on 02/13 Uber 866-576-1039 CA S305044255732772 Card 7853 | | 7.96 | |
| 2/17 | | Recurring Payment authorized on 02/14 Uber Technologies 866-576-1039 CA S585044363900765 Card 7853 | | 9.99 | |
| 2/17 | | Recurring Payment authorized on 02/14 Uber Technologies 866-576-1039 CA S465044386967822 Card 7853 | | 5.50 | |
| 2/17 | | Purchase authorized on 02/14 LA City Parking ME Los Angeles CA S585046058523608 Card 7853 | | 0.50 | |
| 2/17 | | Purchase authorized on 02/14 The Melt Hollywood Los Angeles CA S285046060799703 Card 7853 | | 10.79 | |
| 2/17 | | Non-WF ATM Withdrawal authorized on 02/14 727 N Vine St Cardtronic Los Angeles CA 00305046086624972 ATM ID Sw000249 Card 7853 | | 103.00 | |
| 2/17 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 2/17 | | Purchase authorized on 02/14 Shell Service Station Los Angeles CA P00585046140813258 Card 7853 | | 21.04 | |
| 2/17 | | Recurring Payment authorized on 02/14 Uber 866-576-1039 CA S585045191098479 Card 7853 | | 9.78 | |

15

Account number:  ███████3197  ■  January 27, 2015 - February 23, 2015  ■  Page 7 of 10



**WELLS FARGO**

### Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 2/17 | | Non-WF ATM Withdrawal authorized on 02/15 *Glendale Main Bank of Am Glendale CA 00465046317462456 ATM ID Ican5499 Card 7853 | | 63.00 | |
| 2/17 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 2/17 | | Recurring Payment authorized on 02/15 Uber Technologies 866-576-1039 CA S585045421886497 Card 7853 | | 10.38 | |
| 2/17 | | Purchase authorized on 02/15 Caffe Roma Beverly Hills CA S585047139951169 Card 7853 | | 12.37 | |
| 2/17 | | Purchase authorized on 02/15 Mulberry Street Pi Beverly Hills CA S465047144973800 Card 7853 | | 9.18 | |
| 2/17 | | Non-WF ATM Withdrawal authorized on 02/15 2131 South Decap264854 Las Vegas NV 00465047174836855 ATM ID P264854 Card 7853 | | 82.99 | |
| 2/17 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 2/17 | | Purchase authorized on 02/15 Burger Lounge Los Angeles CA S305047233513877 Card 7853 | | 22.14 | |
| 2/17 | | Recurring Payment authorized on 02/15 Uber Technologies 866-576-1039 CA S305045235184642 Card 7853 | | 5.25 | |
| 2/17 | | Purchase authorized on 02/16 Sq *LA Monarca Bak Los Angeles CA S385047589499270 Card 7853 | | 6.45 | |
| 2/17 | | Purchase authorized on 02/16 Brians Alteration San Diego CA S385048003717713 Card 7853 | | 20.00 | |
| 2/17 | | Purchase authorized on 02/17 Chevron 00092836 Las Vegas NV S003850486627964410 Card 7853 | | 52.27 | |
| 2/17 | | Online Transfer to Brank T Ref #Ibe8J5Nb54 Way2Save Savings Via Mobile | | 450,000.00 | |
| 2/17 | | Purchase authorized on 02/17 The Primadonna Primm NV P00000000142452307 Card 7853 | | 18.05 | |
| 2/17 | | Transfer to Buholtz Cristian Ref #Ppegb8Qqtw Treat Yourself Via Mobile | | 1,000.00 | |
| 2/17 | | Purchase authorized on 02/17 11810 DE Palma Rd. Corona CA P00385049019529387 Card 7853 | | 49.33 | |
| 2/17 | 98 | Check | | 1,177.61 | |
| 2/17 | | Save As You Go Transfer Debit | | 23.00 | 48,067.94 |
| 2/18 | | Purchase authorized on 02/16 Zara USA 3996 San Diego CA S385048074343943 Card 7853 | | 108.33 | |
| 2/18 | | Purchase authorized on 02/16 Exxonmobil 9762 Fallbrook CA S385048102789523 Card 7853 | | 31.30 | |
| 2/18 | | Recurring Payment authorized on 02/17 State Farm 800-956-6310 IL S305048525323118 Card 7853 | | 192.01 | |
| 2/18 | | Purchase authorized on 02/17 Vons Store 2116 San Diego CA P003050491128488808 Card 7853 | | 40.75 | |
| 2/18 | | Transfer to Buholtz Cristian Ref #Ppek7Bj2R2 Dance Via Mobile | | 2,000.00 | |
| 2/18 | | Purchase authorized on 02/18 Shell Service Station Los Angeles CA P00585050002176762 Card 7853 | | 52.20 | |
| 2/18 | | Save As You Go Transfer Debit | | 5.00 | 45,638.35 |
| 2/19 | | Purchase authorized on 02/17 Peppermill Restaur Las Vegas NV S305048614517485 Card 7853 | | 34.75 | |
| 2/19 | | Purchase authorized on 02/17 Qdoba Primm NV S585048773466343 Card 7853 | | 8.16 | |
| 2/19 | | Purchase authorized on 02/17 Sushi Kuchi San Diego CA S465049095340128 Card 7853 | | 35.67 | |
| 2/19 | | Purchase authorized on 02/17 Whiskey Girl San Diego CA S385049239678576 Card 7853 | | 38.00 | |
| 2/19 | | Purchase authorized on 02/17 Las Hadas Bar & Gr San Diego CA S585049271691484 Card 7853 | | 10.00 | |
| 2/19 | | Purchase authorized on 02/17 Las Hadas Bar & Gr San Diego CA S305049282887732 Card 7853 | | 44.00 | |
| 2/19 | | Purchase authorized on 02/18 Bassmnt San Diego CA S165049301066908 Card 7853 | | 30.00 | |
| 2/19 | | Purchase authorized on 02/18 1160 Extra Space Culver City CA S305050037086255 Card 7853 | | 158.00 | |



Wells Fargo Bank, N.A.
Subpoena Processing Chandler
PO Box 29728 S3928-020
Phoenix, AZ 85038
Voice: (480)724-2000

## BUSINESS RECORDS DECLARATION

I, Charlene Hilton, declare that I am employed by Wells Fargo Bank, N. A. ("Wells Fargo") in the Legal Order Processing Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. The Bank reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

A)   Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B)   It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

**The records produced are described as follows:**

Case No: 11614423

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Signature Cards | XXXXXX3197 | 3 | 3 |
| Free Form | XXXXXX3197 | 0 | 0 |
| Account: ████3197 Name : Teofil Brank Unable to locate any attempts to close the account | | | |
| Statements | XXXXXX3197 | 30 | 30 |
| | **Total Copies Delivered:** | | **33** |

I declare under penalty of perjury under the law(s) of the state of California  that the foregoing is true and correct according to my knowledge and belief.  Executed on this 25th day of March, 2015, in the City of Chandler, State of ARIZONA.

*Charlene Hilton*

_____
Subpoena Processing Representative  (480)724-2000

Image copies of requested transactions may be missing for the following reasons: Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s). If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments for compliance.

Case No: 11614423; Agency Case No: 12p0116

Page 1 of 1