# Wells Fargo Way2Save® Savings

Account number: ▇▇▇▇2536 ■ January 27, 2015 - February 23, 2015 ■ Page 1 of 3



**REDACTED INFORMATION FALLS OUTSIDE THE SCOPE OF THE ORDER**

TEOFIL BRANK

LOS ANGELES CA ▇▇▇▇▇

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
*Telecommunications Relay Services calls accepted*
**1-800-TO-WELLS** (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288 *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (373)
P.O. Box 6995
Portland, OR  97228-6995

## Activity summary

| | |
|---|---:|
| Beginning balance on 1/27 | $74.37 |
| Deposits/Additions | 450,149.00 |
| Withdrawals/Subtractions | - 400,144.00 |
| **Ending balance on 2/23** | **$50,079.37** |

Account number: ▇▇▇▇2536
**TEOFIL BRANK**
*Tennessee account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): ▇▇▇▇3768

## Interest summary

| | |
|---|---:|
| Interest paid this statement | $0.00 |
| Average collected balance | $98,253.87 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.75 |
| Interest paid this year | $0.00 |
| Total interest paid in 2014 | ▇▇▇▇ |

## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---:|---:|---:|
| 1/27 | ATM Withdrawal authorized on 01/27 Hollywood Rose City Los Angeles CA 0006350 ATM ID 9818G Card 7853 | | 60.00 | |
| 1/27 | * Online Transfer to Brank T Ref #Ibe2Ptnbg3 Way2Save Checking Via Mobile | | 14.00 | 0.37 |
| 1/28 | Save As You Go Transfer Credit | 1.00 | | 1.37 |
| 1/29 | Save As You Go Transfer Credit | 2.00 | | 3.37 |
| 1/30 | Save As You Go Transfer Credit | 1.00 | | 4.37 |
| 2/2 | Save As You Go Transfer Credit | 7.00 | | 11.37 |
| 2/3 | Save As You Go Transfer Credit | 21.00 | | 32.37 |

Sheet Seq = 0000062
Sheet 00001 of 00002

18

EXHIBIT "B"

Account number: ▇▇▇▇2536 ■ January 27, 2015 - February 23, 2015 ■ Page 2 of 3



WELLS FARGO

## Transaction history (continued)

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|
| 2/4 | Save As You Go Transfer Credit | 5.00 | | 37.37 |
| 2/5 | Save As You Go Transfer Credit | 9.00 | | 46.37 |
| 2/6 | Save As You Go Transfer Credit | 8.00 | | 54.37 |
| 2/9 | Save As You Go Transfer Credit | 7.00 | | |
| 2/9 | * Online Transfer to Brank T Ref #Ibecf4Zj5K Way2Save Checking Via Mobile | | 30.00 | 31.37 |
| 2/10 | ATM Transfer authorized on 02/09 From Teofil Brank Checking 1568 Broadway New York NY 0007438 ATM ID 0518D Card 7853 | 10.00 | | |
| 2/10 | ATM Withdrawal authorized on 02/09 1568 Broadway New York NY 0007439 ATM ID 0518D Card 7853 | | 40.00 | 1.37 |
| 2/11 | Save As You Go Transfer Credit | 5.00 | | 6.37 |
| 2/12 | Save As You Go Transfer Credit | 7.00 | | 13.37 |
| 2/13 | Save As You Go Transfer Credit | 8.00 | | 21.37 |
| 2/17 | Save As You Go Transfer Credit | 11.00 | | |
| 2/17 | Online Transfer From Brank T Ref #Ibe8J5Nb54 Way2Save Checking Via Mobile | 450,000.00 | | 450,032.37 |
| 2/18 | Save As You Go Transfer Credit | 23.00 | | 450,055.37 |
| 2/19 | Save As You Go Transfer Credit | 5.00 | | 450,060.37 |
| 2/20 | Save As You Go Transfer Credit | 15.00 | | 450,075.37 |
| 2/23 | Save As You Go Transfer Credit | 4.00 | | |
| 2/23 | Etransfer IN Branch/Store - to Savings 7714 Girard Ave LA Jolla CA 6764 | | 400,000.00 | 50,079.37 |
| Ending balance on 2/23 | | | | 50,079.37 |
| Totals | | $450,149.00 | $400,144.00 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

\* *Indicates transactions that count toward Federal Reserve Board Regulation D limits. Please refer to your Account Agreement for complete details of the federally-mandated transaction limits for savings accounts.*

## ☑ IMPORTANT ACCOUNT INFORMATION

The following information is provided to help clarify an existing fee waiver associated with Overdraft fees. The benefit has not changed. At the end of our nightly processing, if both your ending daily account balance and your available balance are overdrawn by $5 or less, any overdraft fee(s) will be waived. This fee waiver is associated with your total overdrawn balance, not the dollar size of the transaction(s) contributing to the overdrawn balance.

19



Wells Fargo Bank, N.A.
Subpoena Processing Chandler
PO Box 29728 S3928-020
Phoenix, AZ 85038
Voice: (480)724-2000

## BUSINESS RECORDS DECLARATION

I, Johanna Emrhein, declare that I am employed by Wells Fargo Bank, N. A. ("Wells Fargo") in the Legal Order Processing Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. The Bank reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

A) Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B) It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

**The records produced are described as follows:**

Case No: 12089659

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Statements | XXXXXX2536 | 3 | 3 |
| | **Total Copies Delivered:** | | 3 |

Additional comments: Production was limited to missing statement from 01/27/15 to 02/23/15 for account ending in 2536

I declare under penalty of perjury under the law(s) of the state of California that the foregoing is true and correct according to my knowledge and belief. Executed on this 4th day of May, 2015, in the City of Chandler, State of ARIZONA.

*Johanna L. Emrhein*
Subpoena Processing Representative   (480)724-2000

Image copies of requested transactions may be missing for the following reasons: Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s). If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments for compliance.