# Wells Fargo® High Yield Savings

Account number: ▮▮▮▮▮▮6764   ■ February 23, 2015 - February 23, 2015   ■ Page 1 of 3



```
Redacted Due To
  Information
Falls Outside of
  the Scope of
   the Order
```

TEOFIL BRANK
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
LOS ANGELES CA ▮▮▮▮▮

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語  1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

You are receiving this statement because you have requested to have this account linked to the PMA Package. The information you currently receive will not change but will now be combined with the PMA statement. We hope you will enjoy this new convenience and "greener" approach.

## Activity summary

| | |
|---|---:|
| Beginning balance on 2/23 | $0.00 |
| Deposits/Additions | 400,000.00 |
| Withdrawals/Subtractions | - 0.00 |
| **Ending balance on 2/23** | **$400,000.00** |

Account number: ▮▮▮▮▮▮6764
**TEOFIL BRANK**
*California account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): ▮▮▮▮2882

## Interest summary

| | |
|---|---:|
| Interest paid this statement | $0.00 |
| Average collected balance | $400,000.00 |
| Annual percentage yield earned | 0.15% |
| Interest earned this statement period | $1.64 |
| Interest paid this year | $0.00 |

EXHIBIT "C"

Sheet Seq = 0002590
Sheet 00001 of 00002

21

Account number: 6764  ■  February 23, 2015 - February 23, 2015  ■  Page 2 of 3



## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|
| 2/23 | Etransfer IN Branch/Store - From Savings 7714 Girard Ave LA Jolla CA 2536 | 400,000.00 | | 400,000.00 |
| | Ending balance on 2/23 | | | 400,000.00 |
| **Totals** | | **$400,000.00** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*



## IMPORTANT ACCOUNT INFORMATION

The following information is provided to help clarify an existing fee waiver associated with Overdraft fees. The benefit has not changed. At the end of our nightly processing, if both your ending daily account balance and your available balance are overdrawn by $5 or less, any overdraft fee(s) will be waived. This fee waiver is associated with your total overdrawn balance, not the dollar size of the transaction(s) contributing to the overdrawn balance.

Case 2:15-cr-00131-JFW   Document 286-4   Filed 07/14/15   Page 2 of 3   Page ID #:2407



Wells Fargo Bank, N.A.
Subpoena Processing Chandler
PO Box 29728 S3928-020
Phoenix, AZ 85038
Voice: (480)724-2000

# BUSINESS RECORDS DECLARATION

I, Linda Acuna, declare that I am employed by Wells Fargo Bank, N. A. ("Wells Fargo") in the Legal Order Processing Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. The Bank reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

A) Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B) It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

**The records produced are described as follows:**

Case No: 12127960

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Statements | XXXXXX2536 | 0 | 0 |
| Statements are combined with account number 3197 | | | |
| Statements | XXXXXX3197 | 9 | 9 |
| Statements | XXXXXX6764 | 32 | 32 |
| | **Total Copies Delivered:** | | **41** |

Additional comments: Production was limited to missing statements for account ending in 6764 from 01/01/15 to 03/01/15 and 04/01/15 to 04/03/15 and for accounts ending in 3197 and 2536 from 04/01/15 to 04/03/15.

I declare under penalty of perjury under the law(s) of the state of California that the foregoing is true and correct according to my knowledge and belief. Executed on this 18th day of May, 2015, in the City of Chandler, State of ARIZONA.

Subpoena Processing Representative   (480)724-2000

Image copies of requested transactions may be missing for the following reasons: Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s). If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments for compliance.