UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Case No.   **CR 15-131(A)-JFW**                                                                 Dated: July 16, 2015

==================================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Marea Woolrich | Eddie Jauregui |
| Courtroom Deputy | Court Reporter | Jennifer Resnik |
|  |  | Asst. U.S. Attorney |

Interpreter: None

==================================================================
U.S.A. vs (Dfts listed below)                                Attorneys for Defendants

1)   Teofil Brank                                                      1)   Ashfaq G. Chowdhury, DFPD
     present in custody                                                    present appointed

_____

**PROCEEDINGS:**   **HEARING RE FORFEITURE ALLEGATION**

**GOVERNMENT'S EX PARTE APPLICATION FOR PRELIMINARY ORDER OF FORFEITURE FOLLOWING DEFENDANT'S CONVICTION [fld 7/14/15, doc 286]**

Case called, and counsel make their appearance.

For the reasons stated on the record, the Court GRANTS the Government's Ex Parte Application for Preliminary Order of Forfeiture Following Defendant's Conviction [fld 7/14/15, doc 286] and signs the proposed order as modified.

Initials of Deputy Clerk   sr
0/25