# EXHIBIT 101

**Messages (2)    Teofil        Details**

Today 2:13 PM

Don

Today 3:30 PM

New deal

New deal

Today 4:32 PM

Hey Teo, in LA working on deal. You wanna new deal?

Yes

Where are you

Super stressed about

  Text Message    Send

Brank_15-131_Bates_3325


**Messages (2)   Teofil**   Details

> Super stressed about this, but need this all to end. Whatever new deal is I need your assurances that no more writing posts about me.

Account will be deleted if new deal is reached.

Simple.

I Don't want to argue. I like our tone.

I want this over with.

> New deal?

Brank_15-131_Bates_3326



**Messages (2)  Teofil**   Details

> Not doing the spread out over time deal

> The title to the car. I'd like to pick it up

> Tonight

What else?

> I want a condo here in LA. Bachelor pad. You have a taste I like. 2 bed Max. Perfer one. I want 300,000.00 cash. You can and will. I want this over ASAP like yesterday. So you can be at peace



Brank_15-131_Bates_3327

**Messages (2) Teofil** — Details

can be at peace

Condo plus $300,0000 or $300,000 and you buy your own?

They go for more though

1 mill cash

Brank_15-131_Bates_3328