EXHIBIT 108



# Extraction Report
Cellebrite UFED Reports

## Summary

| | |
|---|---|
| Connection Type | Cable No. 210 |
| Extraction start date/time | 3/6/2015 11:57:54 AM -08:00 |
| Extraction end date/time | 3/6/2015 11:58:11 AM -08:00 |
| Extraction Type | Logical |
| Extraction ID | 2536351B-DD7B-4CE1-9CCC-E8E4D50EF9B6 |
| Report type | Phone |
| Selected Manufacturer | Apple |
| Selected Device Name | iPhone 6 (A1549) |
| Unit Version | Software: 4.1.0.367 UFED, Full Image: , Tiny Image: |
| Unit Identifier | YIYUQGJFWA6RO3RNIODUW |
| UFED Physical Analyzer version | 4.1.0.178 |
| Time zone settings (UTC) | Original UTC value |
| Case number | 9A-LA-6172063 |
| Examiner name | SA Jonathan H. Bauman |

## Device Information

| # | Name | Value | Del? |
|---|---|---|---|
| 1 | DeviceInfoBluetoothDeviceAddress | c8:85:50:7b:a7:f3 | |
| 2 | DeviceInfoDetectedModel | MG5D2 | |
| 3 | DeviceInfoRevision | 8.1.3 (12B466) | |
| 4 | DeviceInfoSerial | DNPN96Y8G5MJ | |
| 5 | DeviceInfoWiFiAddress | c8:85:50:7b:a7:f2 | |
| 6 | ICCID | 8901260122569945049 | |
| 7 | IMEI | 354406061610870 | |
| 8 | IMSI | 310260126994504 | |
| 9 | MSISDN | +1 (561) 222-9900 | |
| 10 | MSISDN Type | MSISDN | |
| 11 | Unique Device ID | 4dc43b8f0df2229d9732fc5585954db0cc0080a0 | |

## Plugins

| # | Name | Author | Version |
|---|------|--------|---------|
| 1 | **UFED Logical Report Reader**<br>Reads the report generated by the UFED | Cellebrite | 2.0 |
| 2 | **Physical Analyzer Report Reader**<br>Reads report generated by the Physical Analyzer | Cellebrite | 2.0 |
| 3 | **Garbage Cleaner** | | |
| 4 | **DataFilesHandler**<br>Tags data files according to extensions and file signatures | Cellebrite | 2.0 |
| 5 | **ContactsCrossReference**<br>Cross references the phone numbers in a device's contacts with the numbers in SMS messages and Calls. Will fill in the Name field of calls and SMS if there's a match. | Cellebrite | 2.0 |
| 6 | **Analytics**<br>Generates the Analytics section information | Cellebrite | 2.0 |

## Contents

| Type | Included in report | Total |
|------|--------------------|-------|
| 📷 MMS Messages | 5 | 5 |
| 💬 SMS Messages | 377 | 377 |
| 🕐 Timeline | 382 | 382 |
| W User Dictionary | 1 | 1 |
| 📑 Data Files | 5 | 5 |
| ● Images | 5 | 5 |
| 👣 Activity Analytics | 9 | 9 |
| 📋 Analytics Phones | 9 | 9 |

## MMS Messages (5)

| # | Parties | Content | Other | Del? |
|---|---------|---------|-------|------|
| 1 | ██████████<br>██████████ | ████████████<br>████████████ | ████████ | |
| 2 | ██████████<br>██████████ | ████████████<br>████████████ | ████████ | |
| 3 | **Timestamp:**<br>2/18/2015<br>11:19:07 PM(UTC+0)<br>**To:**<br>+19164207906 | **Subject:** No subject<br>**Body:**<br>3 of 3.  Price will say GIFT.<br>**Attachments:**<br>IMG_5728.jpeg | **Status:** Sent<br>**Priority:** Normal<br>**MD5:** | |
| 4 | **Timestamp:**<br>2/18/2015<br>11:17:41 PM(UTC+0)<br>**To:**<br>+19164207906 | **Subject:** No subject<br>**Body:**<br>2 of 3<br>**Attachments:**<br>IMG_7275.jpeg | **Status:** Sent<br>**Priority:** Normal<br>**MD5:** | |
| 5 | **Timestamp:**<br>2/18/2015<br>11:16:31 PM(UTC+0)<br>**To:**<br>+19164207906 | **Subject:** No subject<br>**Body:**<br>1 of 3.<br>**Attachments:**<br>IMG_9975.jpeg | **Status:** Sent<br>**Priority:** Normal<br>**MD5:** | |

SMS Messages (377)

| # | Folder | Party | Time | Status | Message | Del? |
|---|--------|-------|------|--------|---------|------|
| ▮ | ▮▮ | ▮▮▮ | ▮▮ | ▮▮ | ▮▮▮▮▮▮ | |
| ▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮▮▮▮▮ | |
| ▮ | ▮▮ | ▮▮▮ | ▮▮ | ▮▮ | ▮ | |
| ▮ | ▮▮ | ▮▮▮ | ▮▮ | ▮▮ | ▮▮▮ | |
| ▮ | ▮▮ | ▮▮▮ | ▮▮ | ▮▮ | ▮▮▮▮▮ | |
| ▮ | ▮▮ | ▮▮▮ | ▮▮ | ▮▮ | ▮▮▮ | |
| ▮ | ▮▮ | ▮▮▮ | ▮▮ | ▮▮ | ▮▮▮▮▮▮ | |
| ▮ | ▮▮ | ▮▮▮ | ▮▮ | ▮▮ | ▮ | |
| ▮ | ▮▮ | ▮▮▮ | ▮▮ | ▮▮ | | |
| ▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮▮▮▮ | |
| ▮ | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮▮▮▮▮▮ | |
| ▮ | ▮▮ | ▮▮▮ | ▮▮ | ▮▮ | ▮ | |
| ▮ | ▮▮ | ▮▮▮ | ▮▮ | ▮▮ | ▮▮▮ | |
| ▮ | ▮▮ | ▮▮▮ | ▮▮ | ▮▮ | ▮▮▮ | |
| ▮ | ▮▮ | ▮▮▮ | ▮▮ | ▮▮ | ▮▮▮▮▮ | |
| ▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮▮▮▮▮ | |
| 17 | Inbox | From +19164207906 | 3/5/2015 4:32:12 AM(UTC+0) | Read | OK coming | |
| 18 | Sent | To +19164207906 | 3/5/2015 4:30:39 AM(UTC+0) | Sent | Sean's inside Starbucks! Just confirmed. Jeans black sports coat. | |
| 19 | Sent | To +19164207906 | 3/5/2015 4:20:18 AM(UTC+0) | Sent | Nearby in black Tesla. | |
| 20 | Inbox | From +19164207906 | 3/5/2015 4:08:05 AM(UTC+0) | Read | ? | |
| 21 | Inbox | From +19164207906 | 3/5/2015 4:08:02 AM(UTC+0) | Read | Are you there yet | |
| 22 | Sent | To +19164207906 | 3/5/2015 3:54:10 AM(UTC+0) | Sent | Cool! | |
| 23 | Inbox | From +19164207906 | 3/5/2015 3:53:06 AM(UTC+0) | Read | Meet me inside the Starbucks | |
| 24 | Inbox | From +19164207906 | 3/5/2015 3:52:14 AM(UTC+0) | Read | 40 min | |
| 25 | Sent | To +19164207906 | 3/5/2015 3:49:26 AM(UTC+0) | Sent | Starbucks | |
| 26 | Sent | To +19164207906 | 3/5/2015 3:49:20 AM(UTC+0) | Sent | 530 north sepulveda blvd. 90245 | |
| 27 | Inbox | From +19164207906 | 3/5/2015 3:40:52 AM(UTC+0) | Read | Answer now | |

| 28 | Inbox | From +19164207906 | 3/5/2015 3:38:13 AM(UTC+0) | Read | Who is doing this for you? |
| 29 | Sent | To +19164207906 | 3/5/2015 3:37:35 AM(UTC+0) | Sent | Dude, the time to work with cops would have been 3 weeks ago! |
| 30 | Inbox | From +19164207906 | 3/5/2015 3:35:47 AM(UTC+0) | Read | Why are you Working with the feds |
| 31 | Inbox | From +19164207906 | 3/5/2015 3:34:04 AM(UTC+0) | Read | We will have to reschedule |
| 32 | Sent | To +19164207906 | 3/5/2015 3:27:36 AM(UTC+0) | Sent | Sean is not comfortable driving around with this kind of cash. |
| 33 | Inbox | From +19164207906 | 3/5/2015 3:21:34 AM(UTC+0) | Read | Should I just on the web |
| 34 | Inbox | From +19164207906 | 3/5/2015 3:21:26 AM(UTC+0) | Read | Don |
| 35 | Sent | To +19164207906 | 3/5/2015 2:53:32 AM(UTC+0) | Sent | Please work with me, T.  I'm am scared and not used to working like this. I'm totally on for our deal and want to be home.  Want "trusted friend" with me that was going to bring you title two weeks ago.  He wants Starbucks and I'm getting push back. |
| 36 | Inbox | From +19164207906 | 3/5/2015 2:45:43 AM(UTC+0) | Read | See you at the grove. 745 |
| 37 | Inbox | From +19164207906 | 3/5/2015 2:45:03 AM(UTC+0) | Read | We already made the agreement. Now deliver. That's too far out. The grove. |
| 38 | Sent | To +19164207906 | 3/5/2015 2:42:13 AM(UTC+0) | Sent | Cash and papers at Starbucks El Segundo.  You gotta work with me.  I'm super stressed out! |
| 39 | Inbox | From +19164207906 | 3/5/2015 2:33:10 AM(UTC+0) | Read | Within 1 hr |
| 40 | Inbox | From +19164207906 | 3/5/2015 2:33:08 AM(UTC+0) | Read | Meet at the grove |
| 41 | Inbox | From +19164207906 | 3/5/2015 2:32:36 AM(UTC+0) | Read | Meet at the grove |
| 42 | Inbox | From +19164207906 | 3/5/2015 2:32:22 AM(UTC+0) | Read | Yes |
| 43 | Sent | To +19164207906 | 3/5/2015 2:26:30 AM(UTC+0) | Sent | Close yet?  Just checking in. |
| 44 | Inbox | From +19164207906 | 3/5/2015 1:19:09 AM(UTC+0) | Read | Nm |
| 45 | Sent | To +19164207906 | 3/5/2015 1:18:49 AM(UTC+0) | Sent | I'm clueless |
| 46 | Inbox | From +19164207906 | 3/5/2015 1:10:59 AM(UTC+0) | Read | Put it in a X-ray proof box |
| 47 | Sent | To +19164207906 | 3/4/2015 11:40:52 PM(UTC+0) | Sent | Got it! |
| 48 | Inbox | From +19164207906 | 3/4/2015 11:37:18 PM(UTC+0) | Read | Shake on it eye to eye |
| 49 | Inbox | From +19164207906 | 3/4/2015 11:37:08 PM(UTC+0) | Read | I want to meet you |
| 50 | Inbox | From +19164207906 | 3/4/2015 11:36:52 PM(UTC+0) | Read | Who is doing this for you? |
| 51 | Sent | To +19164207906 | 3/4/2015 11:36:15 PM(UTC+0) | Sent | Cool. $ will be together with title around LAX.  Don't know exact location yet. |
| 52 | Inbox | From +19164207906 | 3/4/2015 11:30:19 PM(UTC+0) | Read | Will be public |
| 53 | Inbox | From +19164207906 | 3/4/2015 11:22:52 PM(UTC+0) | Read | Car |
| 54 | Inbox | From +19164207906 | 3/4/2015 11:22:45 PM(UTC+0) | Read | Do you have the title with you? |
| 55 | Inbox | From +19164207906 | 3/4/2015 11:20:50 PM(UTC+0) | Read | I'll Tell you where to meet |

4

| 56 | Sent | To +19164207906 | 3/4/2015 11:20:03 PM(UTC+0) | Sent | | |
|----|------|-----|-----|------|-----|---|
| 57 | Inbox | From +19164207906 | 3/4/2015 10:37:02 PM(UTC+0) | Read | Have the cash.  I'm omw | |
| 58 | Sent | To +19164207906 | 3/4/2015 10:36:39 PM(UTC+0) | Sent | Just let me know what's up. | |
| 59 | Sent | To +19164207906 | 3/4/2015 9:32:10 PM(UTC+0) | Sent | $ with "non traditional bankers". Will happen before 6 | |
| 60 | Inbox | From +19164207906 | 3/4/2015 9:26:03 PM(UTC+0) | Read | Do you have it already? | |
| 61 | Sent | To +19164207906 | 3/4/2015 9:25:36 PM(UTC+0) | Sent | Before 6 would be amazing.  Let me know | |
| 62 | Inbox | From +19164207906 | 3/4/2015 9:22:44 PM(UTC+0) | Read | -7 | |
| 63 | Inbox | From +19164207906 | 3/4/2015 9:22:39 PM(UTC+0) | Read | OK. What time? Before 6 | |
| 64 | Sent | To +19164207906 | 3/4/2015 9:01:06 PM(UTC+0) | Sent | Today works, let's do it | |
| 65 | Inbox | From +19164207906 | 3/4/2015 8:48:19 PM(UTC+0) | Read | I'll try to do it today | |
| 66 | Inbox | From +19164207906 | 3/4/2015 8:47:53 PM(UTC+0) | Read | I have apt | |
| 67 | Inbox | From +19164207906 | 3/4/2015 8:47:37 PM(UTC+0) | Read | I'm already here with a hotel | |
| 68 | Inbox | From +19164207906 | 3/4/2015 8:47:29 PM(UTC+0) | Read | I understand but I this would work if it's tomorrow | |
| 69 | Sent | To +19164207906 | 3/4/2015 8:45:27 PM(UTC+0) | Sent | OK sooner is better for my health | |
| 70 | Inbox | From +19164207906 | 3/4/2015 8:40:34 PM(UTC+0) | Read | Tonight | |
| 71 | Inbox | From +19164207906 | 3/4/2015 8:40:28 PM(UTC+0) | Read | Get it all. Put it in a case. I'll pick it up today | |
| 72 | Sent | To +19164207906 | 3/4/2015 8:38:52 PM(UTC+0) | Sent | Dude, you're killing me.  I'm not using fancy bankers in coats and ties to make this right with us. How do you want to make this work? | |
| 73 | Inbox | From +19164207906 | 3/4/2015 8:23:58 PM(UTC+0) | Read | I can't Don | |
| 74 | Sent | To +19164207906 | 3/4/2015 8:15:39 PM(UTC+0) | Sent | Thanks Teo, if you could be back in LA around 4 that may work! | |
| 75 | Inbox | From +19164207906 | 3/4/2015 8:06:31 PM(UTC+0) | Read | I'm in San Diego | |
| 76 | Inbox | From +19164207906 | 3/4/2015 8:06:13 PM(UTC+0) | Read | Ok | |
| 77 | Sent | To +19164207906 | 3/4/2015 8:05:48 PM(UTC+0) | Sent | T, I'm physically sick over all of this and I want to go home and for us both I want peace.  Please let's finish the plan today.  Pleading. | |
| 78 | Inbox | From +19164207906 | 3/4/2015 7:58:58 PM(UTC+0) | Read | It will have to be tomorrow | |
| 79 | Sent | To +19164207906 | 3/4/2015 7:56:47 PM(UTC+0) | Sent | T, the cash thing is pretty new and crazy for me, but think I have figured out how to get it to you this afternoon as promised.  More to follow... | |
| ■ | ■ | ■ | ■ | ■ | ■ | |
| ■ | ■ | ■ | ■ | ■ | ■ | |
| ■ | ■ | ■ | ■ | ■ | ■ | |
| ■ | ■ | ■ | ■ | ■ | ■ | |

| 85 | Inbox | From +19164207906 | 3/4/2015 3:15:55 AM(UTC+0) | Read | Promise | |
| 86 | Inbox | From +19164207906 | 3/4/2015 3:15:51 AM(UTC+0) | Read | Yes Don. | |
| 87 | Sent | To +19164207906 | 3/4/2015 3:14:09 AM(UTC+0) | Sent | I have to figure this cash shit out!  Will start on phone first thing in AM.  We'll figure out afternoon meeting.  This happens, we're done, right? | |
| 88 | Inbox | From +19164207906 | 3/4/2015 2:31:50 AM(UTC+0) | Read | Tomorrow | |
| 89 | Inbox | From +19164207906 | 3/4/2015 1:48:05 AM(UTC+0) | Read | 1 mill cash | |
| 90 | Inbox | From +19164207906 | 3/4/2015 1:36:15 AM(UTC+0) | Read | They go for more though | |
| 91 | Sent | To +19164207906 | 3/4/2015 1:34:08 AM(UTC+0) | Sent | Condo plus $300,0000 or $300,000 and you buy your own? | |
| 92 | Inbox | From +19164207906 | 3/4/2015 1:30:26 AM(UTC+0) | Read | I want a condo here in LA.  Bachelor pad. You have a taste I like. 2 bed Max. Perfer one. I want 300,000.00 cash. You can and will.  I want this over ASAP like yesterday. So you can be at peace | |
| 93 | Sent | To +19164207906 | 3/4/2015 1:28:20 AM(UTC+0) | Sent | What else? | |
| 94 | Inbox | From +19164207906 | 3/4/2015 1:27:46 AM(UTC+0) | Read | Tonight | |
| 95 | Inbox | From +19164207906 | 3/4/2015 1:27:43 AM(UTC+0) | Read | The title to the car. I'd like to pick it up | |
| 96 | Inbox | From +19164207906 | 3/4/2015 1:27:16 AM(UTC+0) | Read | Not doing the spread out over time deal | |
| 97 | Sent | To +19164207906 | 3/4/2015 1:26:55 AM(UTC+0) | Sent | New deal? | |
| 98 | Inbox | From +19164207906 | 3/4/2015 1:26:47 AM(UTC+0) | Read | I want this over with. | |
| 99 | Inbox | From +19164207906 | 3/4/2015 1:26:37 AM(UTC+0) | Read | I Don't want to argue. I like our tone. | |
| 100 | Inbox | From +19164207906 | 3/4/2015 1:26:16 AM(UTC+0) | Read | Simple. | |
| 101 | Inbox | From +19164207906 | 3/4/2015 1:26:11 AM(UTC+0) | Read | Account will be deleted if new deal is reached. | |
| 102 | Sent | To +19164207906 | 3/4/2015 1:25:08 AM(UTC+0) | Sent | Super stressed about this, but need this all to end.  Whatever new deal is I need your assurances that no more writing posts about me. | |
| 103 | Inbox | From +19164207906 | 3/4/2015 1:23:50 AM(UTC+0) | Read | Where are you | |
| 104 | Inbox | From +19164207906 | 3/4/2015 1:23:44 AM(UTC+0) | Read | Yes | |
| 105 | Sent | To +19164207906 | 3/4/2015 12:32:50 AM(UTC+0) | Sent | Hey Teo, in LA working on deal.  You wanna new deal? | |
| 106 | Inbox | From +19164207906 | 3/3/2015 11:30:41 PM(UTC+0) | Read | New deal | |
| 107 | Inbox | From +19164207906 | 3/3/2015 11:30:25 PM(UTC+0) | Read | New deal | |
| 108 | Inbox | From +19164207906 | 3/3/2015 10:13:49 PM(UTC+0) | Read | Don | |
| ▮ | ▮ | ▮▮▮▮ | ▮▮▮ | ▮ | ▮▮▮▮ | |
| ▮ | ▮ | ▮▮▮▮ | ▮▮▮ | ▮ | ▮▮▮▮▮ | |
| ▮ | ▮ | ▮▮▮▮ | ▮▮▮ | ▮ | ▮▮▮▮▮▮▮ | |
| ▮ | ▮ | ▮▮▮▮ | ▮▮▮ | ▮ | ▮▮▮▮ | |

| | | | | | | |
|---|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| 127 | Sent | **To** +19164207906 | 2/28/2015 9:06:28 PM(UTC+0) | Sent | Thanks. | |
| 128 | Inbox | **From** +19164207906 | 2/28/2015 9:05:34 PM(UTC+0) | Read | Ok | |
| 129 | Sent | **To** +19164207906 | 2/28/2015 9:03:22 PM(UTC+0) | Sent | In my tomorrow after 3:30 just meant for call. | |
| 130 | Inbox | **From** +19164207906 | 2/28/2015 9:01:14 PM(UTC+0) | Read | Who said we are meeting | |
| 131 | Sent | **To** +19164207906 | 2/28/2015 9:00:32 PM(UTC+0) | Sent | Please tomorrow after 3:30 my time.  Trying to act normal in front of guests. Don't need that scrutiny too. | |
| 132 | Inbox | **From** +19164207906 | 2/28/2015 8:57:59 PM(UTC+0) | Read | We will talk today about through finishing touches | |
| 133 | Sent | **To** +19164207906 | 2/28/2015 8:11:31 PM(UTC+0) | Sent | Update; going west Monday AM.  Staying until we are done.  No other problems. | |
| 134 | Inbox | **From** +19164207906 | 2/27/2015 4:37:14 AM(UTC+0) | Read | Talk tomorrow. | |
| 135 | Sent | **To** +19164207906 | 2/27/2015 4:20:03 AM(UTC+0) | Sent | Teo, We don't have any challenge to doing the deal we spoke about and finishing it early next week on your coast.  It's blessed from the guy writing it. If you want a more specific update, happy to call you tomorrow, but drafting update by Saturday when I've had a chance to read first draft tomorrow and give any feedback needed to get it right. | |
| 136 | Inbox | **From** +19164207906 | 2/26/2015 9:42:05 PM(UTC+0) | Read | Ok | |
| 137 | Sent | **To** +19164207906 | 2/26/2015 9:38:27 PM(UTC+0) | Sent | T, no delay intended.  Beating crap out of lawyer to get paper and then sit down and get done what we talked about.  I'll give you an update tonight! | |
| 138 | Inbox | **From** +19164207906 | 2/26/2015 9:31:47 PM(UTC+0) | Read | What is going on with everything? I'm tired of Waiting and Not getting anything done with you. | |
| 139 | Sent | **To** +19164207906 | 2/24/2015 11:29:30 PM(UTC+0) | Sent | Ok | |
| 140 | Inbox | **From** +19164207906 | 2/24/2015 11:29:21 PM(UTC+0) | Read | Talk tomorrow | |

| 141 | Sent | To +19164207906 | 2/24/2015 11:28:55 PM(UTC+0) | | There record part or record of call talk Right? | |
|-----|------|-----------------|------------------------------|---|----------------------------------------|---|
| 142 | Inbox | From +19164207906 | 2/24/2015 11:28:08 PM(UTC+0) | Read | I'll get the title tomorrow | |
| 143 | Inbox | From +19164207906 | 2/24/2015 11:27:52 PM(UTC+0) | Read | Don I'm in love with the car. | |
| 144 | Sent | To +19164207906 | 2/24/2015 11:26:09 PM(UTC+0) | Sent | 1, writing agreement so it can go either way, we can talk to try and finalize that detail tomorrow; better for you to talk about it and not text 2. If you feel comfortable that one or the other deal will be reached I think it is wise to return the car.  You can take it to Mary or we can pick it up wherever you say.  All your options to get it again remain yours.  On 1, we can talk tomorrow on 2, let me know on car.  (Mary works til 6 your time on most days) | |
| 145 | Inbox | From +19164207906 | 2/24/2015 7:21:30 PM(UTC+0) | Read | Did you decide? | |
| 146 | Inbox | From +19164207906 | 2/24/2015 4:55:51 AM(UTC+0) | Read | Really makes me comfortable | |
| 147 | Inbox | From +19164207906 | 2/24/2015 4:55:44 AM(UTC+0) | Read | Don think on the ten year. | |
| 148 | Sent | To +19164207906 | 2/24/2015 4:51:05 AM(UTC+0) | Sent | Will start drafting tomorrow.  Team will probably be in LA, but will advise. | |
| 149 | Inbox | From +19164207906 | 2/24/2015 4:50:01 AM(UTC+0) | Read | Talk before you sent papers | |
| 150 | Sent | To +19164207906 | 2/24/2015 4:49:30 AM(UTC+0) | Sent | Talk tomorrow! | |
| 151 | Sent | To +19164207906 | 2/24/2015 4:48:53 AM(UTC+0) | Sent | (my advice now is same as it always has been -- you should live in the mainstream world and Bitcoin is only for non mainstream. Cheating on taxes is cheating on taxes no matter what currency is used). | |
| 152 | Inbox | From +19164207906 | 2/24/2015 4:48:50 AM(UTC+0) | Read | I know How to do this..you do too. | |
| 153 | Inbox | From +19164207906 | 2/24/2015 4:47:29 AM(UTC+0) | Read | You already sent the money. Gift Tax. IRS doesn't see bitcoin | |
| 154 | Sent | To +19164207906 | 2/24/2015 4:46:30 AM(UTC+0) | Sent | No, can't.  Legit is legit.  Think about your future. | |
| 155 | Inbox | From +19164207906 | 2/24/2015 4:45:48 AM(UTC+0) | Read | We can send through bitcoin | |
| 156 | Sent | To +19164207906 | 2/24/2015 4:43:28 AM(UTC+0) | Sent | Felt more like old days | |
| 157 | Sent | To +19164207906 | 2/24/2015 4:41:52 AM(UTC+0) | Sent | I'm glad we talked.  Follow up tomorrow | |
| 158 | Sent | To +19164207906 | 2/24/2015 4:16:51 AM(UTC+0) | Sent | Now | |
| 159 | Inbox | From +19164207906 | 2/24/2015 4:16:11 AM(UTC+0) | Read | I'd like to get dinner soon. So if we can talk sooner... | |
| 160 | Sent | To +19164207906 | 2/24/2015 3:35:34 AM(UTC+0) | Sent | Cool | |
| 161 | Sent | To +19164207906 | 2/24/2015 3:35:21 AM(UTC+0) | Sent | Be at house shortly | |
| 162 | Inbox | From +19164207906 | 2/24/2015 3:32:14 AM(UTC+0) | Read | Will Call you soon | |
| 163 | Sent | To +19164207906 | 2/23/2015 11:26:02 PM(UTC+0) | Sent | Meant 8 your time, 11 my time, sorry.  I will stay up later if needed. | |
| 164 | Sent | To +19164207906 | 2/23/2015 8:09:07 PM(UTC+0) | Sent | Thanks. | |
| 165 | Inbox | From +19164207906 | 2/23/2015 8:06:48 PM(UTC+0) | Read | I will | |
| 166 | Sent | To +19164207906 | 2/23/2015 8:06:13 PM(UTC+0) | Sent | The people in my house leave at 7 your time tonight.  Call if you can. | |
| 167 | Inbox | From +19164207906 | 2/23/2015 3:50:44 AM(UTC+0) | Read | Let's talk tomorrow.  I'm really tired. I didn't notice I passed out. | |
| 168 | Inbox | From +19164207906 | 2/23/2015 3:49:06 AM(UTC+0) | Read | Hold on | |

| 169 | Inbox | From<br>+19164207906 | 2/23/2015<br>2:49:11<br>AM(UTC+0) | | |  |
| 170 | Sent | To<br>+19164207906 | 2/23/2015<br>2:09:55<br>AM(UTC+0) | Sent | After 7:30 your time to be safe |  |
| 171 | Sent | To<br>+19164207906 | 2/23/2015<br>2:06:39<br>AM(UTC+0) | Sent | Call! I'll be hanging out in bed. |  |
| 172 | Inbox | From<br>+19164207906 | 2/23/2015<br>1:49:13<br>AM(UTC+0) | Read | I can talk in an hour |  |
| 173 | Inbox | From<br>+19164207906 | 2/22/2015<br>2:47:35<br>AM(UTC+0) | Read | OK. |  |
| 174 | Sent | To<br>+19164207906 | 2/22/2015<br>2:07:07<br>AM(UTC+0) | Sent | Nite |  |
| 175 | Sent | To<br>+19164207906 | 2/22/2015<br>2:06:58<br>AM(UTC+0) | Sent | Cool, call me anytime tomorrow or let me know tomorrow when you want me to call you. |  |
| 176 | Inbox | From<br>+19164207906 | 2/22/2015<br>2:05:48<br>AM(UTC+0) | Read | Tomorrow |  |
| 177 | Sent | To<br>+19164207906 | 2/22/2015<br>2:05:21<br>AM(UTC+0) | Sent | I'm around tonight and all day tomorrow whenever you're ready to talk |  |
| 178 | Inbox | From<br>+19164207906 | 2/22/2015<br>2:04:27<br>AM(UTC+0) | Read | Hey |  |
| 179 | Sent | To<br>+19164207906 | 2/22/2015<br>12:46:36<br>AM(UTC+0) | Sent | You in a comfortable place to talk? |  |
| 180 | Inbox | From<br>+19164207906 | 2/21/2015<br>8:51:16<br>PM(UTC+0) | Read | Ok |  |
| 181 | Sent | To<br>+19164207906 | 2/21/2015<br>8:32:29<br>PM(UTC+0) | Sent | My proposal works. As soon as we de-ice, I'm headed home. Talk tonight! |  |
| 182 | Sent | To<br>+19164207906 | 2/20/2015<br>11:40:48<br>PM(UTC+0) | Sent | Thanks T. I appreciate the room. |  |
| 183 | Inbox | From<br>+19164207906 | 2/20/2015<br>11:39:09<br>PM(UTC+0) | Read | Ok |  |
| 184 | Sent | To<br>+19164207906 | 2/20/2015<br>11:38:21<br>PM(UTC+0) | Sent | It's a business idea to make the money more legit for you. give me til tomorrow please and I think I will be able to make it work. I don't want to go through proposal, and then fuck it up because structure won't work. |  |
| 185 | Inbox | From<br>+19164207906 | 2/20/2015<br>11:30:13<br>PM(UTC+0) | Read | Yet, as in time to make it or Not possible for it to happen? |  |
| 186 | Sent | To<br>+19164207906 | 2/20/2015<br>11:27:29<br>PM(UTC+0) | Sent | We still can, but I'm not sure it works yet. |  |
| 187 | Inbox | From<br>+19164207906 | 2/20/2015<br>11:26:45<br>PM(UTC+0) | Read | What idea? Thought we were going to talk about it. |  |
| 188 | Sent | To<br>+19164207906 | 2/20/2015<br>11:23:45<br>PM(UTC+0) | Sent | Teo, I think my idea can work for you, but not sure yet. Can you please hang on one more day. Don't want to get it wrong. |  |
| 189 | Inbox | From<br>+19164207906 | 2/20/2015<br>11:11:22<br>PM(UTC+0) | Read | Don |  |
| 190 | Inbox | From<br>+19164207906 | 2/20/2015<br>9:06:06<br>PM(UTC+0) | Read | What happen to our phone talk? |  |
| 191 | Sent | To<br>+19164207906 | 2/20/2015<br>12:51:12<br>AM(UTC+0) | Sent | Ok |  |
| 192 | Inbox | From<br>+19164207906 | 2/20/2015<br>12:50:52<br>AM(UTC+0) | Read | OK. Tall tomorrow |  |
| 193 | Sent | To<br>+19164207906 | 2/20/2015<br>12:46:40<br>AM(UTC+0) | Sent | Yes in a number of ways for the rest of your life. It's like advice I've given you before when we were friends. Anytime after 1pm local NY time. Up 2 u. No discussion of what has been happening, only a forward looking proposal. |  |
| 194 | Inbox | From<br>+19164207906 | 2/20/2015<br>12:41:38<br>AM(UTC+0) | Read | If the proposal is better. I'm up for it. |  |
| 195 | Sent | To<br>+19164207906 | 2/20/2015<br>12:40:28<br>AM(UTC+0) | Sent | If you're OK with it, I have an idea I would like to talk about with you tomorrow that I think you will agree with be mutually beneficial. We can work out car details with no problem. Are to comfortable talking tomorrow? I've been straight with you even during a really bad week, and I think you will like what I have to propose. |  |
| 196 | Inbox | From<br>+19164207906 | 2/19/2015<br>9:29:10<br>PM(UTC+0) | Read | I'll return the car for the 500,000.00 should I leave it here or take it somewhere? You are right it is a high profile car and it will kill me. |  |

| # | Dir | To/From | Date/Time | Status | Message |
|---|-----|---------|-----------|--------|---------|
| 197 | Sent | | 2/19/... 6:37:11 PM(UTC+0) | | ...sleep on this and we can even talk tomorrow if you want. I'm just really sorry you and I ended up like this. Thanks Teo |
| 198 | Sent | To +19164207906 | 2/19/2015 6:33:30 PM(UTC+0) | Sent | I am too honestly afraid to meet in person, and I am willing to arrange any way to get you title fedex, drop off, whatever, but can you please let me get through my friends dads funeral in NYC tomorrow on the $500,000. This is the problem with these things start out. Historically they don't end. I'm not much in a position to bargain, ,but when we were friends, I always gave you good advice that helped you out. If I considered your $500,000 request, would you consider returning the car? Buying yourself your own will be better for you and in your new life a less flashy car will serve you better long term. A car like my R8 will call a lot of attention to you and a low profile will keep you relatable you to make a new life without unwanted attention. I ask you to consider this request and advice in the context of the advice and counsel I gave you when we were friends. |
| 199 | Inbox | From +19164207906 | 2/19/2015 6:24:41 PM(UTC+0) | Read | No twitter no Nothing. All gone and safe for you. This will make me disappear. |
| 200 | Inbox | From +19164207906 | 2/19/2015 6:24:13 PM(UTC+0) | Read | Going to erase all of jarec |
| 201 | Inbox | From +19164207906 | 2/19/2015 6:10:41 PM(UTC+0) | Read | Meet in Sacramento tomorrow. |
| 202 | Inbox | From +19164207906 | 2/19/2015 6:00:53 PM(UTC+0) | Read | I'll pick up the title in person. I don't want to be keep taking more and more. I'm investing half into a business. I want to be happy and satisfied. Throw me another half a mill. We will be done for sure. No more asking and taking. My word and promise. |
| 203 | Inbox | From +19164207906 | 2/19/2015 5:52:06 PM(UTC+0) | Read | A car like this isn't kept with half a mill. Reason I asked for insurance Don. I'm trying to play this safe. |
| 204 | Sent | To +19164207906 | 2/19/2015 5:50:17 PM(UTC+0) | Sent | NYC about $180,000 |
| 205 | Inbox | From +19164207906 | 2/19/2015 5:48:23 PM(UTC+0) | Read | How much Did you buy this car for? |
| 206 | Inbox | From +19164207906 | 2/19/2015 5:47:57 PM(UTC+0) | Read | Where are you flying to? |
| 207 | Sent | To +19164207906 | 2/19/2015 5:04:05 PM(UTC+0) | Sent | Hey Teo, fell asleep last night, but don't think I missed any texts. Just let me know what you want to do with title. I'm flying for about 3 hours in a bit. |
| 208 | Inbox | From +19164207906 | 2/19/2015 12:00:25 AM(UTC+0) | Read | I'll put that myself |
| 209 | Sent | To +19164207906 | 2/18/2015 11:49:23 PM(UTC+0) | Sent | Ok. Odometer? |
| 210 | Inbox | From +19164207906 | 2/18/2015 11:49:06 PM(UTC+0) | Read | I'll give you the Address tonight of Which you will send to. |
| 211 | Sent | To +19164207906 | 2/18/2015 11:44:03 PM(UTC+0) | Sent | Holding |
| 212 | Inbox | From +19164207906 | 2/18/2015 11:24:41 PM(UTC+0) | Read | Hold on |
| 213 | Sent | To +19164207906 | 2/18/2015 11:23:37 PM(UTC+0) | Sent | I don't care if it gets carried to a street corner, not interested in your address, but where do you want it delivered? |
| 214 | Sent | To +19164207906 | 2/18/2015 11:22:36 PM(UTC+0) | Sent | You can't do the odometer, you can do the rest and just send back but if it doesn't get filed with the issuing state it will cause driver a headache. Please send the odometer! |
| 215 | Inbox | From +19164207906 | 2/18/2015 11:18:55 PM(UTC+0) | Read | Fill out your part then I'll do the rest |
| 216 | Sent | To +19164207906 | 2/18/2015 11:14:45 PM(UTC+0) | Sent | Hold on a minute |
| 217 | Inbox | From +19164207906 | 2/18/2015 11:14:35 PM(UTC+0) | Read | Yes |
| 218 | Sent | To +19164207906 | 2/18/2015 11:13:59 PM(UTC+0) | Sent | I'll send you a pic. Top gets buyers info to be filed with issuer (FL) so they release to new issue. Address is really where you want it sent (but is required on same tear off). Odometer reading required on front part. Want a pic? |
| 219 | Inbox | From +19164207906 | 2/18/2015 11:11:16 PM(UTC+0) | Read | Why do you need this info? Just sign and mail |
| 220 | Sent | To +19164207906 | 2/18/2015 11:09:34 PM(UTC+0) | Sent | Got it! Odometer reading? Address? Drivers License #? |
| 221 | Sent | To +19164207906 | 2/18/2015 8:39:14 PM(UTC+0) | Sent | FL says no Power of Attorney because Owner needs to sign for odometer miles. I'm just hanging for delivery now. If package doesn't show up by last delivery, we can regroup and figure out the plan. (I'll need odometer miles when I get title in my hands but don't give it to me yet cause FL said CA will be freaks about accuracy). Like I said, I have delivery notifications set up and you can track also. We're doing a final check with CA DMV to see if we get any better answer. |

10

| 222 | Sent | To +19164207906 | 2/18/2015 7:20:12 PM(UTC+0) | | I don't control when they go to ups. The package is set to be delivered today, but obvi not at 8 this morning. I have my Sect on hold with DMV seeing if I can use a Power of Attorney to sign, will know at end of 30 minute hold time. Then will figure out if I can stay and wait for package. I'll keep you posted, but you can watch package on fedex.com |
| 223 | Inbox | From +19164207906 | 2/18/2015 7:16:12 PM(UTC+0) | Read | So it listens to me |
| 224 | Inbox | From +19164207906 | 2/18/2015 7:16:04 PM(UTC+0) | Read | How do I erase your voice memory on the car |
| 225 | Sent | To +19164207906 | 2/18/2015 7:08:06 PM(UTC+0) | Sent | FedEx air bill due here at 8AM this morning 7729-2438-2822. Tracking says its at Marina Del Ray fedex location. Seeing if I can get it there. Think so...hold on while I call. |
| 226 | Sent | To +19164207906 | 2/18/2015 6:25:46 PM(UTC+0) | Sent | Heading to pick up title. Be back to you in a bit. |
| 227 | Inbox | From +19164207906 | 2/17/2015 4:40:09 PM(UTC+0) | Read | OK I'll look into it. Thanks and take care |
| 228 | Sent | To +19164207906 | 2/17/2015 4:39:49 PM(UTC+0) | Sent | No you don't, I have to pay Gift Taxes! Your money is freaking tax free! |
| 229 | Inbox | From +19164207906 | 2/17/2015 4:39:48 PM(UTC+0) | Read | Unless you'd like to make it up in cash. |
| 230 | Inbox | From +19164207906 | 2/17/2015 4:39:07 PM(UTC+0) | Read | I have to pay taxes don |
| 231 | Sent | To +19164207906 | 2/17/2015 4:38:49 PM(UTC+0) | Sent | Teo, you have a half a million dollars. You can have any insurance you want. Why are you doing this to me after I'm lived up to everything you wanted? |
| 232 | Inbox | From +19164207906 | 2/17/2015 4:36:57 PM(UTC+0) | | Then we part |
| 233 | Inbox | From +19164207906 | 2/17/2015 4:36:44 PM(UTC+0) | Read | Full |
| 234 | Inbox | From +19164207906 | 2/17/2015 4:36:41 PM(UTC+0) | Read | I want insurance for one year on the r8 |
| 235 | Inbox | From +19164207906 | 2/17/2015 4:34:58 PM(UTC+0) | Read | Done |
| 236 | Inbox | From +19164207906 | 2/17/2015 4:34:20 PM(UTC+0) | Read | Like we promised. |
| 237 | Sent | To +19164207906 | 2/17/2015 4:34:18 PM(UTC+0) | Sent | Thank you. |
| 238 | Inbox | From +19164207906 | 2/17/2015 4:34:09 PM(UTC+0) | Read | Yes |
| 239 | Sent | To +19164207906 | 2/17/2015 4:33:56 PM(UTC+0) | Sent | Can you please take post down? You have car and title tomorrow. |
| 240 | Inbox | From +19164207906 | 2/17/2015 4:32:59 PM(UTC+0) | Read | Went through. |
| 241 | Inbox | From +19164207906 | 2/17/2015 4:31:39 PM(UTC+0) | Read | Ok |
| 242 | Sent | To +19164207906 | 2/17/2015 4:31:11 PM(UTC+0) | Sent | Yes, it was on the system first thing. They are quick, but with fed funds reference number your bank can track |
| 243 | Inbox | From +19164207906 | 2/17/2015 4:30:16 PM(UTC+0) | Read | Did you send it |
| 244 | Sent | To +19164207906 | 2/17/2015 4:29:39 PM(UTC+0) | Sent | Correct Fed Funds # B1Q8021C030992 |
| 245 | Sent | To +19164207906 | 2/17/2015 3:34:13 PM(UTC+0) | Sent | No, I gave you one from an old wire. I didn't read date. She's calling me shorty with this mornings. I'll have it before your bank opens. |
| 246 | Inbox | From +19164207906 | 2/17/2015 3:32:59 PM(UTC+0) | Read | All correct |
| 247 | Inbox | From +19164207906 | 2/17/2015 3:32:45 PM(UTC+0) | Read | What |
| 248 | Sent | To +19164207906 | 2/17/2015 3:32:15 PM(UTC+0) | Sent | Gave you wrong reference number! It's old. Hold on for correct one. Sorry. |
| 249 | Inbox | From +19164207906 | 2/17/2015 3:00:12 PM(UTC+0) | Read | Ok |

11

| 250 | Sent | To +19164207906 | 2/17/2015 2:56:05 PM(UTC+0) | Sent | ... but they can track with reference number. |
| 251 | Inbox | From +19164207906 | 2/17/2015 3:14:41 AM(UTC+0) | Read | Ok |
| 252 | Sent | To +19164207906 | 2/17/2015 3:14:26 AM(UTC+0) | Sent | Cool, I'll text when it's executed and see where you want it sent |
| 253 | Inbox | From +19164207906 | 2/17/2015 3:13:40 AM(UTC+0) | Read | We could do that |
| 254 | Sent | To +19164207906 | 2/17/2015 3:13:09 AM(UTC+0) | Sent | Was going to send courier -- not meet, but cool to mail. Just thought you'd want it Wednesday instead of Thursday |
| 255 | Inbox | From +19164207906 | 2/17/2015 3:11:48 AM(UTC+0) | Read | Not meeting |
| 256 | Inbox | From +19164207906 | 2/17/2015 3:11:47 AM(UTC+0) | Read | Send it out in mail. |
| 257 | Sent | To +19164207906 | 2/17/2015 2:47:55 AM(UTC+0) | Sent | I will be in Santa Monica Wednesday, so I will courier you title. |
| 258 | Inbox | From +19164207906 | 2/17/2015 1:06:54 AM(UTC+0) | Read | Ok |
| 259 | Sent | To +19164207906 | 2/17/2015 1:06:37 AM(UTC+0) | Sent | Should go after 9AM. Will send you confirm # when I get it tomorrow. |
| 260 | Inbox | From +19164207906 | 2/17/2015 1:05:19 AM(UTC+0) | Read | It's correct for wellsfargo |
| 261 | Sent | To +19164207906 | 2/17/2015 1:04:49 AM(UTC+0) | Sent | Looked up ABA on google and it says Wells, so that's what I loaded. Just let me know if that's wrong, but ABA should control anyway. |
| 262 | Sent | To +19164207906 | 2/17/2015 12:59:53 AM(UTC+0) | Sent | Wells Fargo? |
| 263 | Inbox | From +19164207906 | 2/16/2015 11:31:58 PM(UTC+0) | Read | Left |
| 264 | Inbox | From +19164207906 | 2/16/2015 11:31:56 PM(UTC+0) | Read | I got it |
| 265 | Sent | To +19164207906 | 2/16/2015 11:31:42 PM(UTC+0) | Sent | Hold on, she's there! |
| 266 | Inbox | From +19164207906 | 2/16/2015 11:19:55 PM(UTC+0) | Read | No answer |
| 267 | Inbox | From +19164207906 | 2/16/2015 11:05:46 PM(UTC+0) | Read | Ok |
| 268 | Sent | To +19164207906 | 2/16/2015 11:03:22 PM(UTC+0) | Sent | Front gate buzzer |
| 269 | Sent | To +19164207906 | 2/16/2015 11:03:15 PM(UTC+0) | Sent | Just ring |
| 270 | Inbox | From +19164207906 | 2/16/2015 11:02:58 PM(UTC+0) | Read | I'm pulling up in 5 |
| 271 | Sent | To +19164207906 | 2/16/2015 10:29:10 PM(UTC+0) | Sent | I think 14 |
| 272 | Inbox | From +19164207906 | 2/16/2015 10:26:46 PM(UTC+0) | Read | What year is it? |
| 273 | Sent | To +19164207906 | 2/16/2015 10:25:18 PM(UTC+0) | Sent | Don't know |
| 274 | Inbox | From +19164207906 | 2/16/2015 10:25:17 PM(UTC+0) | Read | Maybe have one to go. |
| 275 | Inbox | From +19164207906 | 2/16/2015 10:25:05 PM(UTC+0) | Read | Do you have the coconut water at this property? |
| 276 | Sent | To +19164207906 | 2/16/2015 10:24:28 PM(UTC+0) | Sent | Books should be in it |
| 277 | Inbox | From +19164207906 | 2/16/2015 10:24:12 PM(UTC+0) | Read | Where is all the paper work for it? |
| 278 | Sent | To +19164207906 | 2/16/2015 10:23:39 PM(UTC+0) | Sent | I have no clue! Remember, I'm not the car guy. |

| 279 | Inbox | From +19164207906 | 2/16/2015 10:23:01 PM(UTC+0) | Read | ... channel for features |  |
| --- | --- | --- | --- | --- | --- | --- |
| 280 | Sent | To +19164207906 | 2/16/2015 10:22:03 PM(UTC+0) | Sent | I've only driven it to Newport and back |  |
| 281 | Inbox | From +19164207906 | 2/16/2015 10:21:41 PM(UTC+0) | Read | Anything I need to know about the car? |  |
| 282 | Sent | To +19164207906 | 2/16/2015 10:21:05 PM(UTC+0) | Sent | She's there til 6!  You'll be fine with time frame |  |
| 283 | Inbox | From +19164207906 | 2/16/2015 10:20:22 PM(UTC+0) | Read | Hr |  |
| 284 | Inbox | From +19164207906 | 2/16/2015 10:20:20 PM(UTC+0) | Read | I'm one he away |  |
| 285 | Inbox | From +19164207906 | 2/16/2015 8:48:22 PM(UTC+0) | Read | I'll be there before 6 |  |
| 286 | Sent | To +19164207906 | 2/16/2015 8:47:37 PM(UTC+0) | Sent | Let me know if Mary needs to stay after 6! |  |
| 287 | Sent | To +19164207906 | 2/16/2015 8:41:42 PM(UTC+0) | Sent | 9826 La Jolla Farms Rd., 92037 |  |
| 288 | Inbox | From +19164207906 | 2/16/2015 8:41:20 PM(UTC+0) | Read | Address? |  |
| 289 | Sent | To +19164207906 | 2/16/2015 8:39:17 PM(UTC+0) | Sent | I'm at an out of business boatyard.  Can't write, sign and fax.  You'll have the title Wednesday.  Can't get original until Wednesday cause its a fucking holiday and I'll fax you signed copy then overnight real. |  |
| 290 | Inbox | From +19164207906 | 2/16/2015 8:37:32 PM(UTC+0) | Read | DMV transfer of title |  |
| 291 | Inbox | From +19164207906 | 2/16/2015 8:37:25 PM(UTC+0) | Read | Online |  |
| 292 | Inbox | From +19164207906 | 2/16/2015 8:35:28 PM(UTC+0) | Read | I need a signature |  |
| 293 | Sent | To +19164207906 | 2/16/2015 8:35:04 PM(UTC+0) | Sent | Will email, but can't write sign and fax. |  |
| 294 | Inbox | From +19164207906 | 2/16/2015 8:34:52 PM(UTC+0) | Read | Hand |  |
| 295 | Inbox | From +19164207906 | 2/16/2015 8:34:45 PM(UTC+0) | Read | Have her had it to me |  |
| 296 | Inbox | From +19164207906 | 2/16/2015 8:34:35 PM(UTC+0) | Read | Address? |  |
| 297 | Inbox | From +19164207906 | 2/16/2015 8:34:19 PM(UTC+0) | Read | FAX over a later of handing the title over tile it comes in. Sign and print |  |
| 298 | Inbox | From +19164207906 | 2/16/2015 8:33:47 PM(UTC+0) | Read | Heading out in a bit. Title signed Please |  |
| 299 | Inbox | From +19164207906 | 2/16/2015 8:33:37 PM(UTC+0) | Read | Ok |  |
| 300 | Sent | To +19164207906 | 2/16/2015 8:33:32 PM(UTC+0) | Sent | Mary will be there until 6 |  |
| 301 | Sent | To +19164207906 | 2/16/2015 8:30:03 PM(UTC+0) | Sent | Got it.  Be back in a few |  |
| 302 | Inbox | From +19164207906 | 2/16/2015 8:29:46 PM(UTC+0) | Read | Yes |  |
| 303 | Sent | To +19164207906 | 2/16/2015 8:29:06 PM(UTC+0) | Sent | Teofil Brank account name? |  |
| 304 | Sent | To +19164207906 | 2/16/2015 8:28:53 PM(UTC+0) | Sent | Hold on |  |
| 305 | Inbox | From +19164207906 | 2/16/2015 8:22:59 PM(UTC+0) | Read | Routing # 121000248 Accredited# 8110313197 |  |
| 306 | Sent | To +19164207906 | 2/16/2015 8:17:28 PM(UTC+0) | Sent | ? |  |
| 307 | Sent | To +19164207906 | 2/16/2015 8:13:44 PM(UTC+0) | Sent | WTH?  You just have to tell me what you want.  You're in control here. |  |

| 308 | Inbox | From +19164207906 | 2/16/2015 8:12:14 PM(UTC+0) | | | |
| 309 | Inbox | From +19164207906 | 2/16/2015 8:11:34 PM(UTC+0) | Read | One min | |
| 310 | Inbox | From +19164207906 | 2/16/2015 8:11:30 PM(UTC+0) | Read | Getting it | |
| 311 | Sent | To +19164207906 | 2/16/2015 8:11:20 PM(UTC+0) | Sent | ? | |
| 312 | Sent | To +19164207906 | 2/16/2015 8:07:23 PM(UTC+0) | Sent | It's 3:06 in NYC, so need account info immediately to get you $ today | |
| 313 | Sent | To +19164207906 | 2/16/2015 8:05:12 PM(UTC+0) | Sent | $500,000 and we shakes hands and put this behind us.  ABA and account number? | |
| 314 | Inbox | From +19164207906 | 2/16/2015 8:02:43 PM(UTC+0) | Read | It's the car or another 250,000 cash. Taxes | |
| 315 | Sent | To +19164207906 | 2/16/2015 8:00:46 PM(UTC+0) | Sent | Dude you'll have the $250,000 in minutes (hour), and I'm getting the title fedexed to me for signature and then will fedex to you -- but why not just get the cash and get a new one?  You'll have the cash now. | |
| 316 | Inbox | From +19164207906 | 2/16/2015 7:58:54 PM(UTC+0) | Read | Title needs to be signed | |
| 317 | Sent | To +19164207906 | 2/16/2015 7:58:22 PM(UTC+0) | Sent | Mary will be there until 6 to give you the car | |
| 318 | Sent | To +19164207906 | 2/16/2015 7:55:19 PM(UTC+0) | Sent | You'll have the fed funds confirm number within a short time of me getting your info. (Happy for you to change your mind, but I'll do it) | |
| 319 | Sent | To +19164207906 | 2/16/2015 7:53:45 PM(UTC+0) | Sent | Send me your ABA and account number and I'll send the $ by wire.  Go pick up the car today before 6.  You know I have to do what you want | |
| 320 | Inbox | From +19164207906 | 2/16/2015 7:50:42 PM(UTC+0) | Read | Make your calls | |
| 321 | Inbox | From +19164207906 | 2/16/2015 7:50:38 PM(UTC+0) | Read | Have the money in the care with the title. Simple | |
| 322 | Inbox | From +19164207906 | 2/16/2015 7:50:23 PM(UTC+0) | Read | The r8 and 250,000.00 | |
| 323 | Inbox | From +19164207906 | 2/16/2015 7:49:40 PM(UTC+0) | Read | Then I'll erase it and you | |
| 324 | Sent | To +19164207906 | 2/16/2015 7:49:34 PM(UTC+0) | Sent | Do you want me to call you or not.  I have fucked up cell service | |
| 325 | Sent | To +19164207906 | 2/16/2015 7:49:00 PM(UTC+0) | Sent | Just give me your $ | |
| 326 | Sent | To +19164207906 | 2/16/2015 7:48:24 PM(UTC+0) | Sent | So how do you want it agreed.  I can't do that this second. | |
| 327 | Inbox | From +19164207906 | 2/16/2015 7:47:54 PM(UTC+0) | Read | Then I'll erase it and you | |
| 328 | Inbox | From +19164207906 | 2/16/2015 7:47:29 PM(UTC+0) | Read | I want a new car, motorcycle and both hands full of cash. | |
| 329 | Outbox | To +19164207906 | 2/16/2015 7:47:10 PM(UTC+0) | Unsent | Do you want me to call you or not.  I have fucked up cell service | |
| 330 | Sent | To +19164207906 | 2/16/2015 7:45:48 PM(UTC+0) | Sent | Teo | |
| 331 | Sent | To +19164207906 | 2/16/2015 7:45:44 PM(UTC+0) | Sent | Please Tei | |
| 332 | Inbox | From +19164207906 | 2/16/2015 7:45:44 PM(UTC+0) | Read | He favored it | |
| 333 | Inbox | From +19164207906 | 2/16/2015 7:45:28 PM(UTC+0) | Read | Oh boy str8upgayporn is on it | |
| 334 | Sent | To +19164207906 | 2/16/2015 7:44:04 PM(UTC+0) | Sent | We've know each other too long | |
| 335 | Sent | To +19164207906 | 2/16/2015 7:43:54 PM(UTC+0) | Sent | Look man, just tell me.  I want this behind us | |
| 336 | Inbox | From +19164207906 | 2/16/2015 7:43:16 PM(UTC+0) | Read | What are you offering? | |