| | | | | | | |
|---|---|---|---|---|---|---|
| 337 | Sent | To +19164207906 | 2/16/2015 7:42:04 PM(UTC+0) | Sent | Teo, I can't call right now, but please just tell me what you want me to do? Please take down posts about me. | |
| 338 | Outbox | To +19164207906 | 2/16/2015 7:40:09 PM(UTC+0) | Unsent | Teo, I can't call right now, but please just tell me what you want me to do? Please take down posts about me. | |
| 339 | Inbox | From +19164207906 | 2/16/2015 7:37:52 PM(UTC+0) | Read | And trust me the other guys will stand with me | |
| 340 | Inbox | From +19164207906 | 2/16/2015 7:35:48 PM(UTC+0) | Read | I can't get a friendship anymore, because will who want to be friends with black mail. I only wanted to drive the cars and Enjoy your company. I guess finding you boys is out of the picture So it leaves me with Nothing to want out of this. So I'm just going to bite hard. You got money but I Don't want that. Money won't wash away What people will read and see of you. Wow I guess I hold the cards right now. | |
| 341 | Outbox | To +19164207906 | 2/16/2015 7:32:11 PM(UTC+0) | Unsent | Can you please be good to me man.  What do you want Teo? | |
| 342 | Inbox | From +19164207906 | 2/16/2015 7:31:35 PM(UTC+0) | Read | Think hard. You know me right | |
| 343 | Inbox | From +19164207906 | 2/16/2015 7:31:30 PM(UTC+0) | Read | I think by the time I'm out of the gym you will have a Sweet treat for me that will make me erase my tweet. | |
| 344 | Inbox | From +19164207906 | 2/16/2015 7:30:35 PM(UTC+0) | Read | Check my twitter,  the conversation will grown and questions will be asked. You lied to me and treated me like Shit. I asked again and you put it behind you. Now it's biting your ass | |
| 345 | Sent | To +19164207906 | 2/16/2015 7:29:51 PM(UTC+0) | Sent | I didn't even know your were talking R8! Next time I'm in town for a few days it's a deal, I just haven't  been back. | |
| 346 | Sent | To +19164207906 | 2/16/2015 7:28:38 PM(UTC+0) | Sent | Dude, your so pissed your talking about blowing me up in Twitter. Remember, I tracked you down because I liked your energy and we have had fun hanging out.  If we annoy each other , then we should call each other assholes and put it behind us!  Not all this bad energy!  Right? | |
| 347 | Outbox | To +19164207906 | 2/16/2015 7:27:07 PM(UTC+0) | Unsent | Dude, your so pissed your talking about blowing me up in Twitter. Remember, I tracked you down because I liked your energy and we have had fun hanging out.  If we annoy each other , then we should call each other assholes and put it behind us!  Not all this bad energy!  Right? | |
| 348 | Inbox | From +19164207906 | 2/16/2015 7:26:52 PM(UTC+0) | Read | Disappointed | |
| 349 | Outbox | To +19164207906 | 2/16/2015 7:25:21 PM(UTC+0) | Unsent | Dude, your so pissed your talking about blowing me up in Twitter. Remember, I tracked you down because I liked your energy and we have had fun hanging out.  If we annoy each other , then we should call each other assholes and put it behind us!  Not all this bad energy!  Right? | |
| 350 | Inbox | From +19164207906 | 2/16/2015 7:24:40 PM(UTC+0) | Read | Disappointed | |
| 351 | Inbox | From +19164207906 | 2/16/2015 7:23:54 PM(UTC+0) | Read | I'm feeling evil right now | |
| 352 | Inbox | From +19164207906 | 2/16/2015 7:23:45 PM(UTC+0) | Read | Show Im Nothing to you.  Promises broken | |
| 353 | Inbox | From +19164207906 | 2/16/2015 7:23:01 PM(UTC+0) | Read | You promised me you would Let me drive the r8. Cars are my life you know that. | |
| 354 | Inbox | From +19164207906 | 2/16/2015 7:20:37 PM(UTC+0) | Read | It's been that way then I hear your excuse, "I didn't think you wanted to talk to me" .... wow really and I'm the one here bugging you. | |
| 355 | Sent | To +19164207906 | 2/16/2015 7:19:11 PM(UTC+0) | Sent | Yeah, I agree, but I don't want to walk on eggshells with you!  We should be able to have a disagreement and be cool with each other! | |
| 356 | Inbox | From +19164207906 | 2/16/2015 7:18:52 PM(UTC+0) | Read | I only want to learn from you. You have brains and experience. I'm a man who seeks knowledge | |
| 357 | Inbox | From +19164207906 | 2/16/2015 7:16:05 PM(UTC+0) | Read | Idc about the Boston kid. You and I have issues to work out. I have the plug of the guys and I know How to convince. You know if I Don't want to talk to you. We had a longer period of that already. I Enjoy your company and will milk the fun out of you lol only Cuzco you know the good life. | |
| 358 | Sent | To +19164207906 | 2/16/2015 7:14:28 PM(UTC+0) | Sent | If you're not pissed at me, I have no problem with hanging out, just thought you weren't interested in being around me. | |
| 359 | Sent | To +19164207906 | 2/16/2015 7:12:32 PM(UTC+0) | Sent | Don't want you corned.  Want you happy.  The Boston person didn't do the right thing.  I'm the only one worse off.  It's OK to talk to each other about differences and challenges without either of us being cornered! | |
| 360 | Inbox | From +19164207906 | 2/16/2015 7:11:10 PM(UTC+0) | Read | Break | |
| 361 | Inbox | From +19164207906 | 2/16/2015 7:10:56 PM(UTC+0) | Read | You didn't hold your word twice on the car and that gets me upset. Trust is What works and you brake them. Maybe you need a taste of it | |
| 362 | Inbox | From +19164207906 | 2/16/2015 7:10:00 PM(UTC+0) | Read | Your Not Nice, you are rude, self-centered narcissist. I was only trying to be a friend and throw you boys. But you argue with me over little things and expect me to take it? You of all people know I bite when Some corners me | |
| 363 | Sent | To +19164207906 | 2/16/2015 7:09:35 PM(UTC+0) | Sent | That's why I haven't bothered you since we last chatted | |

| # | Type | Party | Timestamp | Direction | Description |
|---|---|---|---|---|---|
| 364 | Sent | To +19164207906 | 2/16/2015 7:08:36 PM(UTC+0) | Sent | Happy you have the dog. Just don't want people pissed at me all the time |
| 365 | Inbox | From +19164207906 | 2/16/2015 7:07:57 PM(UTC+0) | Read | I guess your the emotional one. Do you Not read What you say. |
| 366 | Sent | To +19164207906 | 2/16/2015 7:06:28 PM(UTC+0) | Sent | I've always been a big supporter of you, but you are mad at me all the freaking time. |
| 367 | Sent | To +19164207906 | 2/16/2015 7:05:55 PM(UTC+0) | Sent | Don't understand why your always pissed at me. I didn't think you wanted to ever hear from me again when we last talked! |
| 368 | Inbox | From +19164207906 | 2/16/2015 7:02:09 PM(UTC+0) | Read | Have a good day |
| 369 | Inbox | From +19164207906 | 2/16/2015 7:02:03 PM(UTC+0) | Read | Just saying |
| 370 | Inbox | From +19164207906 | 2/16/2015 7:01:54 PM(UTC+0) | Read | I do have a twitter and your photos. Lies can be made or Maybe it's the truth. |
| 371 | Inbox | From +19164207906 | 2/16/2015 7:00:06 PM(UTC+0) | Read | Be wise on How you reply. I can bring your house down Don. This was a simple conversation and you throw this Shit out on me. Don't get me mad |
| 372 | Sent | To +19164207906 | 2/16/2015 6:58:02 PM(UTC+0) | Sent | I think we don't have any working relationship anymore. The $2,000 advance is an outstanding issue. You're right that I'm not interested in making a big deal out of it, but I'm not comfortable working together after that. |
| 373 | Inbox | From +19164207906 | 2/16/2015 6:54:57 PM(UTC+0) | Read | |
| 374 | Inbox | From +19164207906 | 2/16/2015 6:54:43 PM(UTC+0) | Read | How can we work if trust is broken |
| 375 | Inbox | From +19164207906 | 2/16/2015 6:54:25 PM(UTC+0) | Read | The car |
| 376 | Sent | To +19164207906 | 2/16/2015 6:53:51 PM(UTC+0) | Sent | ? |
| 377 | Inbox | From +19164207906 | 2/16/2015 6:49:44 PM(UTC+0) | Read | So another month has past and you broke your word again. Tisk tisk |

Timeline (382)

| # | Type | Direction | Timestamp | Party | Description | Del? |
|---|---|---|---|---|---|---|
| | | | | | | |

| # | Type | Direction | Date/Time | Party | Message |
|---|------|-----------|-----------|-------|---------|
| 17 | SMS Messages | Incoming | 3/5/2015 4:32:12 AM(UTC+0) | From: +19164207906 | OK coming |
| 18 | SMS Messages | Outgoing | 3/5/2015 4:30:39 AM(UTC+0) | To: +19164207906 | Sean's inside Starbucks! Just confirmed. Jeans black sports coat. |
| 19 | SMS Messages | Outgoing | 3/5/2015 4:20:18 AM(UTC+0) | To: +19164207906 | Nearby in black Tesla. |
| 20 | SMS Messages | Incoming | 3/5/2015 4:08:05 AM(UTC+0) | From: +19164207906 | ? |
| 21 | SMS Messages | Incoming | 3/5/2015 4:08:02 AM(UTC+0) | From: +19164207906 | Are you there yet |
| 22 | SMS Messages | Outgoing | 3/5/2015 3:54:10 AM(UTC+0) | To: +19164207906 | Cool! |
| 23 | SMS Messages | Incoming | 3/5/2015 3:53:06 AM(UTC+0) | From: +19164207906 | Meet me inside the Starbucks |
| 24 | SMS Messages | Incoming | 3/5/2015 3:52:14 AM(UTC+0) | From: +19164207906 | 40 min |
| 25 | SMS Messages | Outgoing | 3/5/2015 3:49:26 AM(UTC+0) | To: +19164207906 | Starbucks |
| 26 | SMS Messages | Outgoing | 3/5/2015 3:49:20 AM(UTC+0) | To: +19164207906 | 530 north sepulveda blvd. 90245 |
| 27 | SMS Messages | Incoming | 3/5/2015 3:40:52 AM(UTC+0) | From: +19164207906 | Answer now |
| 28 | SMS Messages | Incoming | 3/5/2015 3:38:13 AM(UTC+0) | From: +19164207906 | Why are you hanging up |
| 29 | SMS Messages | Outgoing | 3/5/2015 3:37:35 AM(UTC+0) | To: +19164207906 | Dude, the time to work with cops would have been 3 weeks ago! |
| 30 | SMS Messages | Incoming | 3/5/2015 3:35:47 AM(UTC+0) | From: +19164207906 | Why are you Working with the feds |
| 31 | SMS Messages | Incoming | 3/5/2015 3:34:04 AM(UTC+0) | From: +19164207906 | We will have to reschedule |
| 32 | SMS Messages | Outgoing | 3/5/2015 3:27:36 AM(UTC+0) | To: +19164207906 | Sean is not comfortable driving around with this kind of cash. |
| 33 | SMS Messages | Incoming | 3/5/2015 3:21:34 AM(UTC+0) | From: +19164207906 | Should I just on the web |
| 34 | SMS Messages | Incoming | 3/5/2015 3:21:26 AM(UTC+0) | From: +19164207906 | Don |
| 35 | SMS Messages | Outgoing | 3/5/2015 2:53:32 AM(UTC+0) | To: +19164207906 | Please work with me, T.  I'm am scared and not used to working like this.  I'm totally on for our deal and want to be home.  Want "trusted friend" with me that was going to bring you title two weeks ago.  He wants Starbucks and I'm getting push back. |
| 36 | SMS Messages | Incoming | 3/5/2015 2:45:43 AM(UTC+0) | From: +19164207906 | See you at the grove. 745 |
| 37 | SMS Messages | Incoming | 3/5/2015 2:45:03 AM(UTC+0) | From: +19164207906 | We already made the agreement. Now deliver. That's too far out. The grove. |
| 38 | SMS Messages | Outgoing | 3/5/2015 2:42:13 AM(UTC+0) | To: +19164207906 | Cash and papers at Starbucks El Segundo.  You gotta work with me. I'm super stressed out! |
| 39 | SMS Messages | Incoming | 3/5/2015 2:33:10 AM(UTC+0) | From: +19164207906 | Within 1 hr |
| 40 | SMS Messages | Incoming | 3/5/2015 2:33:08 AM(UTC+0) | From: +19164207906 | Meet at the grove |
| 41 | SMS Messages | Incoming | 3/5/2015 2:32:36 AM(UTC+0) | From: +19164207906 | Meet at the grove |
| 42 | SMS Messages | Incoming | 3/5/2015 2:32:22 AM(UTC+0) | From: +19164207906 | Yes |
| 43 | SMS Messages | Outgoing | 3/5/2015 2:26:30 AM(UTC+0) | To: +19164207906 | Close yet?  Just checking in. |
| 44 | SMS Messages | Incoming | 3/5/2015 1:19:09 AM(UTC+0) | From: +19164207906 | Nm |
| 45 | SMS Messages | Outgoing | 3/5/2015 1:18:49 AM(UTC+0) | To: +19164207906 | I'm clueless |
| 46 | SMS Messages | Incoming | 3/5/2015 1:10:59 AM(UTC+0) | From: +19164207906 | Put it in a X-ray proof box |
| 47 | SMS Messages | Outgoing | 3/4/2015 11:40:52 PM(UTC+0) | To: +19164207906 | Got it! |
| 48 | SMS Messages | Incoming | 3/4/2015 11:37:18 PM(UTC+0) | From: +19164207906 | Shake on it eye to eye |
| 49 | SMS Messages | Incoming | 3/4/2015 11:37:08 PM(UTC+0) | From: +19164207906 | I want to meet you |
| 50 | SMS Messages | Incoming | 3/4/2015 11:36:52 PM(UTC+0) | From: +19164207906 | Who is doing this for you? |
| 51 | SMS Messages | Outgoing | 3/4/2015 11:36:15 PM(UTC+0) | To: +19164207906 | Cool. $ will be together with title around LAX.  Don't know exact location yet. |
| 52 | SMS Messages | Incoming | 3/4/2015 11:30:19 PM(UTC+0) | From: +19164207906 | Will be public |
| 53 | SMS Messages | Incoming | 3/4/2015 11:22:52 PM(UTC+0) | From: +19164207906 | Car |

| # | Type | Direction | Date/Time | From/To | Message |
|---|---|---|---|---|---|
| 54 | SMS Messages | Incoming | 3/4/2015 11:22:45 PM(UTC+0) | From: +19164207906 | Let you other its with you |
| 55 | SMS Messages | Incoming | 3/4/2015 11:20:50 PM(UTC+0) | From: +19164207906 | I'll Tell you where to meet |
| 56 | SMS Messages | Outgoing | 3/4/2015 11:20:03 PM(UTC+0) | To: +19164207906 | $ in vicinity of LAX. |
| 57 | SMS Messages | Incoming | 3/4/2015 10:37:02 PM(UTC+0) | From: +19164207906 | Have the cash.  I'm omw |
| 58 | SMS Messages | Outgoing | 3/4/2015 10:36:39 PM(UTC+0) | To: +19164207906 | Just let me know what's up. |
| 59 | SMS Messages | Outgoing | 3/4/2015 9:32:10 PM(UTC+0) | To: +19164207906 | $ with "non traditional bankers". Will happen before 6 |
| 60 | SMS Messages | Incoming | 3/4/2015 9:26:03 PM(UTC+0) | From: +19164207906 | Do you have it already? |
| 61 | SMS Messages | Outgoing | 3/4/2015 9:25:36 PM(UTC+0) | To: +19164207906 | Before 6 would be amazing.  Let me know |
| 62 | SMS Messages | Incoming | 3/4/2015 9:22:44 PM(UTC+0) | From: +19164207906 | -7 |
| 63 | SMS Messages | Incoming | 3/4/2015 9:22:39 PM(UTC+0) | From: +19164207906 | OK. What time? Before 6 |
| 64 | SMS Messages | Outgoing | 3/4/2015 9:01:06 PM(UTC+0) | To: +19164207906 | Today works, let's do it |
| 65 | SMS Messages | Incoming | 3/4/2015 8:48:19 PM(UTC+0) | From: +19164207906 | I'll try to do it today |
| 66 | SMS Messages | Incoming | 3/4/2015 8:47:53 PM(UTC+0) | From: +19164207906 | I have apt |
| 67 | SMS Messages | Incoming | 3/4/2015 8:47:37 PM(UTC+0) | From: +19164207906 | I'm already here with a hotel |
| 68 | SMS Messages | Incoming | 3/4/2015 8:47:29 PM(UTC+0) | From: +19164207906 | I understand but I this would work if it's tomorrow |
| 69 | SMS Messages | Outgoing | 3/4/2015 8:45:27 PM(UTC+0) | To: +19164207906 | OK sooner is better for my health |
| 70 | SMS Messages | Incoming | 3/4/2015 8:40:34 PM(UTC+0) | From: +19164207906 | Tonight |
| 71 | SMS Messages | Incoming | 3/4/2015 8:40:28 PM(UTC+0) | From: +19164207906 | Get it all. Put it in a case. I'll pick it up today |
| 72 | SMS Messages | Outgoing | 3/4/2015 8:38:52 PM(UTC+0) | To: +19164207906 | Dude, you're killing me.  I'm not using fancy bankers in coats and ties to make this right with us. How do you want to make this work? |
| 73 | SMS Messages | Incoming | 3/4/2015 8:23:58 PM(UTC+0) | From: +19164207906 | I can't Don |
| 74 | SMS Messages | Outgoing | 3/4/2015 8:15:39 PM(UTC+0) | To: +19164207906 | Thanks Teo, if you could be back in LA around 4 that may work! |
| 75 | SMS Messages | Incoming | 3/4/2015 8:06:31 PM(UTC+0) | From: +19164207906 | I'm in San Diego |
| 76 | SMS Messages | Incoming | 3/4/2015 8:06:13 PM(UTC+0) | From: +19164207906 | Ok |
| 77 | SMS Messages | Outgoing | 3/4/2015 8:05:48 PM(UTC+0) | To: +19164207906 | T, I'm physically sick over all of this and I want to go home and for us both I want peace.  Please let's finish the plan today.  Pleading. |
| 78 | SMS Messages | Incoming | 3/4/2015 7:58:58 PM(UTC+0) | From: +19164207906 | It will have to be tomorrow |
| 79 | SMS Messages | Outgoing | 3/4/2015 7:56:47 PM(UTC+0) | To: +19164207906 | T, the cash thing is pretty new and crazy for me, but think I have figured out how to get it to you this afternoon as promised.  More to follow... |
| ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ |
| 85 | SMS Messages | Incoming | 3/4/2015 3:15:55 AM(UTC+0) | From: +19164207906 | Promise |
| 86 | SMS Messages | Incoming | 3/4/2015 3:15:51 AM(UTC+0) | From: +19164207906 | Yes Don. |
| 87 | SMS Messages | Outgoing | 3/4/2015 3:14:09 AM(UTC+0) | To: +19164207906 | I have to figure this cash shit out!  Will start on phone first thing in AM. We'll figure out afternoon meeting.  This happens, we're done, right? |
| 88 | SMS Messages | Incoming | 3/4/2015 2:31:50 AM(UTC+0) | From: +19164207906 | Tomorrow |
| 89 | SMS Messages | Incoming | 3/4/2015 1:48:05 AM(UTC+0) | From: +19164207906 | 1 mill cash |
| 90 | SMS Messages | Incoming | 3/4/2015 1:36:15 AM(UTC+0) | From: +19164207906 | They go for more though |
| 91 | SMS Messages | Outgoing | 3/4/2015 1:34:08 AM(UTC+0) | To: +19164207906 | Condo plus $300,0000 or $300,000 and you buy your own? |

| 92 | SMS Messages | Incoming | 3/4/2015 1:30:26 AM(UTC+0) | From: +19164207906 | I want 9 or 10 here in LA. Then upload. You have tested it. Me and Max. Perfer one. I want 300,000.00 cash. You can and will. I want this over ASAP like yesterday. So you can be at peace | |
|---|---|---|---|---|---|---|
| 93 | SMS Messages | Outgoing | 3/4/2015 1:28:20 AM(UTC+0) | To: +19164207906 | What else? | |
| 94 | SMS Messages | Incoming | 3/4/2015 1:27:46 AM(UTC+0) | From: +19164207906 | Tonight | |
| 95 | SMS Messages | Incoming | 3/4/2015 1:27:43 AM(UTC+0) | From: +19164207906 | The title to the car. I'd like to pick it up | |
| 96 | SMS Messages | Incoming | 3/4/2015 1:27:16 AM(UTC+0) | From: +19164207906 | Not doing the spread out over time deal | |
| 97 | SMS Messages | Outgoing | 3/4/2015 1:26:55 AM(UTC+0) | To: +19164207906 | New deal? | |
| 98 | SMS Messages | Incoming | 3/4/2015 1:26:47 AM(UTC+0) | From: +19164207906 | I want this over with. | |
| 99 | SMS Messages | Incoming | 3/4/2015 1:26:37 AM(UTC+0) | From: +19164207906 | I Don't want to argue. I like our tone. | |
| 100 | SMS Messages | Incoming | 3/4/2015 1:26:16 AM(UTC+0) | From: +19164207906 | Simple. | |
| 101 | SMS Messages | Incoming | 3/4/2015 1:26:11 AM(UTC+0) | From: +19164207906 | Account will be deleted if new deal is reached. | |
| 102 | SMS Messages | Outgoing | 3/4/2015 1:25:08 AM(UTC+0) | To: +19164207906 | Super stressed about this, but need this all to end.  Whatever new deal is I need your assurances that no more writing posts about me. | |
| 103 | SMS Messages | Incoming | 3/4/2015 1:23:50 AM(UTC+0) | From: +19164207906 | Where are you | |
| 104 | SMS Messages | Incoming | 3/4/2015 1:23:44 AM(UTC+0) | From: +19164207906 | Yes | |
| 105 | SMS Messages | Outgoing | 3/4/2015 12:32:50 AM(UTC+0) | To: +19164207906 | Hey Teo, in LA working on deal.  You wanna new deal? | |
| 106 | SMS Messages | Incoming | 3/3/2015 11:30:41 PM(UTC+0) | From: +19164207906 | New deal | |
| 107 | SMS Messages | Incoming | 3/3/2015 11:30:25 PM(UTC+0) | From: +19164207906 | New deal | |
| 108 | SMS Messages | Incoming | 3/3/2015 10:13:49 PM(UTC+0) | From: +19164207906 | Don | |
| 129 | SMS Messages | Outgoing | 2/28/2015 9:06:28 PM(UTC+0) | To: +19164207906 | Thanks. | |
| 130 | SMS Messages | Incoming | 2/28/2015 9:05:34 PM(UTC+0) | From: +19164207906 | Ok | |

| 131 | SMS Messages | Outgoing | 2/28/2015 9:03:22 PM(UTC+0) | To: +19164207906 | Tomorrow after 3:30 agreement or it. | |
| 132 | SMS Messages | Incoming | 2/28/2015 9:01:14 PM(UTC+0) | From: +19164207906 | Who said we are meeting | |
| 133 | SMS Messages | Outgoing | 2/28/2015 9:00:32 PM(UTC+0) | To: +19164207906 | Please tomorrow after 3:30 my time.  Trying to act normal in front of guests.  Don't need that scrutiny too. | |
| 134 | SMS Messages | Incoming | 2/28/2015 8:57:59 PM(UTC+0) | From: +19164207906 | We will talk today about through finishing touches | |
| 135 | SMS Messages | Outgoing | 2/28/2015 8:11:31 PM(UTC+0) | To: +19164207906 | Update; going west Monday AM.  Staying until we are done.  No other problems. | |
| 136 | SMS Messages | Incoming | 2/27/2015 4:37:14 AM(UTC+0) | From: +19164207906 | Talk tomorrow. | |
| 137 | SMS Messages | Outgoing | 2/27/2015 4:20:03 AM(UTC+0) | To: +19164207906 | Teo, We don't have any challenge to doing the deal we spoke about and finishing it early next week on your coast.  It's blessed from the guy writing it.  If you want a more specific update, happy to call you tomorrow, but drafting update by Saturday when I've had a chance to read first draft tomorrow and give any feedback needed to get it right. | |
| 138 | SMS Messages | Incoming | 2/26/2015 9:42:05 PM(UTC+0) | From: +19164207906 | Ok | |
| 139 | SMS Messages | Outgoing | 2/26/2015 9:38:27 PM(UTC+0) | To: +19164207906 | T, no delay intended.  Beating crap out of lawyer to get paper and then sit down and get done what we talked about.  I'll give you an update tonight! | |
| 140 | SMS Messages | Incoming | 2/26/2015 9:31:47 PM(UTC+0) | From: +19164207906 | What is going on with everything? I'm tired of Waiting and Not getting anything done with you. | |
| 141 | SMS Messages | Outgoing | 2/24/2015 11:29:30 PM(UTC+0) | To: +19164207906 | Ok | |
| 142 | SMS Messages | Incoming | 2/24/2015 11:29:21 PM(UTC+0) | From: +19164207906 | Talk tomorrow | |
| 143 | SMS Messages | Outgoing | 2/24/2015 11:28:55 PM(UTC+0) | To: +19164207906 | The title and car aren't part of either proposal we talked about last night.  Right? | |
| 144 | SMS Messages | Incoming | 2/24/2015 11:28:08 PM(UTC+0) | From: +19164207906 | I'll get the title tomorrow | |
| 145 | SMS Messages | Incoming | 2/24/2015 11:27:52 PM(UTC+0) | From: +19164207906 | Don I'm in love with the car. | |
| 146 | SMS Messages | Outgoing | 2/24/2015 11:26:09 PM(UTC+0) | To: +19164207906 | 1, writing agreement so it can go either way, we can talk to try and finalize that detail tomorrow; better for you to talk about it and not text 2. If you feel comfortable that one or the other deal will be reached I think it is wise to return the car.  You can take it to Mary or we can pick it up wherever you say.  All your options to get it again remain yours.  On 1, we can talk tomorrow on 2, let me know on car.  (Mary works til 6 your time on most days) | |
| 147 | SMS Messages | Incoming | 2/24/2015 7:21:30 PM(UTC+0) | From: +19164207906 | Did you decide? | |
| 148 | SMS Messages | Incoming | 2/24/2015 4:55:51 AM(UTC+0) | From: +19164207906 | Really makes me comfortable | |
| 149 | SMS Messages | Incoming | 2/24/2015 4:55:44 AM(UTC+0) | From: +19164207906 | Don think on the ten year. | |
| 150 | SMS Messages | Outgoing | 2/24/2015 4:51:05 AM(UTC+0) | To: +19164207906 | Will start drafting tomorrow.  Team will probably be in LA, but will advise. | |
| 151 | SMS Messages | Incoming | 2/24/2015 4:50:01 AM(UTC+0) | From: +19164207906 | Talk before you sent papers | |
| 152 | SMS Messages | Outgoing | 2/24/2015 4:49:30 AM(UTC+0) | To: +19164207906 | Talk tomorrow! | |
| 153 | SMS Messages | Outgoing | 2/24/2015 4:48:53 AM(UTC+0) | To: +19164207906 | (my advice now is same as it always has been -- you should live in the mainstream world and Bitcoin is only for non mainstream. Cheating on taxes is cheating on taxes no matter what currency is used). | |
| 154 | SMS Messages | Incoming | 2/24/2015 4:48:50 AM(UTC+0) | From: +19164207906 | I know How to do this..you do too. | |
| 155 | SMS Messages | Incoming | 2/24/2015 4:47:29 AM(UTC+0) | From: +19164207906 | You already sent the money. Gift Tax. IRS doesn't see bitcoin | |
| 156 | SMS Messages | Outgoing | 2/24/2015 4:46:30 AM(UTC+0) | To: +19164207906 | No, can't.  Legit is legit.  Think about your future. | |
| 157 | SMS Messages | Incoming | 2/24/2015 4:45:48 AM(UTC+0) | From: +19164207906 | We can send through bitcoin | |
| 158 | SMS Messages | Outgoing | 2/24/2015 4:43:28 AM(UTC+0) | To: +19164207906 | Felt more like old days | |
| 159 | SMS Messages | Outgoing | 2/24/2015 4:41:52 AM(UTC+0) | To: +19164207906 | I'm glad we talked.  Follow up tomorrow | |
| 160 | SMS Messages | Outgoing | 2/24/2015 4:16:51 AM(UTC+0) | To: +19164207906 | Now | |
| 161 | SMS Messages | Incoming | 2/24/2015 4:16:11 AM(UTC+0) | From: +19164207906 | I'd like to get dinner soon. So if we can talk sooner... | |
| 162 | SMS Messages | Outgoing | 2/24/2015 3:35:34 AM(UTC+0) | To: +19164207906 | Cool | |
| 163 | SMS Messages | Outgoing | 2/24/2015 3:35:21 AM(UTC+0) | To: +19164207906 | Be at house shortly | |
| 164 | SMS Messages | Incoming | 2/24/2015 3:32:14 AM(UTC+0) | From: +19164207906 | Will Call you soon | |
| 165 | SMS Messages | Outgoing | 2/23/2015 11:26:02 PM(UTC+0) | To: +19164207906 | Meant 8 your time, 11 my time, sorry.  I will stay up later if needed. | |
| 166 | SMS Messages | Outgoing | 2/23/2015 8:09:07 PM(UTC+0) | To: +19164207906 | Thanks. | |

| | | | | | |
|---|---|---|---|---|---|
| 167 | SMS Messages | Incoming | 2/23/2015 8:06:48 PM(UTC+0) | From: +19164207906 | |
| 168 | SMS Messages | Outgoing | 2/23/2015 8:06:13 PM(UTC+0) | To: +19164207906 | The people in my house leave at 7 your time tonight. Call if you can. |
| 169 | SMS Messages | Incoming | 2/23/2015 3:50:44 AM(UTC+0) | From: +19164207906 | Let's talk tomorrow. I'm really tired. I didn't notice I passed out. |
| 170 | SMS Messages | Incoming | 2/23/2015 3:49:06 AM(UTC+0) | From: +19164207906 | Hold on |
| 171 | SMS Messages | Incoming | 2/23/2015 2:49:11 AM(UTC+0) | From: +19164207906 | Ok |
| 172 | SMS Messages | Outgoing | 2/23/2015 2:09:55 AM(UTC+0) | To: +19164207906 | After 7:30 your time to be safe |
| 173 | SMS Messages | Outgoing | 2/23/2015 2:06:39 AM(UTC+0) | To: +19164207906 | Call! I'll be hanging out in bed. |
| 174 | SMS Messages | Incoming | 2/23/2015 1:49:13 AM(UTC+0) | From: +19164207906 | I can talk in an hour |
| 175 | SMS Messages | Incoming | 2/22/2015 2:47:35 AM(UTC+0) | From: +19164207906 | OK. |
| 176 | SMS Messages | Outgoing | 2/22/2015 2:07:07 AM(UTC+0) | To: +19164207906 | Nite |
| 177 | SMS Messages | Outgoing | 2/22/2015 2:06:58 AM(UTC+0) | To: +19164207906 | Cool, call me anytime tomorrow or let me know tomorrow when you want me to call you. |
| 178 | SMS Messages | Incoming | 2/22/2015 2:05:48 AM(UTC+0) | From: +19164207906 | Tomorrow |
| 179 | SMS Messages | Outgoing | 2/22/2015 2:05:21 AM(UTC+0) | To: +19164207906 | I'm around tonight and all day tomorrow whenever you're ready to talk |
| 180 | SMS Messages | Incoming | 2/22/2015 2:04:27 AM(UTC+0) | From: +19164207906 | Hey |
| 181 | SMS Messages | Outgoing | 2/22/2015 12:46:36 AM(UTC+0) | To: +19164207906 | You in a comfortable place to talk? |
| 182 | SMS Messages | Incoming | 2/21/2015 8:51:16 PM(UTC+0) | From: +19164207906 | Ok |
| 183 | SMS Messages | Outgoing | 2/21/2015 8:32:29 PM(UTC+0) | To: +19164207906 | My proposal works. As soon as we de-ice, I'm headed home. Talk tonight! |
| 184 | SMS Messages | Outgoing | 2/20/2015 11:40:48 PM(UTC+0) | To: +19164207906 | Thanks T. I appreciate the room. |
| 185 | SMS Messages | Incoming | 2/20/2015 11:39:09 PM(UTC+0) | From: +19164207906 | Ok |
| 186 | SMS Messages | Outgoing | 2/20/2015 11:38:21 PM(UTC+0) | To: +19164207906 | It's a business idea to make the money more legit for you. give me til tomorrow please and I think I will be able to make it work. I don't want to go through proposal, and then fuck it up because structure won't work. |
| 187 | SMS Messages | Incoming | 2/20/2015 11:30:13 PM(UTC+0) | From: +19164207906 | Yet, as in time to make it or Not possible for it to happen? |
| 188 | SMS Messages | Outgoing | 2/20/2015 11:27:29 PM(UTC+0) | To: +19164207906 | We still can, but I'm not sure it works yet. |
| 189 | SMS Messages | Incoming | 2/20/2015 11:26:45 PM(UTC+0) | From: +19164207906 | What idea? Thought we were going to talk about it. |
| 190 | SMS Messages | Outgoing | 2/20/2015 11:23:45 PM(UTC+0) | To: +19164207906 | Teo, I think my idea can work for you, but not sure yet. Can you please hang on one more day. Don't want to get it wrong. |
| 191 | SMS Messages | Incoming | 2/20/2015 11:11:22 PM(UTC+0) | From: +19164207906 | Don |
| 192 | SMS Messages | Incoming | 2/20/2015 9:06:06 PM(UTC+0) | From: +19164207906 | What happen to our phone talk? |
| 193 | SMS Messages | Outgoing | 2/20/2015 12:51:12 AM(UTC+0) | To: +19164207906 | Ok |
| 194 | SMS Messages | Incoming | 2/20/2015 12:50:52 AM(UTC+0) | From: +19164207906 | OK. Tall tomorrow |
| 195 | SMS Messages | Outgoing | 2/20/2015 12:46:40 AM(UTC+0) | To: +19164207906 | Yes in a number of ways for the rest of your life. It's like advice I've given you before when we were friends. Anytime after 1pm local NY time. Up 2 u. No discussion of what has been happening, only a forward looking proposal. |
| 196 | SMS Messages | Incoming | 2/20/2015 12:41:38 AM(UTC+0) | From: +19164207906 | If the proposal is better. I'm up for it. |
| 197 | SMS Messages | Outgoing | 2/20/2015 12:40:28 AM(UTC+0) | To: +19164207906 | If you're OK with it, I have an idea I would like to talk about with you tomorrow that I think you will agree with be mutually beneficial. We can work out car details with no problem. Are to comfortable talking tomorrow? I've been straight with you even during a really bad week, and I think you will like what I have to propose. |
| 198 | SMS Messages | Incoming | 2/19/2015 9:29:10 PM(UTC+0) | From: +19164207906 | I'll return the car for the 500,000.00 should I leave it here or take it somewhere? You are right it is a high profile car and it will kill me. |
| 199 | SMS Messages | Outgoing | 2/19/2015 6:37:11 PM(UTC+0) | To: +19164207906 | Texting in the air only her last me about every other text reliably. Please sleep on this and we can even talk tomorrow if you want. I'm just really sorry you and I ended up like this. Thanks Teo |

| | | | | | | |
|---|---|---|---|---|---|---|
| 200 | SMS Messages | Outgoing | 2/19/2015 6:33:30 PM(UTC+0) | To: +19164207906 | I said I would next, I said I would get in contact and I will find any way to get you title fedex, drop off, whatever, but can you please let me get through my friends dads funeral in NYC tomorrow on the $500,000. This is the problem with how these things start out. Historically they don't end. I'm not much in a position to bargain, ,but when we were friends, I always gave you good advice that helped you out. If I considered your $500,000 request, would you consider returning the car? Buying yourself your own will be better for you and in your new life a less flashy car will serve you better long term. A car like my R8 will call a lot of attention to you and a low profile will keep you enable you to make a new life without unwanted attention. I ask you to consider this request and advice in the context of the advice and counsel I gave you when we were friends. | |
| 201 | SMS Messages | Incoming | 2/19/2015 6:24:41 PM(UTC+0) | From: +19164207906 | No twitter no Nothing. All gone and safe for you. This will make me disappear. | |
| 202 | SMS Messages | Incoming | 2/19/2015 6:24:13 PM(UTC+0) | From: +19164207906 | Going to erase all of jarec | |
| 203 | SMS Messages | Incoming | 2/19/2015 6:10:41 PM(UTC+0) | From: +19164207906 | Meet in Sacramento tomorrow. | |
| 204 | SMS Messages | Incoming | 2/19/2015 6:00:53 PM(UTC+0) | From: +19164207906 | I'll pick up the title in person. I Don't want to be keep taking more and more. I'm investing half into a business. I want to be happy and satisfied. Throw me another half a mill. We will be done for sure. No more asking and taking. My word and promise. | |
| 205 | SMS Messages | Incoming | 2/19/2015 5:52:06 PM(UTC+0) | From: +19164207906 | A car like this isn't kept with half a mill. Reason I asked for insurance Don. I'm trying to play this safe. | |
| 206 | SMS Messages | Outgoing | 2/19/2015 5:50:17 PM(UTC+0) | To: +19164207906 | NYC about $180,000 | |
| 207 | SMS Messages | Incoming | 2/19/2015 5:48:23 PM(UTC+0) | From: +19164207906 | How much Did you buy this car for? | |
| 208 | SMS Messages | Incoming | 2/19/2015 5:47:57 PM(UTC+0) | From: +19164207906 | Where are you flying to? | |
| 209 | SMS Messages | Outgoing | 2/19/2015 5:04:05 PM(UTC+0) | To: +19164207906 | Hey Teo, fell asleep last night, but don't think I missed any texts. Just let me know what you want to do with title. I'm flying for about 3 hours in a bit. | |
| 210 | SMS Messages | Incoming | 2/19/2015 12:00:25 AM(UTC+0) | From: +19164207906 | I'll put that myself | |
| 211 | SMS Messages | Outgoing | 2/18/2015 11:49:23 PM(UTC+0) | To: +19164207906 | Ok. Odometer? | |
| 212 | SMS Messages | Incoming | 2/18/2015 11:49:06 PM(UTC+0) | From: +19164207906 | I'll give you the Address tonight of Which you will send to. | |
| 213 | SMS Messages | Outgoing | 2/18/2015 11:44:03 PM(UTC+0) | To: +19164207906 | Holding | |
| 214 | SMS Messages | Incoming | 2/18/2015 11:24:41 PM(UTC+0) | From: +19164207906 | Hold on | |
| 215 | SMS Messages | Outgoing | 2/18/2015 11:23:37 PM(UTC+0) | To: +19164207906 | I don't care if it gets carried to a street corner, not interested in your address, but where do you want it delivered? | |
| 216 | SMS Messages | Outgoing | 2/18/2015 11:22:36 PM(UTC+0) | To: +19164207906 | You can't do the odometer, you can do the rest and just send back but if it doesn't get filed with the issuing state it will cause driver a headache. Please send the odometer! | |
| 217 | MMS Messages | Outgoing | 2/18/2015 11:19:07 PM(UTC+0) | +19164207906 | 3 of 3. Price will say GIFT. | |
| 218 | SMS Messages | Incoming | 2/18/2015 11:18:55 PM(UTC+0) | From: +19164207906 | Fill out your part then I'll do the rest | |
| 219 | MMS Messages | Outgoing | 2/18/2015 11:17:41 PM(UTC+0) | +19164207906 | 2 of 3 | |
| 220 | MMS Messages | Outgoing | 2/18/2015 11:16:31 PM(UTC+0) | +19164207906 | 1 of 3. | |
| 221 | SMS Messages | Outgoing | 2/18/2015 11:14:45 PM(UTC+0) | To: +19164207906 | Hold on a minute | |
| 222 | SMS Messages | Incoming | 2/18/2015 11:14:35 PM(UTC+0) | From: +19164207906 | Yes | |
| 223 | SMS Messages | Outgoing | 2/18/2015 11:13:59 PM(UTC+0) | To: +19164207906 | I'll send you a pic. Top gets buyers info to be filed with issuer (FL) so they release to new issue. Address is really where you want it sent (but is required on same tear off). Odometer reading required on front part. Want a pic? | |
| 224 | SMS Messages | Incoming | 2/18/2015 11:11:16 PM(UTC+0) | From: +19164207906 | Why do you need this info? Just sign and mail | |
| 225 | SMS Messages | Outgoing | 2/18/2015 11:09:34 PM(UTC+0) | To: +19164207906 | Got it! Odometer reading? Address? Drivers License #? | |
| 226 | SMS Messages | Outgoing | 2/18/2015 8:39:14 PM(UTC+0) | To: +19164207906 | FL says no Power of Attorney because Owner needs to sign for odometer miles. I'm just hanging for delivery now. If package doesn't show up by last delivery, we can regroup and figure out the plan. (I'll need odometer miles when I get title in my hands but don't give it to me yet cause FL said CA will be freaks about accuracy). Like I said, I have delivery notifications set up and you can track also. We're doing a final check with CA DMV to see if we get any better answer. | |
| 227 | SMS Messages | Outgoing | 2/18/2015 7:20:12 PM(UTC+0) | To: +19164207906 | I don't think I ever talked to it! Package last left for deliver and will be delivered today, but obvi not at 8 this morning. I have my Sect on hold with DMV seeing if I can use a Power of Attorney to sign, will know at end of 30 minute hold time. Then will figure out if I can stay and wait for package. I'll keep you posted, but you can watch package on fedex.com | |
| 228 | SMS Messages | Incoming | 2/18/2015 7:16:12 PM(UTC+0) | From: +19164207906 | So it listens to me | |
| 229 | SMS Messages | Incoming | 2/18/2015 7:16:04 PM(UTC+0) | From: +19164207906 | How do I erase your voice memory on the car | |

| | | | | | |
|---|---|---|---|---|---|
| 230 | SMS Messages | Outgoing | 2/18/2015 7:08:06 PM(UTC+0) | To: +19164207906 | Fedex said it were at agents morning. 772 says its at Marina Del Ray fedex location. Seeing if I can get it there. Think so...hold on while I call. |
| 231 | SMS Messages | Outgoing | 2/18/2015 6:25:46 PM(UTC+0) | To: +19164207906 | Heading to pick up title. Be back to you in a bit. |
| 232 | SMS Messages | Incoming | 2/17/2015 4:40:09 PM(UTC+0) | From: +19164207906 | OK I'll look into it. Thanks and take care |
| 233 | SMS Messages | Outgoing | 2/17/2015 4:39:49 PM(UTC+0) | To: +19164207906 | No you don't, I have to pay Gift Taxes! Your money is freaking tax free! |
| 234 | SMS Messages | Incoming | 2/17/2015 4:39:48 PM(UTC+0) | From: +19164207906 | Unless you'd like to make it up in cash. |
| 235 | SMS Messages | Incoming | 2/17/2015 4:39:07 PM(UTC+0) | From: +19164207906 | I have to pay taxes don |
| 236 | SMS Messages | Outgoing | 2/17/2015 4:38:49 PM(UTC+0) | To: +19164207906 | Teo, you have a half a million dollars. You can have any insurance you want. Why are you doing this to me after I'm lived up to everything you wanted? |
| 237 | SMS Messages | Incoming | 2/17/2015 4:36:57 PM(UTC+0) | From: +19164207906 | Then we part |
| 238 | SMS Messages | Incoming | 2/17/2015 4:36:44 PM(UTC+0) | From: +19164207906 | Full |
| 239 | SMS Messages | Incoming | 2/17/2015 4:36:41 PM(UTC+0) | From: +19164207906 | I want insurance for one year on the r8 |
| 240 | SMS Messages | Incoming | 2/17/2015 4:34:58 PM(UTC+0) | From: +19164207906 | Done |
| 241 | SMS Messages | Incoming | 2/17/2015 4:34:20 PM(UTC+0) | From: +19164207906 | Like we promised. |
| 242 | SMS Messages | Outgoing | 2/17/2015 4:34:18 PM(UTC+0) | To: +19164207906 | Thank you. |
| 243 | SMS Messages | Incoming | 2/17/2015 4:34:09 PM(UTC+0) | From: +19164207906 | Yes |
| 244 | SMS Messages | Outgoing | 2/17/2015 4:33:56 PM(UTC+0) | To: +19164207906 | Can you please take post down? You have car and title tomorrow. |
| 245 | SMS Messages | Incoming | 2/17/2015 4:32:59 PM(UTC+0) | From: +19164207906 | Went through. |
| 246 | SMS Messages | Incoming | 2/17/2015 4:31:39 PM(UTC+0) | From: +19164207906 | Ok |
| 247 | SMS Messages | Outgoing | 2/17/2015 4:31:11 PM(UTC+0) | To: +19164207906 | Yes, it was on the system first thing. They are quick, but with fed funds reference number your bank can track |
| 248 | SMS Messages | Incoming | 2/17/2015 4:30:16 PM(UTC+0) | From: +19164207906 | Did you send it |
| 249 | SMS Messages | Outgoing | 2/17/2015 4:29:39 PM(UTC+0) | To: +19164207906 | Correct Fed Funds # B1Q8021C030992 |
| 250 | SMS Messages | Outgoing | 2/17/2015 3:34:13 PM(UTC+0) | To: +19164207906 | No, I gave you one from an old wire. I didn't read date. She's calling me shorty with this mornings. I'll have it before your bank opens. |
| 251 | SMS Messages | Incoming | 2/17/2015 3:32:59 PM(UTC+0) | From: +19164207906 | All correct |
| 252 | SMS Messages | Incoming | 2/17/2015 3:32:45 PM(UTC+0) | From: +19164207906 | What |
| 253 | SMS Messages | Outgoing | 2/17/2015 3:32:15 PM(UTC+0) | To: +19164207906 | Gave you wrong reference number! It's old. Hold on for correct one. Sorry. |
| 254 | SMS Messages | Incoming | 2/17/2015 3:00:12 PM(UTC+0) | From: +19164207906 | Ok |
| 255 | SMS Messages | Outgoing | 2/17/2015 2:56:05 PM(UTC+0) | To: +19164207906 | Fed Funds reference # B1Q8021C020897. Your bank should see $ soon, but they can track with reference number. |
| 256 | SMS Messages | Incoming | 2/17/2015 3:14:41 AM(UTC+0) | From: +19164207906 | Ok |
| 257 | SMS Messages | Outgoing | 2/17/2015 3:14:26 AM(UTC+0) | To: +19164207906 | Cool, I'll text when it's executed and see where you want it sent |
| 258 | SMS Messages | Incoming | 2/17/2015 3:13:40 AM(UTC+0) | From: +19164207906 | We could do that |
| 259 | SMS Messages | Outgoing | 2/17/2015 3:13:09 AM(UTC+0) | To: +19164207906 | Was going to send courier -- not meet, but cool to mail. Just thought you'd want it Wednesday instead of Thursday |
| 260 | SMS Messages | Incoming | 2/17/2015 3:11:48 AM(UTC+0) | From: +19164207906 | Not meeting |
| 261 | SMS Messages | Incoming | 2/17/2015 3:11:47 AM(UTC+0) | From: +19164207906 | Send it out in mail. |
| 262 | SMS Messages | Outgoing | 2/17/2015 2:47:55 AM(UTC+0) | To: +19164207906 | I will be in Santa Monica Wednesday, so I will courier you title. |
| 263 | SMS Messages | Incoming | 2/17/2015 1:06:54 AM(UTC+0) | From: +19164207906 | Ok |
| 264 | SMS Messages | Outgoing | 2/17/2015 1:06:37 AM(UTC+0) | To: +19164207906 | Should go after 9AM. Will send you confirm # when I get it tomorrow. |
| 265 | SMS Messages | Incoming | 2/17/2015 1:05:19 AM(UTC+0) | From: +19164207906 | It's correct for wellsfargo |
| 266 | SMS Messages | Outgoing | 2/17/2015 1:04:49 AM(UTC+0) | To: +19164207906 | Looked up ABA on google and it says Wells, so that's what I loaded. Just let me know if that's wrong, but ABA should control anyway. |
| 267 | SMS Messages | Outgoing | 2/17/2015 12:59:53 AM(UTC+0) | To: +19164207906 | Wells Fargo? |
| 268 | SMS Messages | Incoming | 2/16/2015 11:31:58 PM(UTC+0) | From: +19164207906 | Left |

| | | | | | | |
|---|---|---|---|---|---|---|
| 269 | SMS Messages | Incoming | 2/16/2015 11:31:56 PM(UTC+0) | From: +19164207906 | | |
| 270 | SMS Messages | Outgoing | 2/16/2015 11:31:42 PM(UTC+0) | To: +19164207906 | Hold on, she's there! | |
| 271 | SMS Messages | Incoming | 2/16/2015 11:19:55 PM(UTC+0) | From: +19164207906 | No answer | |
| 272 | SMS Messages | Incoming | 2/16/2015 11:05:46 PM(UTC+0) | From: +19164207906 | Ok | |
| 273 | SMS Messages | Outgoing | 2/16/2015 11:03:22 PM(UTC+0) | To: +19164207906 | Front gate buzzer | |
| 274 | SMS Messages | Outgoing | 2/16/2015 11:03:15 PM(UTC+0) | To: +19164207906 | Just ring | |
| 275 | SMS Messages | Incoming | 2/16/2015 11:02:58 PM(UTC+0) | From: +19164207906 | I'm pulling up in 5 | |
| 276 | SMS Messages | Outgoing | 2/16/2015 10:29:10 PM(UTC+0) | To: +19164207906 | I think 14 | |
| 277 | SMS Messages | Incoming | 2/16/2015 10:26:46 PM(UTC+0) | From: +19164207906 | What year is it? | |
| 278 | SMS Messages | Outgoing | 2/16/2015 10:25:18 PM(UTC+0) | To: +19164207906 | Don't know | |
| 279 | SMS Messages | Incoming | 2/16/2015 10:25:17 PM(UTC+0) | From: +19164207906 | Maybe have one to go. | |
| 280 | SMS Messages | Incoming | 2/16/2015 10:25:05 PM(UTC+0) | From: +19164207906 | Do you have the coconut water at this property? | |
| 281 | SMS Messages | Outgoing | 2/16/2015 10:24:28 PM(UTC+0) | To: +19164207906 | Books should be in it | |
| 282 | SMS Messages | Incoming | 2/16/2015 10:24:12 PM(UTC+0) | From: +19164207906 | Where is all the paper work for it? | |
| 283 | SMS Messages | Outgoing | 2/16/2015 10:23:39 PM(UTC+0) | To: +19164207906 | I have no clue!  Remember, I'm not the car guy. | |
| 284 | SMS Messages | Incoming | 2/16/2015 10:23:01 PM(UTC+0) | From: +19164207906 | Special gas required? Oil change time? Maintenance | |
| 285 | SMS Messages | Outgoing | 2/16/2015 10:22:03 PM(UTC+0) | To: +19164207906 | I've only driven it to Newport and back | |
| 286 | SMS Messages | Incoming | 2/16/2015 10:21:41 PM(UTC+0) | From: +19164207906 | Anything I need to know about the car? | |
| 287 | SMS Messages | Outgoing | 2/16/2015 10:21:05 PM(UTC+0) | To: +19164207906 | She's there til 6!  You'll be fine with time frame | |
| 288 | SMS Messages | Incoming | 2/16/2015 10:20:22 PM(UTC+0) | From: +19164207906 | Hr | |
| 289 | SMS Messages | Incoming | 2/16/2015 10:20:20 PM(UTC+0) | From: +19164207906 | I'm one he away | |
| 290 | SMS Messages | Incoming | 2/16/2015 8:48:22 PM(UTC+0) | From: +19164207906 | I'll be there before 6 | |
| 291 | SMS Messages | Outgoing | 2/16/2015 8:47:37 PM(UTC+0) | To: +19164207906 | Let me know if Mary needs to stay after 6! | |
| 292 | SMS Messages | Outgoing | 2/16/2015 8:41:42 PM(UTC+0) | To: +19164207906 | 9826 La Jolla Farms Rd., 92037 | |
| 293 | SMS Messages | Incoming | 2/16/2015 8:41:20 PM(UTC+0) | From: +19164207906 | Address? | |
| 294 | SMS Messages | Outgoing | 2/16/2015 8:39:17 PM(UTC+0) | To: +19164207906 | I'm at an out of business boatyard.  Can't write, sign and fax.  You'll have the title Wednesday.  Can't get original until Wednesday cause its a fucking holiday and I'll fax you signed copy then overnight real. | |
| 295 | SMS Messages | Incoming | 2/16/2015 8:37:32 PM(UTC+0) | From: +19164207906 | DMV transfer of title | |
| 296 | SMS Messages | Incoming | 2/16/2015 8:37:25 PM(UTC+0) | From: +19164207906 | Online | |
| 297 | SMS Messages | Incoming | 2/16/2015 8:35:28 PM(UTC+0) | From: +19164207906 | I need a signature | |
| 298 | SMS Messages | Outgoing | 2/16/2015 8:35:04 PM(UTC+0) | To: +19164207906 | Will email, but can't write sign and fax. | |
| 299 | SMS Messages | Incoming | 2/16/2015 8:34:52 PM(UTC+0) | From: +19164207906 | Hand | |
| 300 | SMS Messages | Incoming | 2/16/2015 8:34:45 PM(UTC+0) | From: +19164207906 | Have her had it to me | |
| 301 | SMS Messages | Incoming | 2/16/2015 8:34:35 PM(UTC+0) | From: +19164207906 | Address? | |
| 302 | SMS Messages | Incoming | 2/16/2015 8:34:19 PM(UTC+0) | From: +19164207906 | FAX over a later of handing the title over tile it comes in. Sign and print | |
| 303 | SMS Messages | Incoming | 2/16/2015 8:33:47 PM(UTC+0) | From: +19164207906 | Heading out in a bit. Title signed Please | |
| 304 | SMS Messages | Incoming | 2/16/2015 8:33:37 PM(UTC+0) | From: +19164207906 | Ok | |
| 305 | SMS Messages | Outgoing | 2/16/2015 8:33:32 PM(UTC+0) | To: +19164207906 | Mary will be there until 6 | |
| 306 | SMS Messages | Outgoing | 2/16/2015 8:30:03 PM(UTC+0) | To: +19164207906 | Got it.  Be back in a few | |
| 307 | SMS Messages | Incoming | 2/16/2015 8:29:46 PM(UTC+0) | From: +19164207906 | Yes | |

| # | Type | Direction | Date/Time | To/From | Message |
|---|---|---|---|---|---|
| 308 | SMS Messages | Outgoing | 2/16/2015 8:29:06 PM(UTC+0) | To: +19164207906 | Will need account name |
| 309 | SMS Messages | Outgoing | 2/16/2015 8:28:53 PM(UTC+0) | To: +19164207906 | Hold on |
| 310 | SMS Messages | Incoming | 2/16/2015 8:22:59 PM(UTC+0) | From: +19164207906 | Routing # 121000248 Accredited# 8110313197 |
| 311 | SMS Messages | Outgoing | 2/16/2015 8:17:28 PM(UTC+0) | To: +19164207906 | ? |
| 312 | SMS Messages | Outgoing | 2/16/2015 8:13:44 PM(UTC+0) | To: +19164207906 | WTH?  You just have to tell me what you want.  You're in control here. |
| 313 | SMS Messages | Incoming | 2/16/2015 8:12:14 PM(UTC+0) | From: +19164207906 | How do I know you won't report me for extortion |
| 314 | SMS Messages | Incoming | 2/16/2015 8:11:34 PM(UTC+0) | From: +19164207906 | One min |
| 315 | SMS Messages | Incoming | 2/16/2015 8:11:30 PM(UTC+0) | From: +19164207906 | Getting it |
| 316 | SMS Messages | Outgoing | 2/16/2015 8:11:20 PM(UTC+0) | To: +19164207906 | ? |
| 317 | SMS Messages | Outgoing | 2/16/2015 8:07:23 PM(UTC+0) | To: +19164207906 | It's 3:06 in NYC, so need account info immediately to get you $ today |
| 318 | SMS Messages | Outgoing | 2/16/2015 8:05:12 PM(UTC+0) | To: +19164207906 | $500,000 and we shakes hands and put this behind us.  ABA and account number? |
| 319 | SMS Messages | Incoming | 2/16/2015 8:02:43 PM(UTC+0) | From: +19164207906 | It's the car or another 250,000 cash. Taxes |
| 320 | SMS Messages | Outgoing | 2/16/2015 8:00:46 PM(UTC+0) | To: +19164207906 | Dude you'll have the $250,000 in minutes (hour), and I'm getting the title fedexed to me for signature and then will fedex to you -- but why not just get the cash and get a new one?  You'll have the cash now. |
| 321 | SMS Messages | Incoming | 2/16/2015 7:58:54 PM(UTC+0) | From: +19164207906 | Title needs to be signed |
| 322 | SMS Messages | Outgoing | 2/16/2015 7:58:22 PM(UTC+0) | To: +19164207906 | Mary will be there until 6 to give you the car |
| 323 | SMS Messages | Outgoing | 2/16/2015 7:55:19 PM(UTC+0) | To: +19164207906 | You'll have the fed funds confirm number within a short time of me getting your info.  (Happy for you to change your mind, but I'll do it) |
| 324 | SMS Messages | Outgoing | 2/16/2015 7:53:45 PM(UTC+0) | To: +19164207906 | Send me your ABA and account number and I'll send the $ by wire.  Go pick up the car today before 6.  You know I have to do what you want |
| 325 | SMS Messages | Incoming | 2/16/2015 7:50:42 PM(UTC+0) | From: +19164207906 | Make your calls |
| 326 | SMS Messages | Incoming | 2/16/2015 7:50:38 PM(UTC+0) | From: +19164207906 | Have the money in the care with the title. Simple |
| 327 | SMS Messages | Incoming | 2/16/2015 7:50:23 PM(UTC+0) | From: +19164207906 | The r8 and 250,000.00 |
| 328 | SMS Messages | Incoming | 2/16/2015 7:49:40 PM(UTC+0) | From: +19164207906 | Then I'll erase it and you |
| 329 | SMS Messages | Outgoing | 2/16/2015 7:49:34 PM(UTC+0) | To: +19164207906 | Do you want me to call you or not.  I have fucked up cell service |
| 330 | SMS Messages | Outgoing | 2/16/2015 7:49:00 PM(UTC+0) | To: +19164207906 | Just give me your $ |
| 331 | SMS Messages | Outgoing | 2/16/2015 7:48:24 PM(UTC+0) | To: +19164207906 | So how do you want it agreed.  I can't do that this second. |
| 332 | SMS Messages | Incoming | 2/16/2015 7:47:54 PM(UTC+0) | From: +19164207906 | Then I'll erase it and you |
| 333 | SMS Messages | Incoming | 2/16/2015 7:47:29 PM(UTC+0) | From: +19164207906 | I want a new car, motorcycle and both hands full of cash. |
| 334 | SMS Messages | Outgoing | 2/16/2015 7:47:10 PM(UTC+0) | To: +19164207906 | Do you want me to call you or not.  I have fucked up cell service |
| 335 | SMS Messages | Outgoing | 2/16/2015 7:45:48 PM(UTC+0) | To: +19164207906 | Teo |
| 336 | SMS Messages | Outgoing | 2/16/2015 7:45:44 PM(UTC+0) | To: +19164207906 | Please Tei |
| 337 | SMS Messages | Incoming | 2/16/2015 7:45:44 PM(UTC+0) | From: +19164207906 | He favored it |
| 338 | SMS Messages | Incoming | 2/16/2015 7:45:28 PM(UTC+0) | From: +19164207906 | Oh boy str8upgayporn is on it |
| 339 | SMS Messages | Outgoing | 2/16/2015 7:44:04 PM(UTC+0) | To: +19164207906 | We've know each other too long |
| 340 | SMS Messages | Outgoing | 2/16/2015 7:43:54 PM(UTC+0) | To: +19164207906 | Look man, just tell me.  I want this behind us |
| 341 | SMS Messages | Incoming | 2/16/2015 7:43:16 PM(UTC+0) | From: +19164207906 | What are you offering? |
| 342 | SMS Messages | Outgoing | 2/16/2015 7:42:04 PM(UTC+0) | To: +19164207906 | Teo, I can't call right now, but please just tell me what you want me to do?  Please take down posts about me. |
| 343 | SMS Messages | Outgoing | 2/16/2015 7:40:09 PM(UTC+0) | To: +19164207906 | Teo, I can't call right now, but please just tell me what you want me to do?  Please take down posts about me. |
| 344 | SMS Messages | Incoming | 2/16/2015 7:37:52 PM(UTC+0) | From: +19164207906 | And trust me the other guys will stand with me |
| 345 | SMS Messages | Incoming | 2/16/2015 7:35:48 PM(UTC+0) | From: +19164207906 | I can't get a friendship anymore, because will who want to be friends with black mail. I only wanted to drive the cars and Enjoy your company. I guess finding you boys is out of the picture So it leaves me with Nothing to want out of this. So I'm just going to bite hard. You got money but I Don't want that. Money won't wash away What people will read and see of you. Wow I guess I hold the cards right now. |

| # | Type | Direction | Date/Time | From/To | Message |
|---|---|---|---|---|---|
| 346 | SMS Messages | Outgoing | 2/16/2015 7:32:11 PM(UTC+0) | To: +19164207906 | Had you been a good age man. What do you age 76? |
| 347 | SMS Messages | Incoming | 2/16/2015 7:31:35 PM(UTC+0) | From: +19164207906 | Think hard. You know me right |
| 348 | SMS Messages | Incoming | 2/16/2015 7:31:30 PM(UTC+0) | From: +19164207906 | I think by the time I'm out of the gym you will have a Sweet treat for me that will make me erase my tweet. |
| 349 | SMS Messages | Incoming | 2/16/2015 7:30:35 PM(UTC+0) | From: +19164207906 | Check my twitter, the conversation will grown and questions will be asked. You lied to me and treated me like Shit. I asked again and you put it behind you. Now it's biting your ass |
| 350 | SMS Messages | Outgoing | 2/16/2015 7:29:51 PM(UTC+0) | To: +19164207906 | I didn't even know your were talking R8! Next time I'm in town for a few days it's a deal, I just haven't been back. |
| 351 | SMS Messages | Outgoing | 2/16/2015 7:28:38 PM(UTC+0) | To: +19164207906 | Dude, your so pissed your talking about blowing me up in Twitter. Remember, I tracked you down because I liked your energy and we have had fun hanging out.  If we annoy each other , then we should call each other assholes and put it behind us!  Not all this bad energy! Right? |
| 352 | SMS Messages | Outgoing | 2/16/2015 7:27:07 PM(UTC+0) | To: +19164207906 | Dude, your so pissed your talking about blowing me up in Twitter. Remember, I tracked you down because I liked your energy and we have had fun hanging out.  If we annoy each other , then we should call each other assholes and put it behind us!  Not all this bad energy! Right? |
| 353 | SMS Messages | Incoming | 2/16/2015 7:26:52 PM(UTC+0) | From: +19164207906 | Disappointed |
| 354 | SMS Messages | Outgoing | 2/16/2015 7:25:21 PM(UTC+0) | To: +19164207906 | Dude, your so pissed your talking about blowing me up in Twitter. Remember, I tracked you down because I liked your energy and we have had fun hanging out.  If we annoy each other , then we should call each other assholes and put it behind us!  Not all this bad energy! Right? |
| 355 | SMS Messages | Incoming | 2/16/2015 7:24:40 PM(UTC+0) | From: +19164207906 | Disappointed |
| 356 | SMS Messages | Incoming | 2/16/2015 7:23:54 PM(UTC+0) | From: +19164207906 | I'm feeling evil right now |
| 357 | SMS Messages | Incoming | 2/16/2015 7:23:45 PM(UTC+0) | From: +19164207906 | Show Im Nothing to you.  Promises broken |
| 358 | SMS Messages | Incoming | 2/16/2015 7:23:01 PM(UTC+0) | From: +19164207906 | You promised me you would Let me drive the r8. Cars are my life you know that. |
| 359 | SMS Messages | Incoming | 2/16/2015 7:20:37 PM(UTC+0) | From: +19164207906 | It's been that way then I hear your excuse, "I didn't think you wanted to talk to me" .... wow really and I'm the one here bugging you. |
| 360 | SMS Messages | Outgoing | 2/16/2015 7:19:11 PM(UTC+0) | To: +19164207906 | Yeah, I agree, but I don't want to walk on eggshells with you!  We should be able to have a disagreement and be cool with each other! |
| 361 | SMS Messages | Incoming | 2/16/2015 7:18:52 PM(UTC+0) | From: +19164207906 | I only want to learn from you. You have brains and experience. I'm a man who seeks knowledge |
| 362 | SMS Messages | Incoming | 2/16/2015 7:16:05 PM(UTC+0) | From: +19164207906 | Idc about the Boston kid. You and I have issues to work out. I have the plug of the guys and I know How to convince. You know if I Don't want to talk to you. We had a longer period of that already. I Enjoy your company and will milk the fun out of you lol only Cuzco you know the good life. |
| 363 | SMS Messages | Outgoing | 2/16/2015 7:14:28 PM(UTC+0) | To: +19164207906 | If you're not pissed at me, I have no problem with hanging out, just thought you weren't interested in being around me. |
| 364 | SMS Messages | Outgoing | 2/16/2015 7:12:32 PM(UTC+0) | To: +19164207906 | Don't want you corned.  Want you happy.  The Boston person didn't do the right thing.  I'm the only one worse off.  It's OK to talk to each other about differences and challenges without either of us being cornered! |
| 365 | SMS Messages | Incoming | 2/16/2015 7:11:10 PM(UTC+0) | From: +19164207906 | Break |
| 366 | SMS Messages | Incoming | 2/16/2015 7:10:56 PM(UTC+0) | From: +19164207906 | You didn't hold your word twice on the car and that gets me upset. Trust is What works and you brake them. Maybe you need a taste of it |
| 367 | SMS Messages | Incoming | 2/16/2015 7:10:00 PM(UTC+0) | From: +19164207906 | Your Not Nice, you are rude, self-centered narcissist. I was only trying to be a friend and throw you boys. But you argue with me over little things and expect me to take it? You of all people know I bite when Some corners me |
| 368 | SMS Messages | Outgoing | 2/16/2015 7:09:35 PM(UTC+0) | To: +19164207906 | That's why I haven't bothered you since we last chatted |
| 369 | SMS Messages | Outgoing | 2/16/2015 7:08:36 PM(UTC+0) | To: +19164207906 | Happy for you to have the dough, but don't want want people pissed off at me all the time |
| 370 | SMS Messages | Incoming | 2/16/2015 7:07:57 PM(UTC+0) | From: +19164207906 | I guess your the emotional one.  Do you Not read What you say. |
| 371 | SMS Messages | Outgoing | 2/16/2015 7:06:28 PM(UTC+0) | To: +19164207906 | I've always been a big supporter of you, but you are mad at me all the freaking time. |
| 372 | SMS Messages | Outgoing | 2/16/2015 7:05:55 PM(UTC+0) | To: +19164207906 | Don't understand why your always pissed at me.  I didn't think you wanted to ever hear from me again when we last talked! |
| 373 | SMS Messages | Incoming | 2/16/2015 7:02:09 PM(UTC+0) | From: +19164207906 | Have a good day |
| 374 | SMS Messages | Incoming | 2/16/2015 7:02:03 PM(UTC+0) | From: +19164207906 | Just saying |
| 375 | SMS Messages | Incoming | 2/16/2015 7:01:54 PM(UTC+0) | From: +19164207906 | I do have a twitter and your photos. Lies can be made or Maybe it's the truth. |
| 376 | SMS Messages | Incoming | 2/16/2015 7:00:06 PM(UTC+0) | From: +19164207906 | Be wise on How you reply. I can bring your house down Don. This was a simple conversation and you throw this Shit out on me. Don't get me mad |
| 377 | SMS Messages | Outgoing | 2/16/2015 6:58:02 PM(UTC+0) | To: +19164207906 | I think we don't  have any working relationship anymore.  The $2,000 advance is an outstanding issue.  You're right that I'm not interested in making a big deal out of it, but I'm not comfortable working together after that. |
| 378 | SMS Messages | Incoming | 2/16/2015 6:54:57 PM(UTC+0) | From: +19164207906 | |

| # | | | | | |
|---|---|---|---|---|---|
| 379 | SMS Messages | Incoming | 2/16/2015 6:54:43 PM(UTC+0) | From: +19164207906 | How do we work this out? Trust a broken |
| 380 | SMS Messages | Incoming | 2/16/2015 6:54:25 PM(UTC+0) | From: +19164207906 | The car |
| 381 | SMS Messages | Outgoing | 2/16/2015 6:53:51 PM(UTC+0) | To: +19164207906 | ? |
| 382 | SMS Messages | Incoming | 2/16/2015 6:49:44 PM(UTC+0) | From: +19164207906 | So another month has past and you broke your word again. Tisk tisk |

## User Dictionary (1)

| # | Word | Locale | Frequency | Del? |
|---|------|--------|-----------|------|
| 1 | | | 0 | |

## Data Files (5)

### Images (5)

| # | File Info | Additional file info | Thumbnail | Del? |
|---|-----------|----------------------|-----------|------|
| 1 | Name: IMG_5728.jpeg<br>Path: /0/IMG_5728.jpeg<br>MD5: 38713C95848B3CCA7D70D429C92E9E57 | Size (Bytes): 2562784<br>Meta Data:<br>Pixel resolution: 3264x2448<br>Resolution: 72x72 (Unit: Inch) | | |
| 2 | Name: IMG_7275.jpeg<br>Path: /0/IMG_7275.jpeg<br>MD5: C6E4DD11CD95BDB98527F06A858337BB | Size (Bytes): 3491729<br>Meta Data:<br>Pixel resolution: 3264x2448<br>Resolution: 72x72 (Unit: Inch) | | |
| 3 | Name: IMG_9975.jpeg<br>Path: /0/IMG_9975.jpeg<br>MD5: EC93557405D0E60CA073A238161906BA | Size (Bytes): 2762521<br>Meta Data:<br>Pixel resolution: 3264x2448<br>Resolution: 72x72 (Unit: Inch) | | |
| 4 | Name: ▮▮▮▮<br>Path: ▮▮▮▮<br>MD5: ▮▮▮▮ | Size (Bytes): ▮▮▮▮<br>Meta Data: ▮▮▮▮ | ▮▮▮▮ | |
| 5 | Name: ▮▮▮▮<br>Path: ▮▮▮▮<br>MD5: ▮▮▮▮ | Size (Bytes): ▮▮▮▮<br>Meta Data: ▮▮▮▮ | ▮▮▮▮ | |

Activity Analytics (9)

| # | Name | Entries | Total | Phone Events | Email Events | Other Events |
|---|------|---------|-------|--------------|--------------|--------------|
| 1 | 19164207906 | Phone: 19164207906 | 341 | 341 | 0 | 0 |
| | ▇▇ | ▇▇ | ▇ | ▇ | ▇ | ▇ |
| | ▇▇ | ▇▇ | ▇ | ▇ | ▇ | ▇ |
| | ▇ | ▇▇ | ▇ | ▇ | ▇ | ▇ |
| | ▇▇ | ▇▇ | ▇ | ▇ | ▇ | ▇ |
| | ▇▇ | ▇▇ | ▇ | ▇ | ▇ | ▇ |
| | ▇ | ▇▇ | ▇ | ▇ | ▇ | ▇ |
| | ▇▇ | ▇▇ | ▇ | ▇ | ▇ | ▇ |
| | ▇▇ | ▇▇ | ▇ | ▇ | ▇ | ▇ |

Analytics Phones (9)

| # | Phone | In Contacts | Total | Total Calls Duration | Calls Details | SMS Details | MMS Details |
|---|-------|-------------|-------|----------------------|---------------|-------------|-------------|
| 1 | 19164207906 | False | 341 | 00:00:00 | Contact: <br> Incoming: 0 <br> Outgoing: 0 <br> Missed: 0 <br> Unknown: 0 <br> Total Calls: 0 | Sent SMS: 139 <br> Received SMS: 194 <br> Draft SMS: 5 <br> Unknown SMS: 0 <br> Total SMS: 338 | Received MMS: 0 <br> Draft MMS: 0 <br> Unknown MMS: 0 <br> Total MMS: 3 <br> Sent MMS: 3 |
| | ▇▇ | ▇ | ▇ | ▇▇ | ▇▇ | ▇▇ | ▇▇ |
| | ▇▇ | ▇ | ▇ | ▇▇ | ▇▇ | ▇▇ | ▇▇ |
| | ▇ | ▇ | ▇ | ▇▇ | ▇▇ | ▇▇ | ▇▇ |
| | ▇▇ | ▇ | ▇ | ▇▇ | ▇▇ | ▇▇ | ▇▇ |
| | ▇▇ | ▇ | ▇ | ▇▇ | ▇▇ | ▇▇ | ▇▇ |
| | ▇▇ | ▇ | ▇ | ▇▇ | ▇▇ | ▇▇ | ▇▇ |
| | ▇▇ | ▇ | ▇ | ▇▇ | ▇▇ | ▇▇ | ▇▇ |
| | ▇▇ | ▇ | ▇ | ▇▇ | ▇▇ | ▇▇ | ▇▇ |