# EXHIBIT A

Feb 25 15 01:41p        Donald Burns                              561882REDACTED                    p.2

Portfolio - Transactions - All Goldman Sachs Accounts                                    2/25/15, 12:48 PM



## All Goldman Sachs Accounts for Deposits And Withdrawals From 17-Feb-2015 To 17-Feb-2015

Base Currency : USD



| Transaction Date | Process Date | Transaction Type | Description | Activity Class | Settlement Amount | Settlement Ccy | Settlement Amount (Base) |
|---|---|---|---|---|---|---|---|
| REDACTED | | | | | | | |
| 17-Feb-2015 | 17-Feb-2015 | Deliver | WELLS FARGO BANK, NA 8110313197 MR. TEOFIL BRANK PER CLIENT REQUEST FED FUNDS | Wire | 500,000.00 | USD | 500,000.00 |
| REDACTED | | | | | | | |

- Your account balances, positions and transactions may not reflect certain transactions that have been effected, but not yet posted to your account.
- The above transaction information does not constitute a trade confirmation or official statement of your account.
- N Recent news is available regarding this company. G Goldman Sachs has recently published research regarding this company. News and Research indicators are based on Eastern Standard Time (United States).
- The Bank Deposit Account (BDA) and Certificate of Deposit Account are offered by Goldman Sachs Bank USA, a Member of the FDIC. Bank Deposits and Certificates of Deposit will be held in your Goldman, Sachs & Co. account and are FDIC-Insured, up to at least $250,000. Note that the maximum FDIC insurance available for funds in these accounts, together with any other deposit accounts you may hold at the Bank is based upon the ownership rights and capacities in which these accounts are maintained at the Bank. For more information on how FDIC insurance coverage works, visit www.fdic.gov.

Securities, mutual funds, annuities and other non-deposit investment products are issued by Goldman, Sachs & Co. BDA and Certificate of Deposit Account are offered by Goldman Sachs Bank USA, an affiliate of Goldman, Sachs & Co. Securities, mutual funds, free credit balances, annuities and other non-deposit investment products are not deposits or other obligations of Goldman Sachs Bank USA or any other bank; are not FDIC-insured, are not insured against loss of value by any governmental agency, and are subject to investment risk, including possible loss of principal amount invested. FDIC insurance and SIPC coverage are different. SIPC covers against loss of securities (up to a maximum of $500,000 per customer) or cash (up to a maximum of $250,000 within the aggregate $500,000 customer limit) in the event of the bankruptcy of a securities broker-dealer, such as GS&Co. SIPC coverage does not protect against a decline in the value of securities. FDIC insurance protection, up to an aggregate limit of $250,000 covers against loss in the event a depository institution, such as the Bank, fails. Securities, mutual funds and similar types of non-deposit investment products are not covered by FDIC deposit insurance.

- GSAM Separate Accounts will reflect current date trading activity after 4:00 PM ET
- Global Manager Strategies<sup>SM</sup> and GMS Alpha+<sup>SM</sup> are registered service marks of Goldman, Sachs & Co.
- Click for important information concerning Goldman Sachs Financial Markets, L.P. account(s).
- Prices may be delayed depending on the applicable exchange. Please review this schedule of delayed and current prices by exchange or market center.

Prepared for DONALD A. BURNS
Wed 25 Feb 2015 12:48 PM EST

Please read our Legal Disclosures & Disclaimers
and Customer Agreement

© Copyright 2015
The Goldman Sachs Group, Inc.
All rights reserved.

Goldman, Sachs & Co. Member SIPC.

System response and account access times may vary due to market conditions, system performance and other factors.