# Exhibit 1

SMS Messages (377)

| # | Folder | Party | Time | Status | Message | Del? |
|---|--------|-------|------|--------|---------|------|
| ▮ | ▮ | ▬▬ | ▮▬ | ▮▮ | ▬▬▬▬▬▬▬▬▬▬ | |
| ▮ | ▮ | ▬ | ▮▬ | ▮▮ | ▬▬▬▬▬▬▬▬▬▬ | |
| ▮ | ▮ | ▬▬▬ | ▮▬ | ▮▮ | ▬ | |
| ▮ | ▮ | ▬▬ | ▮▬ | ▮▮ | ▬▬▬ | |
| ▮ | ▮ | ▬▬ | ▮▬ | ▮▮ | ▬▬▬▬▬ | |
| ▮ | ▮ | ▬▬ | ▮▬ | ▮▮ | ▬▬▬▬ | |
| ▮ | ▮ | ▬▬▬ | ▮▬ | ▮▮ | ▬▬▬▬▬▬▬▬ | |
| ▮ | ▮ | ▬▬ | ▮▬ | ▮▮ | ▮ | |
| ▮ | ▮ | ▬▬ | ▮▬ | ▮▮ | | |
| ▮ | ▮ | ▬▬ | ▮▬ | ▮▮ | ▬▬▬▬▬▬▬▬▬ | |
| ▮ | ▮ | ▬▬ | ▮▬ | ▮▮ | ▬▬▬▬▬▬▬▬ | |
| ▮ | ▮ | ▬▬ | ▮▬ | ▮▮ | ▬▬ | |
| ▮ | ▮ | ▬▬ | ▮▬ | ▮▮ | ▬▬▬ | |
| ▮ | ▮ | ▬▬ | ▮▬ | ▮▮ | | |
| ▮ | ▮ | ▬▬ | ▮▬ | ▮▮ | ▬▬▬▬▬▬▬▬ | |
| ▮ | ▮ | ▬ | ▮▬ | ▮▮ | ▬▬▬▬▬▬▬ | |
| 17 | Inbox | ███ | 3/5/2015 4:32:12 AM(UTC+0) | Read | OK coming | |
| 18 | Sent | ███ | 3/5/2015 4:30:39 AM(UTC+0) | Sent | Sean's inside Starbucks! Just confirmed. Jeans black sports coat. | |
| 19 | Sent | ███ | 3/5/2015 4:20:18 AM(UTC+0) | Sent | Nearby in black Tesla. | |
| 20 | Inbox | ███ | 3/5/2015 4:08:05 AM(UTC+0) | Read | ? | |
| 21 | Inbox | ███ | 3/5/2015 4:08:02 AM(UTC+0) | Read | Are you there yet | |
| 22 | Sent | ███ | 3/5/2015 3:54:10 AM(UTC+0) | Sent | Cool! | |
| 23 | Inbox | ███ | 3/5/2015 3:53:06 AM(UTC+0) | Read | Meet me inside the Starbucks | |
| 24 | Inbox | ███ | 3/5/2015 3:52:14 AM(UTC+0) | Read | 40 min | |
| 25 | Sent | ███ | 3/5/2015 3:49:26 AM(UTC+0) | Sent | Starbucks | |
| 26 | Sent | ███ | 3/5/2015 3:49:20 AM(UTC+0) | Sent | 530 north sepulveda blvd. 90245 | |
| 27 | Inbox | ███ | 3/5/2015 3:40:52 AM(UTC+0) | Read | Answer now | |

| 28 | Inbox | 3/5/2015 3:38:13 AM(UTC+0) | Read | Why are you Working with the feds |
| 29 | Sent | 3/5/2015 3:37:35 AM(UTC+0) | Sent | Dude, the time to work with cops would have been 3 weeks ago! |
| 30 | Inbox | 3/5/2015 3:35:47 AM(UTC+0) | Read | Why are you Working with the feds |
| 31 | Inbox | 3/5/2015 3:34:04 AM(UTC+0) | Read | We will have to reschedule |
| 32 | Sent | 3/5/2015 3:27:36 AM(UTC+0) | Sent | Sean is not comfortable driving around with this kind of cash. |
| 33 | Inbox | 3/5/2015 3:21:34 AM(UTC+0) | Read | Should I just on the web |
| 34 | Inbox | 3/5/2015 3:21:26 AM(UTC+0) | Read | ▉ |
| 35 | Sent | 3/5/2015 2:53:32 AM(UTC+0) | Sent | Please work with me, T. I'm am scared and not used to working like this. I'm totally on for our deal and want to be home. Want "trusted friend" with me that was going to bring you title two weeks ago. He wants Starbucks and I'm getting push back. |
| 36 | Inbox | 3/5/2015 2:45:43 AM(UTC+0) | Read | See you at the grove. 745 |
| 37 | Inbox | 3/5/2015 2:45:03 AM(UTC+0) | Read | We already made the agreement. Now deliver. That's too far out. The grove. |
| 38 | Sent | 3/5/2015 2:42:13 AM(UTC+0) | Sent | Cash and papers at Starbucks El Segundo. You gotta work with me. I'm super stressed out! |
| 39 | Inbox | 3/5/2015 2:33:10 AM(UTC+0) | Read | Within 1 hr |
| 40 | Inbox | 3/5/2015 2:33:08 AM(UTC+0) | Read | Meet at the grove |
| 41 | Inbox | 3/5/2015 2:32:36 AM(UTC+0) | Read | Meet at the grove |
| 42 | Inbox | 3/5/2015 2:32:22 AM(UTC+0) | Read | Yes |
| 43 | Sent | 3/5/2015 2:26:30 AM(UTC+0) | Sent | Close yet? Just checking in. |
| 44 | Inbox | 3/5/2015 1:19:09 AM(UTC+0) | Read | Nm |
| 45 | Sent | 3/5/2015 1:18:49 AM(UTC+0) | Sent | I'm clueless |
| 46 | Inbox | 3/5/2015 1:10:59 AM(UTC+0) | Read | Put it in a X-ray proof box |
| 47 | Sent | 3/4/2015 11:40:52 PM(UTC+0) | Sent | Got it! |
| 48 | Inbox | 3/4/2015 11:37:18 PM(UTC+0) | Read | Shake on it eye to eye |
| 49 | Inbox | 3/4/2015 11:37:08 PM(UTC+0) | Read | I want to meet you |
| 50 | Inbox | 3/4/2015 11:36:52 PM(UTC+0) | Read | Who is doing this for you? |
| 51 | Sent | 3/4/2015 11:36:15 PM(UTC+0) | Sent | Cool. $ will be together with title around LAX. Don't know exact location yet. |
| 52 | Inbox | 3/4/2015 11:30:19 PM(UTC+0) | Read | Will be public |
| 53 | Inbox | 3/4/2015 11:22:52 PM(UTC+0) | Read | Car |
| 54 | Inbox | 3/4/2015 11:22:45 PM(UTC+0) | Read | Do you have the title with you? |
| 55 | Inbox | 3/4/2015 11:20:50 PM(UTC+0) | Read | I'll Tell you where to meet |

| | | | | |
|---|---|---|---|---|
| 56 | | 3/4/2015 11:20:03 PM(UTC+0) | | $ in ████████ of ███████ |
| 57 | Inbox | 3/4/2015 10:37:02 PM(UTC+0) | Read | Have the cash. I'm omw |
| 58 | Sent | 3/4/2015 10:36:39 PM(UTC+0) | Sent | Just let me know what's up. |
| 59 | Sent | 3/4/2015 9:32:10 PM(UTC+0) | Sent | $ with "non traditional bankers". Will happen before 6 |
| 60 | Inbox | 3/4/2015 9:26:03 PM(UTC+0) | Read | Do you have it already? |
| 61 | Sent | 3/4/2015 9:25:36 PM(UTC+0) | Sent | Before 6 would be amazing. Let me know |
| 62 | Inbox | 3/4/2015 9:22:44 PM(UTC+0) | Read | -7 |
| 63 | Inbox | 3/4/2015 9:22:39 PM(UTC+0) | Read | OK. What time? Before 6 |
| 64 | Sent | 3/4/2015 9:01:06 PM(UTC+0) | Sent | Today works, let's do it |
| 65 | Inbox | 3/4/2015 8:48:19 PM(UTC+0) | Read | I'll try to do it today |
| 66 | Inbox | 3/4/2015 8:47:53 PM(UTC+0) | Read | I have apt |
| 67 | Inbox | 3/4/2015 8:47:37 PM(UTC+0) | Read | I'm already here with a hotel |
| 68 | Inbox | 3/4/2015 8:47:29 PM(UTC+0) | Read | I understand but I this would work if it's tomorrow |
| 69 | Sent | 3/4/2015 8:45:27 PM(UTC+0) | Sent | OK sooner is better for my health |
| 70 | Inbox | 3/4/2015 8:40:34 PM(UTC+0) | Read | Tonight |
| 71 | Inbox | 3/4/2015 8:40:28 PM(UTC+0) | Read | Get it all. Put it in a case. I'll pick it up today |
| 72 | Sent | 3/4/2015 8:38:52 PM(UTC+0) | Sent | Dude, you're killing me. I'm not using fancy bankers in coats and ties to make this right with us. How do you want to make this work? |
| 73 | Inbox | 3/4/2015 8:23:58 PM(UTC+0) | Read | I can't ██ |
| 74 | Sent | 3/4/2015 8:15:39 PM(UTC+0) | Sent | Thanks Teo, if you could be back in LA around 4 that may work! |
| 75 | Inbox | 3/4/2015 8:06:31 PM(UTC+0) | Read | I'm in San Diego |
| 76 | Inbox | 3/4/2015 8:06:13 PM(UTC+0) | Read | Ok |
| 77 | Sent | 3/4/2015 8:05:48 PM(UTC+0) | Sent | T, I'm physically sick over all of this and I want to go home and for us both I want peace. Please let's finish the plan today. Pleading. |
| 78 | Inbox | 3/4/2015 7:58:58 PM(UTC+0) | Read | It will have to be tomorrow |
| 79 | Sent | 3/4/2015 7:56:47 PM(UTC+0) | Sent | T, the cash thing is pretty new and crazy for me, but think I have figured out how to get it to you this afternoon as promised. More to follow... |
| ██ | ██ | | ██ | ████████ |
| ██ | ██ | | ██ | ████████ |
| ██ | ██ | | ██ | ████████ |
| ██ | ██ | | ██ | ████████████████ |

| 85 | Inbox | | 3/4/2015 3:15:55 AM(UTC+0) | Read | Promise |
|---|---|---|---|---|---|
| 86 | Inbox | | 3/4/2015 3:15:51 AM(UTC+0) | Read | Yes █ |
| 87 | Sent | | 3/4/2015 3:14:09 AM(UTC+0) | Sent | I have to figure this cash shit out!  Will start on phone first thing in AM.  We'll figure out afternoon meeting.  This happens, we're done, right? |
| 88 | Inbox | | 3/4/2015 2:31:50 AM(UTC+0) | Read | Tomorrow |
| 89 | Inbox | | 3/4/2015 1:48:05 AM(UTC+0) | Read | 1 mill cash |
| 90 | Inbox | | 3/4/2015 1:36:15 AM(UTC+0) | Read | They go for more though |
| 91 | Sent | | 3/4/2015 1:34:08 AM(UTC+0) | Sent | Condo plus $300,0000 or $300,000 and you buy your own? |
| 92 | Inbox | | 3/4/2015 1:30:26 AM(UTC+0) | Read | I want a condo here in LA.  Bachelor pad. You have a taste I like. 2 bed Max. Perfer one. I want 300,000.00 cash. You can and will.  I want this over ASAP like yesterday. So you can be at peace |
| 93 | Sent | | 3/4/2015 1:28:20 AM(UTC+0) | Sent | What else? |
| 94 | Inbox | | 3/4/2015 1:27:46 AM(UTC+0) | Read | Tonight |
| 95 | Inbox | | 3/4/2015 1:27:43 AM(UTC+0) | Read | The title to the car. I'd like to pick it up |
| 96 | Inbox | | 3/4/2015 1:27:16 AM(UTC+0) | Read | Not doing the spread out over time deal |
| 97 | Sent | | 3/4/2015 1:26:55 AM(UTC+0) | Sent | New deal? |
| 98 | Inbox | | 3/4/2015 1:26:47 AM(UTC+0) | Read | I want this over with. |
| 99 | Inbox | | 3/4/2015 1:26:37 AM(UTC+0) | Read | I Don't want to argue. I like our tone. |
| 100 | Inbox | | 3/4/2015 1:26:16 AM(UTC+0) | Read | Simple. |
| 101 | Inbox | | 3/4/2015 1:26:11 AM(UTC+0) | Read | Account will be deleted if new deal is reached. |
| 102 | Sent | | 3/4/2015 1:25:08 AM(UTC+0) | Sent | Super stressed about this, but need this all to end.  Whatever new deal is I need your assurances that no more writing posts about me. |
| 103 | Inbox | | 3/4/2015 1:23:50 AM(UTC+0) | Read | Where are you |
| 104 | Inbox | | 3/4/2015 1:23:44 AM(UTC+0) | Read | Yes |
| 105 | Sent | | 3/4/2015 12:32:50 AM(UTC+0) | Sent | Hey Teo, in LA working on deal.  You wanna new deal? |
| 106 | Inbox | | 3/3/2015 11:30:41 PM(UTC+0) | Read | New deal |
| 107 | Inbox | | 3/3/2015 11:30:25 PM(UTC+0) | Read | New deal |
| 108 | Inbox | | 3/3/2015 10:13:49 PM(UTC+0) | Read | █ |
| █ | █ | | █ | █ | █ |
| █ | █ | | █ | █ | █ |
| █ | █ | | █ | █ | █ |
| █ | █ | | █ | █ | █ |

| | | | | | | |
|---|---|---|---|---|---|---|
| 127 | Sent | | 2/28/2015 9:06:28 PM(UTC+0) | Sent | Thanks. | |
| 128 | Inbox | | 2/28/2015 9:05:34 PM(UTC+0) | Read | Ok | |
| 129 | Sent | | 2/28/2015 9:03:22 PM(UTC+0) | Sent | In my tomorrow after 3:30 just meant for call. | |
| 130 | Inbox | | 2/28/2015 9:01:14 PM(UTC+0) | Read | Who said we are meeting | |
| 131 | Sent | | 2/28/2015 9:00:32 PM(UTC+0) | Sent | Please tomorrow after 3:30 my time.  Trying to act normal in front of guests.  Don't need that scrutiny too. | |
| 132 | Inbox | | 2/28/2015 8:57:59 PM(UTC+0) | Read | We will talk today about through finishing touches | |
| 133 | Sent | | 2/28/2015 8:11:31 PM(UTC+0) | Sent | Update; going west Monday AM.  Staying until we are done.  No other problems. | |
| 134 | Inbox | | 2/27/2015 4:37:14 AM(UTC+0) | Read | Talk tomorrow. | |
| 135 | Sent | | 2/27/2015 4:20:03 AM(UTC+0) | Sent | Teo, We don't have any challenge to doing the deal we spoke about and finishing it early next week on your coast.  It's blessed from the guy writing it.  If you want a more specific update, happy to call you tomorrow, but drafting update by Saturday when I've had a chance to read first draft tomorrow and give any feedback needed to get it right. | |
| 136 | Inbox | | 2/26/2015 9:42:05 PM(UTC+0) | Read | Ok | |
| 137 | Sent | | 2/26/2015 9:38:27 PM(UTC+0) | Sent | T, no delay intended.  Beating crap out of lawyer to get paper and then sit down and get done what we talked about.  I'll give you an update tonight! | |
| 138 | Inbox | | 2/26/2015 9:31:47 PM(UTC+0) | Read | What is going on with everything? I'm tired of Waiting and Not getting anything done with you. | |
| 139 | Sent | | 2/24/2015 11:29:30 PM(UTC+0) | Sent | Ok | |
| 140 | Inbox | | 2/24/2015 11:29:21 PM(UTC+0) | Read | Talk tomorow | |

| 141 | Sent | 2/24/2015 11:28:55 PM(UTC+0) | Sent | The old fashioned way... stamps of course. Need help on the title. Right? |
| 142 | Inbox | 2/24/2015 11:28:08 PM(UTC+0) | Read | I'll get the title tomorrow |
| 143 | Inbox | 2/24/2015 11:27:52 PM(UTC+0) | Read | ▮ I'm in love with the car. |
| 144 | Sent | 2/24/2015 11:26:09 PM(UTC+0) | Sent | 1, writing agreement so it can go either way, we can talk to try and finalize that detail tomorrow; better for you to talk about it and not text 2. If you feel comfortable that one or the other deal will be reached I think it is wise to return the car.  You can take it to Mary or we can pick it up wherever you say.  All your options to get it again remain yours.  On 1, we can talk tomorrow on 2, let me know on car.  (Mary works til 6 your time on most days) |
| 145 | Inbox | 2/24/2015 7:21:30 PM(UTC+0) | Read | Did you decide? |
| 146 | Inbox | 2/24/2015 4:55:51 AM(UTC+0) | Read | Really makes me comfortable |
| 147 | Inbox | 2/24/2015 4:55:44 AM(UTC+0) | Read | ▮ think on the ten year. |
| 148 | Sent | 2/24/2015 4:51:05 AM(UTC+0) | Sent | Will start drafting tomorrow.  Team will probably be in LA, but will advise. |
| 149 | Inbox | 2/24/2015 4:50:01 AM(UTC+0) | Read | Talk before you sent papers |
| 150 | Sent | 2/24/2015 4:49:30 AM(UTC+0) | Sent | Talk tomorrow! |
| 151 | Sent | 2/24/2015 4:48:53 AM(UTC+0) | Sent | (my advice now is same as it always has been -- you should live in the mainstream world and Bitcoin is only for non mainstream. Cheating on taxes is cheating on taxes no matter what currency is used). |
| 152 | Inbox | 2/24/2015 4:48:50 AM(UTC+0) | Read | I know How to do this..you do too. |
| 153 | Inbox | 2/24/2015 4:47:29 AM(UTC+0) | Read | You already sent the money. Gift Tax. IRS doesn't see bitcoin |
| 154 | Sent | 2/24/2015 4:46:30 AM(UTC+0) | Sent | No, can't.  Legit is legit.  Think about your future. |
| 155 | Inbox | 2/24/2015 4:45:48 AM(UTC+0) | Read | We can send through bitcoin |
| 156 | Sent | 2/24/2015 4:43:28 AM(UTC+0) | Sent | Felt more like old days |
| 157 | Sent | 2/24/2015 4:41:52 AM(UTC+0) | Sent | I'm glad we talked.  Follow up tomorrow |
| 158 | Sent | 2/24/2015 4:16:51 AM(UTC+0) | Sent | Now |
| 159 | Inbox | 2/24/2015 4:16:11 AM(UTC+0) | Read | I'd like to get dinner soon. So if we can talk sooner... |
| 160 | Sent | 2/24/2015 3:35:34 AM(UTC+0) | Sent | Cool |
| 161 | Sent | 2/24/2015 3:35:21 AM(UTC+0) | Sent | Be at house shortly |
| 162 | Inbox | 2/24/2015 3:32:14 AM(UTC+0) | Read | Will Call you soon |
| 163 | Sent | 2/23/2015 11:26:02 PM(UTC+0) | Sent | Meant 8 your time, 11 my time, sorry.  I will stay up later if needed. |
| 164 | Sent | 2/23/2015 8:09:07 PM(UTC+0) | Sent | Thanks. |
| 165 | Inbox | 2/23/2015 8:06:48 PM(UTC+0) | Read | I will |
| 166 | Sent | 2/23/2015 8:06:13 PM(UTC+0) | Sent | The people in my house leave at 7 your time tonight.  Call if you can. |
| 167 | Inbox | 2/23/2015 3:50:44 AM(UTC+0) | Read | Let's talk tomorrow.  I'm really tired. I didn't notice I passed out. |
| 168 | Inbox | 2/23/2015 3:49:06 AM(UTC+0) | Read | Hold on |

| 169 | | | 2/23/2015 2:43:11 AM(UTC+0) | | |
| 170 | Sent | | 2/23/2015 2:09:55 AM(UTC+0) | Sent | After 7:30 your time to be safe |
| 171 | Sent | | 2/23/2015 2:06:39 AM(UTC+0) | Sent | Call!  I'll be hanging out in bed. |
| 172 | Inbox | | 2/23/2015 1:49:13 AM(UTC+0) | Read | I can talk in an hour |
| 173 | Inbox | | 2/22/2015 2:47:35 AM(UTC+0) | Read | OK. |
| 174 | Sent | | 2/22/2015 2:07:07 AM(UTC+0) | Sent | Nite |
| 175 | Sent | | 2/22/2015 2:06:58 AM(UTC+0) | Sent | Cool, call me anytime tomorrow or let me know tomorrow when you want me to call you. |
| 176 | Inbox | | 2/22/2015 2:05:48 AM(UTC+0) | Read | Tomorrow |
| 177 | Sent | | 2/22/2015 2:05:21 AM(UTC+0) | Sent | I'm around tonight and all day tomorrow whenever you're ready to talk |
| 178 | Inbox | | 2/22/2015 2:04:27 AM(UTC+0) | Read | Hey |
| 179 | Sent | | 2/22/2015 12:46:36 AM(UTC+0) | Sent | You in a comfortable place to talk? |
| 180 | Inbox | | 2/21/2015 8:51:16 PM(UTC+0) | Read | Ok |
| 181 | Sent | | 2/21/2015 8:32:29 PM(UTC+0) | Sent | My proposal works.  As soon as we de-ice, I'm headed home.  Talk tonight! |
| 182 | Sent | | 2/20/2015 11:40:48 PM(UTC+0) | Sent | Thanks T.  I appreciate the room. |
| 183 | Inbox | | 2/20/2015 11:39:09 PM(UTC+0) | Read | Ok |
| 184 | Sent | | 2/20/2015 11:38:21 PM(UTC+0) | Sent | It's a business idea to make the money more legit for you.  give me til tomorrow please and I think I will be able to make it work.  I don't want to go through proposal, and then fuck it up because structure won't work. |
| 185 | Inbox | | 2/20/2015 11:30:13 PM(UTC+0) | Read | Yet, as in time to make it or Not possible for it to happen? |
| 186 | Sent | | 2/20/2015 11:27:29 PM(UTC+0) | Sent | We still can, but I'm not sure it works yet. |
| 187 | Inbox | | 2/20/2015 11:26:45 PM(UTC+0) | Read | What idea? Thought we were going to talk about it. |
| 188 | Sent | | 2/20/2015 11:23:45 PM(UTC+0) | Sent | Teo, I think my idea can work for you, but not sure yet.  Can you please hang on one more day.  Don't want to get it wrong. |
| 189 | Inbox | | 2/20/2015 11:11:22 PM(UTC+0) | Read | ▮ |
| 190 | Inbox | | 2/20/2015 9:06:06 PM(UTC+0) | Read | What happen to our phone talk? |
| 191 | Sent | | 2/20/2015 12:51:12 AM(UTC+0) | Sent | Ok |
| 192 | Inbox | | 2/20/2015 12:50:52 AM(UTC+0) | Read | OK. Tall tomorrow |
| 193 | Sent | | 2/20/2015 12:46:40 AM(UTC+0) | Sent | Yes in a number of ways for the rest of your life.  It's like advice I've given you before when we were friends.  Anytime after 1pm local NY time.  Up 2 u. No discussion of what has been happening, only a forward looking proposal. |
| 194 | Inbox | | 2/20/2015 12:41:38 AM(UTC+0) | Read | If the proposal is better. I'm up for it. |
| 195 | Sent | | 2/20/2015 12:40:28 AM(UTC+0) | Sent | If you're OK with it, I have an idea I would like to talk about with you tomorrow that I think you will agree with be mutually beneficial.  We can work out car details with no problem. Are to comfortable talking tomorrow? I've been straight with you even during a really bad week, and I think you will like what I have to propose. |
| 196 | Inbox | | 2/19/2015 9:29:10 PM(UTC+0) | Read | I'll return the car for the 500,000.00 should I leave it here or take it somewhere? You are right it is a high profile car and it will kill me. |

| 197 | | 2/19/2015 6:37:11 PM(UTC+0) | | Text this last ...[text] ...tex[t]... sleep on this and we can even talk tomorrow if you want. I'm just really sorry you and I ended up like this. Thanks Teo |
| 198 | Sent | 2/19/2015 6:33:30 PM(UTC+0) | Sent | I am to honestly afraid to meet in person, and I am willing to arrange any way to get you title fedex, drop off, whatever, but can you please let me get through my friends dads funeral in NYC tomorrow on the $500,000. This is the problem with how these things start out. Historically they don't end. I'm not much in a position to bargain, ,but when we were friends, I always gave you good advice that helped you out. If I considered your $500,000 request, would you consider returning the car? Buying yourself your own will be better for you and in your new life a less flashy car will serve you better long term. A car like my R8 will call a lot of attention to you and a low profile will keep you enable you to make a new life without unwanted attention. I ask you to consider this request and advice in the context of the advice and counsel I gave you when we were friends. |
| 199 | Inbox | 2/19/2015 6:24:41 PM(UTC+0) | Read | No twitter no Nothing. All gone and safe for you. This will make him disappear. |
| 200 | Inbox | 2/19/2015 6:24:13 PM(UTC+0) | Read | Going to erase all of jarec |
| 201 | Inbox | 2/19/2015 6:10:41 PM(UTC+0) | Read | Meet in Sacramento tomorrow. |
| 202 | Inbox | 2/19/2015 6:00:53 PM(UTC+0) | Read | I'll pick up the title in person. I Don't want to be keep taking more and more. I'm investing half into a business. I want to be happy and satisfied. Throw me another half a mill. We will be done for sure. No more asking and taking. My word and promise. |
| 203 | Inbox | 2/19/2015 5:52:06 PM(UTC+0) | Read | A car like this isn't kept with half a mill. Reason I asked for insurance ███ I'm trying to play this safe. |
| 204 | Sent | 2/19/2015 5:50:17 PM(UTC+0) | Sent | NYC about $180,000 |
| 205 | Inbox | 2/19/2015 5:48:23 PM(UTC+0) | Read | How much Did you buy this car for? |
| 206 | Inbox | 2/19/2015 5:47:57 PM(UTC+0) | Read | Where are you flying to? |
| 207 | Sent | 2/19/2015 5:04:05 PM(UTC+0) | Sent | Hey Teo, fell asleep last night, but don't think I missed any texts. Just let me know what you want to do with title. I'm flying for about 3 hours in a bit. |
| 208 | Inbox | 2/19/2015 12:00:25 AM(UTC+0) | Read | I'll put that myself |
| 209 | Sent | 2/18/2015 11:49:23 PM(UTC+0) | Sent | Ok. Odometer? |
| 210 | Inbox | 2/18/2015 11:49:06 PM(UTC+0) | Read | I'll give you the Address tonight of Which you will send to. |
| 211 | Sent | 2/18/2015 11:44:03 PM(UTC+0) | Sent | Holding |
| 212 | Inbox | 2/18/2015 11:24:41 PM(UTC+0) | Read | Hold on |
| 213 | Sent | 2/18/2015 11:23:37 PM(UTC+0) | Sent | I don't care if it gets carried to a street corner, not interested in your address, but where do you want it delivered? |
| 214 | Sent | 2/18/2015 11:22:36 PM(UTC+0) | Sent | You can't do the odometer, you can do the rest and just send back but if it doesn't get filed with the issuing state it will cause driver a headache. Please send the odometer! |
| 215 | Inbox | 2/18/2015 11:18:55 PM(UTC+0) | Read | Fill out your part then I'll do the rest |
| 216 | Sent | 2/18/2015 11:14:45 PM(UTC+0) | Sent | Hold on a minute |
| 217 | Inbox | 2/18/2015 11:14:35 PM(UTC+0) | Read | Yes |
| 218 | Sent | 2/18/2015 11:13:59 PM(UTC+0) | Sent | I'll send you a pic. Top gets buyers info to be filed with issuer (FL) so they release to new issue. Address is really where you want it sent (but is required on same tear off). Odometer reading required on front part. Want a pic? |
| 219 | Inbox | 2/18/2015 11:11:16 PM(UTC+0) | Read | Why do you need this info? Just sign and mail |
| 220 | Sent | 2/18/2015 11:09:34 PM(UTC+0) | Sent | Got it! Odometer reading? Address? Drivers License #? |
| 221 | Sent | 2/18/2015 8:39:14 PM(UTC+0) | Sent | FL says no Power of Attorney because Owner needs to sign for odometer miles. I'm just hanging for delivery now. If package doesn't show up by last delivery, we can regroup and figure out the plan. (I'll need odometer miles when I get title in my hands but don't give it to me yet cause FL said CA will be freaks about accuracy). Like I said, I have delivery notifications set up and you can track also. We're doing a final check with CA DMV to see if we get any better answer. |

10

| 222 |  |  | 7:20:12 PM(UTC+0) |  | I (illegible) to it (illegible) (illegible) (illegible) (illegible) delivered today, but obvi not at 8 this morning. I have my Sec on hold with DMV seeing if I can use a Power of Attorney to sign, will know at end of 30 minute hold time. Then will figure out if I can stay and wait for package. I'll keep you posted, but you can watch package on fedex.com |  |
| 223 | Inbox |  | 2/18/2015 7:16:12 PM(UTC+0) | Read | So it listens to me |  |
| 224 | Inbox |  | 2/18/2015 7:16:04 PM(UTC+0) | Read | How do I erase your voice memory on the car |  |
| 225 | Sent |  | 2/18/2015 7:08:06 PM(UTC+0) | Sent | FedEx air bill due here at 8AM this morning 7729-2438-2822. Tracking says its at Marina Del Ray fedex location. Seeing if I can get it there. Think so...hold on while I call. |  |
| 226 | Sent |  | 2/18/2015 6:25:46 PM(UTC+0) | Sent | Heading to pick up title. Be back to you in a bit. |  |
| 227 | Inbox |  | 2/17/2015 4:40:09 PM(UTC+0) | Read | OK I'll look into it. Thanks and take care |  |
| 228 | Sent |  | 2/17/2015 4:39:49 PM(UTC+0) | Sent | No you don't, I have to pay Gift Taxes! Your money is freaking tax free! |  |
| 229 | Inbox |  | 2/17/2015 4:39:48 PM(UTC+0) | Read | Unless you'd like to make it up in cash. |  |
| 230 | Inbox |  | 2/17/2015 4:39:07 PM(UTC+0) | Read | I have to pay taxes ███████ |  |
| 231 | Sent |  | 2/17/2015 4:38:49 PM(UTC+0) | Sent | Teo, you have a half a million dollars. You can have any insurance you want. Why are you doing this to me after I'm lived up to everything you wanted? |  |
| 232 | Inbox |  | 2/17/2015 4:36:57 PM(UTC+0) | Read | Then we part |  |
| 233 | Inbox |  | 2/17/2015 4:36:44 PM(UTC+0) | Read | Full |  |
| 234 | Inbox |  | 2/17/2015 4:36:41 PM(UTC+0) | Read | I want insurance for one year on the r8 |  |
| 235 | Inbox |  | 2/17/2015 4:34:58 PM(UTC+0) | Read | Done |  |
| 236 | Inbox |  | 2/17/2015 4:34:20 PM(UTC+0) | Read | Like we promised. |  |
| 237 | Sent |  | 2/17/2015 4:34:18 PM(UTC+0) | Sent | Thank you. |  |
| 238 | Inbox |  | 2/17/2015 4:34:09 PM(UTC+0) | Read | Yes |  |
| 239 | Sent |  | 2/17/2015 4:33:56 PM(UTC+0) | Sent | Can you please take post down? You have car and title tomorrow. |  |
| 240 | Inbox |  | 2/17/2015 4:32:59 PM(UTC+0) | Read | Went through. |  |
| 241 | Inbox |  | 2/17/2015 4:31:39 PM(UTC+0) | Read | Ok |  |
| 242 | Sent |  | 2/17/2015 4:31:11 PM(UTC+0) | Sent | Yes, it was on the system first thing. They are quick, but with fed funds reference number your bank can track |  |
| 243 | Inbox |  | 2/17/2015 4:30:16 PM(UTC+0) | Read | Did you send it |  |
| 244 | Sent |  | 2/17/2015 4:29:39 PM(UTC+0) | Sent | Correct Fed Funds ███████████ |  |
| 245 | Sent |  | 2/17/2015 3:34:13 PM(UTC+0) | Sent | No, I gave you one from an old wire. I didn't read date. She's calling me shorty with this mornings. I'll have it before your bank opens. |  |
| 246 | Inbox |  | 2/17/2015 3:32:59 PM(UTC+0) | Read | All correct |  |
| 247 | Inbox |  | 2/17/2015 3:32:45 PM(UTC+0) | Read | What |  |
| 248 | Sent |  | 2/17/2015 3:32:15 PM(UTC+0) | Sent | Gave you wrong reference number! It's old. Hold on for correct one. Sorry. |  |
| 249 | Inbox | ██████████ | 2/17/2015 3:00:12 PM(UTC+0) | Read | Ok |  |

| 250 | | | 2/17/2015 2:56:05 | Read | ...but they can track with... |
|---|---|---|---|---|---|
| 251 | Inbox | | 2/17/2015 3:14:41 AM(UTC+0) | Read | Ok |
| 252 | Sent | | 2/17/2015 3:14:26 AM(UTC+0) | Sent | Cool, I'll text when it's executed and see where you want it sent |
| 253 | Inbox | | 2/17/2015 3:13:40 AM(UTC+0) | Read | We could do that |
| 254 | Sent | | 2/17/2015 3:13:09 AM(UTC+0) | Sent | Was going to send courier -- not meet, but cool to mail.  Just thought you'd want it Wednesday instead of Thursday |
| 255 | Inbox | | 2/17/2015 3:11:48 AM(UTC+0) | Read | Not meeting |
| 256 | Inbox | | 2/17/2015 3:11:47 AM(UTC+0) | Read | Send it out in mail. |
| 257 | Sent | | 2/17/2015 2:47:55 AM(UTC+0) | Sent | I will be in Santa Monica Wednesday, so I will courier you title. |
| 258 | Inbox | | 2/17/2015 1:06:54 AM(UTC+0) | Read | Ok |
| 259 | Sent | | 2/17/2015 1:06:37 AM(UTC+0) | Sent | Should go after 9AM.  Will send you confirm # when I get it tomorrow. |
| 260 | Inbox | | 2/17/2015 1:05:19 AM(UTC+0) | Read | It's correct for wellsfargo |
| 261 | Sent | | 2/17/2015 1:04:49 AM(UTC+0) | Sent | Looked up ABA on google and it says Wells, so that's what I loaded.  Just let me know if that's wrong, but ABA should control anyway. |
| 262 | Sent | | 2/17/2015 12:59:53 AM(UTC+0) | Sent | Wells Fargo? |
| 263 | Inbox | | 2/16/2015 11:31:58 PM(UTC+0) | Read | Left |
| 264 | Inbox | | 2/16/2015 11:31:56 PM(UTC+0) | Read | I got it |
| 265 | Sent | | 2/16/2015 11:31:42 PM(UTC+0) | Sent | Hold on, she's there! |
| 266 | Inbox | | 2/16/2015 11:19:55 PM(UTC+0) | Read | No answer |
| 267 | Inbox | | 2/16/2015 11:05:46 PM(UTC+0) | Read | Ok |
| 268 | Sent | | 2/16/2015 11:03:22 PM(UTC+0) | Sent | Front gate buzzer |
| 269 | Sent | | 2/16/2015 11:03:15 PM(UTC+0) | Sent | Just ring |
| 270 | Inbox | | 2/16/2015 11:02:58 PM(UTC+0) | Read | I'm pulling up in 5 |
| 271 | Sent | | 2/16/2015 10:29:10 PM(UTC+0) | Sent | I think 14 |
| 272 | Inbox | | 2/16/2015 10:26:46 PM(UTC+0) | Read | What year is it? |
| 273 | Sent | | 2/16/2015 10:25:18 PM(UTC+0) | Sent | Don't know |
| 274 | Inbox | | 2/16/2015 10:25:17 PM(UTC+0) | Read | Maybe have one to go. |
| 275 | Inbox | | 2/16/2015 10:25:05 PM(UTC+0) | Read | Do you have the coconut water at this property? |
| 276 | Sent | | 2/16/2015 10:24:28 PM(UTC+0) | Sent | Books should be in it |
| 277 | Inbox | | 2/16/2015 10:24:12 PM(UTC+0) | Read | Where is all the paper work for it? |
| 278 | Sent | | 2/16/2015 10:23:39 PM(UTC+0) | Sent | I have no clue!  Remember, I'm not the car guy. |

| 279 | | | 2/16/2015 10:23:01 PM(UTC+0) | | Speed limits are the only thing that changed? I can fix that. |  |
|-----|------|--|-----------------------------|------|--------------------------------------------------------------|--|
| 280 | Sent | | 2/16/2015 10:22:03 PM(UTC+0) | Sent | I've only driven it to Newport and back |  |
| 281 | Inbox | | 2/16/2015 10:21:41 PM(UTC+0) | Read | Anything I need to know about the car? |  |
| 282 | Sent | | 2/16/2015 10:21:05 PM(UTC+0) | Sent | She's there til 6! You'll be fine with time frame |  |
| 283 | Inbox | | 2/16/2015 10:20:22 PM(UTC+0) | Read | Hr |  |
| 284 | Inbox | | 2/16/2015 10:20:20 PM(UTC+0) | Read | I'm one he away |  |
| 285 | Inbox | | 2/16/2015 8:48:22 PM(UTC+0) | Read | I'll be there before 6 |  |
| 286 | Sent | | 2/16/2015 8:47:37 PM(UTC+0) | Sent | Let me know if Mary needs to stay after 6! |  |
| 287 | Sent | | 2/16/2015 8:41:42 PM(UTC+0) | Sent | |  |
| 288 | Inbox | | 2/16/2015 8:41:20 PM(UTC+0) | Read | Address? |  |
| 289 | Sent | | 2/16/2015 8:39:17 PM(UTC+0) | Sent | I'm at an out of business boatyard. Can't write, sign and fax. You'll have the title Wednesday. Can't get original until Wednesday cause its a fucking holiday and I'll fax you signed copy then overnight real. |  |
| 290 | Inbox | | 2/16/2015 8:37:32 PM(UTC+0) | Read | DMV transfer of title |  |
| 291 | Inbox | | 2/16/2015 8:37:25 PM(UTC+0) | Read | Online |  |
| 292 | Inbox | | 2/16/2015 8:35:28 PM(UTC+0) | Read | I need a signature |  |
| 293 | Sent | | 2/16/2015 8:35:04 PM(UTC+0) | Sent | Will email, but can't write sign and fax. |  |
| 294 | Inbox | | 2/16/2015 8:34:52 PM(UTC+0) | Read | Hand |  |
| 295 | Inbox | | 2/16/2015 8:34:45 PM(UTC+0) | Read | Have her had it to me |  |
| 296 | Inbox | | 2/16/2015 8:34:35 PM(UTC+0) | Read | Address? |  |
| 297 | Inbox | | 2/16/2015 8:34:19 PM(UTC+0) | Read | FAX over a lafer of handing the title over tile it comes in. Sign and print |  |
| 298 | Inbox | | 2/16/2015 8:33:47 PM(UTC+0) | Read | Heading out in a bit. Title signed Please |  |
| 299 | Inbox | | 2/16/2015 8:33:37 PM(UTC+0) | Read | Ok |  |
| 300 | Sent | | 2/16/2015 8:33:32 PM(UTC+0) | Sent | Mary will be there until 6 |  |
| 301 | Sent | | 2/16/2015 8:30:03 PM(UTC+0) | Sent | Got it. Be back in a few |  |
| 302 | Inbox | | 2/16/2015 8:29:46 PM(UTC+0) | Read | Yes |  |
| 303 | Sent | | 2/16/2015 8:29:06 PM(UTC+0) | Sent | Teofil Brank account name? |  |
| 304 | Sent | | 2/16/2015 8:28:53 PM(UTC+0) | Sent | Hold on |  |
| 305 | Inbox | | 2/16/2015 8:22:59 PM(UTC+0) | Read | |  |
| 306 | Sent | | 2/16/2015 8:17:28 PM(UTC+0) | Sent | ? |  |
| 307 | Sent | | 2/16/2015 8:13:44 PM(UTC+0) | Sent | WTH? You just have to tell me what you want. You're in control here. |  |

| 308 | | | | How has from Mark responded to your text | |
| --- | --- | --- | --- | --- | --- |
| | | 2/16/2015 8:12:14 PM(UTC+0) | | | |
| 309 | Inbox | 2/16/2015 8:11:34 PM(UTC+0) | Read | One min | |
| 310 | Inbox | 2/16/2015 8:11:30 PM(UTC+0) | Read | Getting it | |
| 311 | Sent | 2/16/2015 8:11:20 PM(UTC+0) | Sent | ? | |
| 312 | Sent | 2/16/2015 8:07:23 PM(UTC+0) | Sent | It's 3:06 in NYC, so need account info immediately to get you $ today | |
| 313 | Sent | 2/16/2015 8:05:12 PM(UTC+0) | Sent | $500,000 and we shakes hands and put this behind us.  ABA and account number? | |
| 314 | Inbox | 2/16/2015 8:02:43 PM(UTC+0) | Read | It's the car or another 250,000 cash.  Taxes | |
| 315 | Sent | 2/16/2015 8:00:46 PM(UTC+0) | Sent | Dude you'll have the $250,000 in minutes (hour), and I'm getting the title fedexed to me for signature and then will fedex to you -- but why not just get the cash and get a new one?  You'll have the cash now. | |
| 316 | Inbox | 2/16/2015 7:58:54 PM(UTC+0) | Read | Title needs to be signed | |
| 317 | Sent | 2/16/2015 7:58:22 PM(UTC+0) | Sent | Mary will be there until 6 to give you the car | |
| 318 | Sent | 2/16/2015 7:55:19 PM(UTC+0) | Sent | You'll have the fed funds confirm number within a short time of me getting your info.  (Happy for you to change your mind, but I'll do it) | |
| 319 | Sent | 2/16/2015 7:53:45 PM(UTC+0) | Sent | Send me your ABA and account number and I'll send the $ by wire.  Go pick up the car today before 6.  You know I have to do what you want | |
| 320 | Inbox | 2/16/2015 7:50:42 PM(UTC+0) | Read | Make your calls | |
| 321 | Inbox | 2/16/2015 7:50:38 PM(UTC+0) | Read | Have the money in the care with the title. Simple | |
| 322 | Inbox | 2/16/2015 7:50:23 PM(UTC+0) | Read | The r8 and 250,000.00 | |
| 323 | Inbox | 2/16/2015 7:49:40 PM(UTC+0) | Read | Then I'll erase it and you | |
| 324 | Sent | 2/16/2015 7:49:34 PM(UTC+0) | Sent | Do you want me to call you or not.  I have fucked up cell service | |
| 325 | Sent | 2/16/2015 7:49:00 PM(UTC+0) | Sent | Just give me your $ | |
| 326 | Sent | 2/16/2015 7:48:24 PM(UTC+0) | Sent | So how do you want it agreed.  I can't do that this second. | |
| 327 | Inbox | 2/16/2015 7:47:54 PM(UTC+0) | Read | Then I'll erase it and you | |
| 328 | Inbox | 2/16/2015 7:47:29 PM(UTC+0) | Read | I want a new car, motorcycle and both hands full of cash. | |
| 329 | Outbox | 2/16/2015 7:47:10 PM(UTC+0) | Unsent | Do you want me to call you or not.  I have fucked up cell service | |
| 330 | Sent | 2/16/2015 7:45:48 PM(UTC+0) | Sent | Teo | |
| 331 | Sent | 2/16/2015 7:45:44 PM(UTC+0) | Sent | Please Tei | |
| 332 | Inbox | 2/16/2015 7:45:44 PM(UTC+0) | Read | He favored it | |
| 333 | Inbox | 2/16/2015 7:45:28 PM(UTC+0) | Read | Oh boy str8upgayporn is on it | |
| 334 | Sent | 2/16/2015 7:44:04 PM(UTC+0) | Sent | We've know each other too long | |
| 335 | Sent | 2/16/2015 7:43:54 PM(UTC+0) | Sent | Look man, just tell me.  I want this behind us | |
| 336 | Inbox | 2/16/2015 7:43:16 PM(UTC+0) | Read | What are you offering? | |

14

| 337 | | | 2/16/2015 7:42:04 PM(UTC+0) | | Teo, I can't call right now, but please just tell me what you want me to do? Please take down posts about me. | |
|-----|--------|--------|-----------------------------|--------|--------|--|
| 338 | Outbox | | 2/16/2015 7:40:09 PM(UTC+0) | Unsent | Teo, I can't call right now, but please just tell me what you want me to do? Please take down posts about me. | |
| 339 | Inbox | | 2/16/2015 7:37:52 PM(UTC+0) | Read | And trust me the other guys will stand with me | |
| 340 | Inbox | | 2/16/2015 7:35:48 PM(UTC+0) | Read | I can't get a friendship anymore, because who will want to be friends with black mail. I only wanted to drive the cars and Enjoy your company. I guess finding you boys is out of the picture So it leaves me with Nothing to wash out of this. So I'm just going to bite hard. You got money but I Don't want that. Money won't wash away What people will read and see of you. Wow I guess I hold the cards right now. | |
| 341 | Outbox | | 2/16/2015 7:32:11 PM(UTC+0) | Unsent | Can you please be good to me man.  What do you want Teo? | |
| 342 | Inbox | | 2/16/2015 7:31:35 PM(UTC+0) | Read | Think hard. You know me right | |
| 343 | Inbox | | 2/16/2015 7:31:30 PM(UTC+0) | Read | I think by the time I'm out of the gym you will have a Sweet treat for me that will make me erase my tweet. | |
| 344 | Inbox | | 2/16/2015 7:30:35 PM(UTC+0) | Read | Check my twitter, the conversation will grown and questions will be asked. You lied to me and treated me like Shit. I asked again and you put it behind you. Now it's biting your ass | |
| 345 | Sent | | 2/16/2015 7:29:51 PM(UTC+0) | Sent | I didn't even know your were talking R8!  Next time I'm in town for a few days it's a deal, I just haven't  been back. | |
| 346 | Sent | | 2/16/2015 7:28:38 PM(UTC+0) | Sent | Dude, your so pissed your talking about blowing me up in Twitter. Remember, I tracked you down because I liked your energy and we have had fun hanging out.  If we annoy each other , then we should call each other assholes and put it behind us!  Not all this bad energy!  Right? | |
| 347 | Outbox | | 2/16/2015 7:27:07 PM(UTC+0) | Unsent | Dude, your so pissed your talking about blowing me up in Twitter. Remember, I tracked you down because I liked your energy and we have had fun hanging out.  If we annoy each other , then we should call each other assholes and put it behind us!  Not all this bad energy!  Right? | |
| 348 | Inbox | | 2/16/2015 7:26:52 PM(UTC+0) | Read | Disappointed | |
| 349 | Outbox | | 2/16/2015 7:25:21 PM(UTC+0) | Unsent | Dude, your so pissed your talking about blowing me up in Twitter. Remember, I tracked you down because I liked your energy and we have had fun hanging out.  If we annoy each other , then we should call each other assholes and put it behind us!  Not all this bad energy!  Right? | |
| 350 | Inbox | | 2/16/2015 7:24:40 PM(UTC+0) | Read | Disappointed | |
| 351 | Inbox | | 2/16/2015 7:23:54 PM(UTC+0) | Read | I'm feeling evil right now | |
| 352 | Inbox | | 2/16/2015 7:23:45 PM(UTC+0) | Read | Show Im Nothing to you.  Promises broken | |
| 353 | Inbox | | 2/16/2015 7:23:01 PM(UTC+0) | Read | You promised me you would Let me drive the r8. Cars are my life you know that. | |
| 354 | Inbox | | 2/16/2015 7:20:37 PM(UTC+0) | Read | It's been that way then I hear your excuse, "I didn't think you wanted to talk to me" .... wow really and I'm the one here bugging you. | |
| 355 | Sent | | 2/16/2015 7:19:11 PM(UTC+0) | Sent | Yeah, I agree, but I don't want to walk on eggshells with you!  We should be able to have a disagreement and be cool with each other! | |
| 356 | Inbox | | 2/16/2015 7:18:52 PM(UTC+0) | Read | I only want to learn from you. You have brains and experience. I'm a man who seeks knowledge | |
| 357 | Inbox | | 2/16/2015 7:16:05 PM(UTC+0) | Read | Idc about the Boston kid. You and I have issues to work out. I have the plug of the guys and I know How to convince. You know if I Don't want to talk to you. We had a longer period of that already. I Enjoy your company and will milk the fun out of you lol only Cuzco you know the good life. | |
| 358 | Sent | | 2/16/2015 7:14:28 PM(UTC+0) | Sent | If you're not pissed at me, I have no problem with hanging out, just thought you weren't interested in being around me. | |
| 359 | Sent | | 2/16/2015 7:12:32 PM(UTC+0) | Sent | Don't want you corned.  Want you happy.  The Boston person didn't do the right thing.  I'm the only one worse off.  It's OK to talk to each other about differences and challenges without either of us being cornered! | |
| 360 | Inbox | | 2/16/2015 7:11:10 PM(UTC+0) | Read | Break | |
| 361 | Inbox | | 2/16/2015 7:10:56 PM(UTC+0) | Read | You didn't hold your word twice on the car and that gets me upset. Trust is What works and you brake them. Maybe you need a taste of it | |
| 362 | Inbox | | 2/16/2015 7:10:00 PM(UTC+0) | Read | Your Not Nice, you are rude, self-centered narcissist. I was only trying to be a friend and throw you boys. But you argue with me over little things and expect me to take it? You of all people know I bite when Some corners me | |
| 363 | Sent | | 2/16/2015 7:09:35 PM(UTC+0) | Sent | That's why I haven't bothered you since we last chatted | |

| 364 |  | 2/16/2015 7:08:36 PM(UTC+0) |  | Heard you and are doing your own thing. You got 15 of your people telling me all the time |  |
| 365 | Inbox | 2/16/2015 7:07:57 PM(UTC+0) | Read | I guess your the emotional one.  Do you Not read What you say. |  |
| 366 | Sent | 2/16/2015 7:06:28 PM(UTC+0) | Sent | I've always been a big supporter of you, but you are mad at me all the freaking time. |  |
| 367 | Sent | 2/16/2015 7:05:55 PM(UTC+0) | Sent | Don't understand why your always pissed at me.  I didn't think you wanted to ever hear from me again when we last talked! |  |
| 368 | Inbox | 2/16/2015 7:02:09 PM(UTC+0) | Read | Have a good day |  |
| 369 | Inbox | 2/16/2015 7:02:03 PM(UTC+0) | Read | Just saying |  |
| 370 | Inbox | 2/16/2015 7:01:54 PM(UTC+0) | Read | I do have a twitter and your photos. Lies can be made or Maybe it's the truth. |  |
| 371 | Inbox | 2/16/2015 7:00:06 PM(UTC+0) | Read | Be wise on How you reply. I can bring your house down ▮▮▮ This was a simple conversation and you throw this Shit out on me. Don't get me mad |  |
| 372 | Sent | 2/16/2015 6:58:02 PM(UTC+0) | Sent | I think we don't  have any working relationship anymore.  The $2,000 advance is an outstanding issue.  You're right that I'm not interested in making a big deal out of it, but I'm not comfortable working together after that. |  |
| 373 | Inbox | 2/16/2015 6:54:57 PM(UTC+0) | Read |  |  |
| 374 | Inbox | 2/16/2015 6:54:43 PM(UTC+0) | Read | How can we work if trust is broken |  |
| 375 | Inbox | 2/16/2015 6:54:25 PM(UTC+0) | Read | The car |  |
| 376 | Sent | 2/16/2015 6:53:51 PM(UTC+0) | Sent | ? |  |
| 377 | Inbox | 2/16/2015 6:49:44 PM(UTC+0) | Read | So another month has past and you broke your word again. Tisk tisk |  |