# EXHIBIT 4

The so called "VICTIM" D████ B██ in the case with Teofil Brank aka Jarec Wentworth is a smart and Evil man. His well connected to the government and the republican parties. This Billionaire/porn star man hunter turned HUSH MONEY into black mail. When i "Teofil Brank" told ███ that i was tired of his disrespect and said "I'm going to come out with the truth." He instantly reacted and told me to go pick up the 2014 Audi r8, i did not ask for it or threaten him in anyway. He gave me his address to his La Jolla glass house and said that his how maid will be there before 6pm. Go and ill have her give you the car. He sent me an email giving me permission to drive the r8. When i met the lovely house maid, she showed me how the car works with a big smile on her face telling how amazing the car is. ███████ already had my bank information of which he has been sending me money over the last couple years to my bank account. He then wired money to my account the next day, saying that my bank had a holiday and would send it the following day. later on in the week ███ was afraid that the car would bring to much attention to me and gave me a proposition. He said over the phone "Teo this car is to high profile for you and will bring you too much attention you don't need, how about you return the car and ill give you $250,000.00 spread over 5 years. i agreed. But over the next few days i feel in love with the car and told him i would like to just keep the car. over this two weeks of call and text with ███ we tried to work out a settlement that would bye my name and lagitamently pay me with enough money to keep me happy, he was worried i would still come out with the truth.. So he set me up to pick up 1 million dollars that was a set up and the FBI was waiting

STR8UPGAYPORN.COM

I was in San Diego with my girlfriend, she was clueless of what was going on. ▮ begged me to come that very night to pick up the money. But i didn't want to, he begged saying he was stressed and just wanted to get this over with since he was here in Los Angeles, CA. when ▮ told me to meet him at a star bucks close to LAX, and that he "is with a very professional man who handles deals like this and will give me the cash." i was worried this would be a set up to kill me. So i asked my friend ▮ aka ▮ from Pacific Beach San Diego to give me a ride.

So i gave my girlfriend a big hug and kiss and told her i love her so much and left. Not knowing if i would live through this. ▮ called me during the ride when he informed me that he had a professional man with him to hand me the money, i told him over the phone that i don't want to show up and your security guy shots me dead and makes it look like a robbery attempt. keep in mind that this voice call was altered by the FBI. if you look on Case 2:15-mj-00391-DUTY Document 1 Filed 03/06/15 Page 11/20 page 1 D#:11 stated "I dont wanna walk up there and f*chin all of a sudden its the Feds or something or some bullsh*t, something happens and im F*ched." this was altered by the FBI and text and voice calls will be given in court to show this is a lie and a cover up.

when we pulled up and parked, i told ▮ the all the evidence that will pu▮ behind bars is in my phone, and if i get shot and killed to go give it to my girlfriend. I then said if i don't make it, tell my girlfriend i love her so much and I'm sorry. I met with the undercover FBI agent then was arrested shortly.. more info on the way later.

STR8UPGAYPORN.COM

US v. Brank, 15-131  Bates No. 216

In the bail hearing of which the new crew was their. My attorney proved in many ways that I'm not a flight risk or a danger to the community. The judge said with the smallest and lousiest excuse " I don't think Mr.Brank will show up to court, bail denied." keep in mind the week before of which he put on hold till the FBI agent was present. The private attorney or ▮▮▮▮ side walked in to remind the court to not mention his name. The Judge laughed and said with a smile, "I happen to know Mr. Axel (Douglas A. Axel) and we go back about 6 years, but i wont let that effect my decision" i was then worried that they now will help each other out. This explains why I got denied bail. reason they were afraid i would speak to the media. The FBI had frozen my accounts and i had no access to heir a private attorney and post bail. they have been working hard to keep me locked up, reason they changed my jail name to TOEFIL instead of TEOFIL so no one can write to me and find out the reason of this.

US v. Brank, 15-131  Bates No. 217

now for the truth... late September in 2014 i and 3 other porn stars got flown out to ▓▓▓ south beach Florida house for a nice get away. Later in the day after we got picked up at the airport by ▓▓▓ in his 4 door Audi car, he was going to have a group sex. I told him i didn't want to, he replied "Do you want to get paid or not?" I needed the money that he promised to pay just for my time to hang out, but seeing he drank at dinner and knowing how stubborn he is i gave in. i was upset and mad, the next day when he called me into his bedroom, he said "here, a $32,000.00 Rolex watch, consider it an early birthday present. hoping it would make me feel better. this very watch is in FBI custody of which i had on me!!!

STR8UPGAYPORN.COM

US v. Brank, 15-131  Bates No. 218

also over two years ago i was with another porn star at a hotel in La Jolla where ▮ invited us to. we drank some tequila. we ended up having a group sex, he convised me to bottom, which i was not wanting to since i was afraid if my porn agency would find out i bottomed, i would loss pay and possibly be fired and sued. with my knees to my ears and the other porn star in the bathroom, he proceded to go deeper and i told him to stop, it hurts but he continued saying just the tip just the tip. the other porn star came into the room and pushed ▮ off me. in that position i cant move or do anything. The other porn star was about to hit him but i told him no lets just go. during the next few years ▮ would send me money and gifts to keep me happy saying he was sorry. But that is called rape!!! It has been eating me up for a couple of years now. But hush money will not keep my voice down. he must be punished for his crimes. phone calls and records will show this was never a threat on my end to black mail him.. he has money and power and so far it looks to be in his favor. Not anymore, I'm speaking out. Finally i can get my message out. please take interest in this and help put D▮ E▮ behind bars. i am innocent. SET ME FREE!!!

STR8UPGAYPORN.COM