# EXHIBIT 5

| | | |
|---|---|---|
| Date: 06/04/2015 | Federal Bureau of Prisons | Facility: DC |
| Time: 01:59 PM | TRULINCS | |
| | Message | |
| | Sensitive But Unclassified | |

**Message**

FROM: 68794112 BRANK, TEOFIL
TO: "Amber Garner" <
SUBJECT: night
DATE: 03/31/2015 08:03 PM

im feel upset and down from don hanging up. this makes me feel like crap to know that he has connections to everyone. ==i need etinnes name out asap so he doest come forth as a witness.== it will also save many others from his hurt to others who dont desreve this. i dont wish this uppon anyone. it sucks in here big time. this is my good night email. i wish i was with you. someone who acctully loves me and knows me well. with you i dont have to ask for love, you already give it. it hurts me much to be here and not giving it my all when i had the option. im sorry amber for not being there for you when you needed me. i love you, forever and always. muah night my little black sheep