# EXHIBIT 6

Date: 06/04/2015  
Time: 01:59 PM  

Federal Bureau of Prisons  
TRULINCS  
**Message**  
Sensitive But Unclassified  

Facility: DC

**Message**

FROM: 68794112 BRANK, TEOFIL  
TO: "Cristina Buholtz"  
SUBJECT: RE: rule #2!!  
DATE: 03/20/2015 09:38 AM

please tell sam to search his history online or in store for ▓ number. and send this in text from his phone and someone elses.

▓ please drop the charges. im so scared. my family will not help me on bail or sign for it. i have lost my car and now all my posessions in my apt by this weekend. i down to 165 lbs from 195. my sisters just had new borns and my brother too. my dads health is bad and i wont see him alive after this. my girlfriend walked out on me during the time this happened and i was broken and angry. i have nothing now and im on my knees beging you with what little energy i have left. i want a family ▓ and you know this. i want to hold my girlfriend, i want to marry her and have a family. please ▓ ill do anything you say. i will give it all back. ill leave the country if you want and never return. im so broken and in stress. i lost so much hair. i have been fasting for god to soften your heart. im so sorry for the pain i caused you. you are an amazing and great man. i looked up to you for wisdom and counsal. i will name my first born son after you. please do im begging you set me free. ill be deported and just like my dad said, god said ill die in here. im crying ▓, please have mercy on me. please work with me so i can have a family. i want to be a model and actor. my girlfriend cant visit me from strick rules, she is about to walk out on me. we were just reconnecting right when i got arrested. i shouldnt have listen to my friends and just let you be. i have nothing left. all is tooken from me. let me have my family back and my love. please ▓ please im begging you.there is no reason to have the media in this. ill erase everything and never touch the twitter again.  god bless

have him sent it in text on other then have him call him. ▓