FILED

OCT 26 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 15-50365 |
|---|---|
| Plaintiff - Appellant, | D.C. No. 2:15-cr-00131-JFW<br>Central District of California, |
| v. | Los Angeles |
| TEOFIL BRANK, AKA atJarecWentworth, AKA Jaree Wentworth, | ORDER |
| Defendant - Appellee. | |

Appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

Don Lewis
Deputy Clerk

DL/AppComm Direct Criminal