UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- SENTENCING

Case No.   **CR 15-131(A)-JFW**                                    Dated: October 26, 2015

==============================================================================

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Kamilla Sali-Suleyman | Miranda Algorri | Eddie Jauregui |
| Courtroom Deputy | Court Reporter | Kimberly D. Jaimez |
| | | Asst. U.S. Attorney |

Interpreter: N/A

==============================================================================

U.S.A. vs (Dfts listed below)                            Attorneys for Defendants

1)   Teofil Brank                                   1)   Seema Ahmad, DFPD
     present in custody                                  Ashfaq G. Chowdhury, DFPD
                                                         present appointed

_____

PROCEEDINGS:   **SENTENCING** (HEARING NOT HELD)

Case called, and counsel make their appearance.

For the reasons stated on the record, the Court continues the matter to 11:00 a.m.

Case recalled. For the reasons stated on the record, the Court continues the matter to **October 27, 2015, at 9:00 a.m.**

Initials of Deputy Clerk   kss

: 16   min