Date: 9-14-2017

From: TEOFIL BRANK
Reg. No. 68794-112
Federal Correctional Complex
Victorville Medium I
Post Office Box 5300
Adelanto, California 92301

To: CLERK OF COURT
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT, U.S COURTHOUSE
ROOM G8

Re: **FOIA/PA REQUEST**

FILED
CLERK, U.S. DISTRICT COURT
SEP 21 2017
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

CR15-131-JFW

Dear Sir/Madam:

The following request for information is made pursuant to the Freedom of Information Act as amended, Title 5 U.S.C. § 552 and in conjunction with the Privacy Act, Title 5 U.S.C. § 552(a). I request the following information:

Forensic report on Audio recording of Phone calls, Foresic report on Donald Burns cell phone, Forensic report on Justin Griggs Cell phone, and all of Donald Burns computer extraction.

If for any reason any of the requested information is deemed to be privileged or exempt under FOI/PA, please specify the statutory reason(s) for the exemption, the name(s) and title of persons making the decision to withhold said information.

Per the dictates of the Freedom of Information Act of 1974, your agency/bureau/department is allowed twenty (20) working days to respond to this request.

I understand the first 100 pages of documents copied are free - thereafter, I promise to pay any reasonable charges associated with this request. Please advise in writing, any costs that exceed $10.00.

Respectfully submitted,

DATED: 9-14-2017

TEOFIL BRANK